1  Jay W. Eisenhofer
   Geoffrey C. Jarvis
2  Michael J. Barry
   Mary S. Thomas (State Bar No. 175110)
3  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
4  1201 North Market Street
   Wilmington, DE 19801
5  Tel: 302.622.7000
   Fax: 302.622.7100
6  jeisenhofer@gelaw.com
7
   Merrill Glen Emerick (State Bar No. 117248)
8  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 S. El Camino Real – Suite 700
9  San Mateo, CA 94402
   Tel: 650.348.0102
10 Fax: 650.348.0962
   memerick@afeslaw.com
11

12 *Attorneys for Proposed Lead Plaintiff*
   *The New York City Employees' Retirement System*

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and <br> 16  All Other Similarly Situated, | ) Case No.: C06-05208-MHP <br> ) |
| 17              Plaintiffs, | ) THE NEW YORK CITY EMPLOYEES' <br> ) RETIREMENT SYSTEM'S MOTION |
| 18  v. | ) FOR ITS APPOINTMENT AS LEAD <br> ) PLAINTIFF AND FOR APPROVAL OF |
| 19  STEVEN JOBS, PETER OPPENHEIMER, <br>     FRED ANDERSON, WILLIAM V. <br> 20  CAMPBELL, MILLARD S. DREXLER, <br>     ALBERT GORE, Jr., ARTHUR D. <br> 21  LEVINSON, JEROME B. YORK and <br>     APPLE COMPUTER, INC., <br> 22 | ) ITS SELECTION OF COUNSEL <br> ) <br> ) <br> ) Judge: Honorable Marilyn H. Patel <br> ) <br> ) Date: Not applicable <br> ) |
| 23              Defendants. | ) Time: Not applicable |

24  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:
25
        **PLEASE TAKE NOTICE** that on a date and at a time to be determined by the Court,
26
    before The Honorable Marilyn H. Patel, United States District Judge, The New York City
27

28
    The New York City Employees' Retirement
    System's Motion For Its Appointment As
    Lead Plaintiff And For Approval Of Its
    Selection Of Counsel (Case No.: C06-05208-MHP)

1  Employees' Retirement System ("NYCERS") will, and hereby does, move this Court for an
2  Order appointing NYCERS as Lead Plaintiff.

3      This motion is brought pursuant to §21D of the Securities Exchange Act of 1934 on the
4  grounds that NYCERS has timely filed this Motion and that it is the "most adequate plaintiff"
5  under the Private Securities Litigation Reform Act of 1995 ("PSLRA") and meets the
6  applicable requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of
7  this motion in that its claims are typical of the other class members' claims and NYCERS will
8  fairly and adequately represent the class.

9      Additional support for this Motion is provided in the accompanying Memorandum of
10 Law and Declaration of Merrill Glen Emerick, Esq. in support of this Motion, pleadings and
11 other files herein, and such other written and oral argument as may be permitted by the Court.

12 Dated: October 24, 2006

Respectfully submitted,

**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**

_____
Merrill Glen Emerick (State Bar No. 117248)
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650-348-0102


**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
Geoffrey C. Jarvis
Michael J. Barry
Mary S. Thomas (State Bar No. 175110)
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel: 302-622-7000

*Attorneys for Proposed Lead Plaintiff*
*The New York City Employees' Retirement System*

The New York City Employees' Retirement System's Motion For Its Appointment As Lead Plaintiff And For