## CERTIFICATE OF SERVICE

I, Michael J. Barry, hereby certify that I caused The New York City Employees' Retirement System's Motion for its Appointment as Lead Plaintiff and for Approval of its Selection of Counsel and Memorandum of Law in Support thereof to be served electronically on all known counsel of record.

DATED: Oct. 24 2006

Michael J. Barry