# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC., )<br><br>Defendants. | Case No.: C06-05208-MHP |

### CERTIFICATION OF VALERIE BUDZIK IN SUPPORT OF THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL

Valerie Budzik, Esquire, for her Certification on behalf of the New York City Employees' Retirement System ("NYCERS"), pursuant to 15 U.S.C. § 78u-4, states as follows:

1.      I am Acting General Counsel for the Office of the New York City Comptroller and am authorized to make this Certification on behalf of NYCERS.

2.      NYCERS' transactions in Apple Computer, Inc. (referred to hereinafter as "Apple" or the "Company") are listed in the chart attached hereto at Schedule A.

3.      NYCERS and its legal counsel have fully reviewed the facts and allegations of the complaint filed in this action.  NYCERS has authorized the filing of the accompanying motion for

appointment of lead plaintiff on its behalf in this action. NYCERS intends to actively monitor the conduct of this action for the benefit of the class. NYCERS has retained Jay W. Eisenhofer and the law firm of Grant & Eisenhofer P.A., to represent NYCERS. Grant & Eisenhofer P.A., is knowledgeable and experienced in securities law and litigation, particularly with regard to the role and responsibilities of institutional investors in class actions.

4.      NYCERS believes it is the class member with the largest financial interest in the relief sought by the class based on the complaint filed to date. Like other investors who purchased Apple securities during the Class Period, NYCERS believes it has suffered damages as a result of defendants' fraudulent conduct and violations of the federal securities laws. NYCERS believes its claims against the defendants are typical of those of other members of the class.

5.      NYCERS did not purchase the securities that are the subject of the complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the federal securities laws. NYCERS invested in Apple securities solely for its own business purposes.

6.      NYCERS is willing to serve as a representative party on behalf of the class of Apple shareholders, including providing testimony at depositions and trial. NYCERS intends to pursue this litigation for the best interests of all class members.

7.      NYCERS has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in *In re take Two interactive Securities Litig.*, Civ. Action No. 1:06-CV-00803-SWK (S.D.N.Y.) and *Peters v. Juniper Networks, Inc.*, Civ. Action No. 5:06-cv-05303-JW (N.D.Cal.).

2

8.   NYCERS  will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any recovery, except as ordered and approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 24, 2006

_____
Valerie Budzik

3

## Schedule A
## Apple Computer, Inc.
### Trading History: 1/22/04 - 8/11/06
### NYC EMPLOYEES RETIREMENT SYSTEM

| Purchases | | | | Sales | | | |
|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total |
| Holdings on 1/22/04 | | | 973,500 | | | | |
| 1/22/2004 | 800 | $11.1500 | $8,920.00 | 2/11/2004 | 3,600 | $11.8120 | $42,523.20 |
| 1/30/2004 | 1,200 | $11.3100 | $13,572.00 | 3/5/2004 | 1,000 | $13.4596 | $13,459.60 |
| 2/2/2004 | 200 | $11.2635 | $2,252.70 | 3/10/2004 | 1,000 | $13.8745 | $13,874.45 |
| 2/3/2004 | 16,100 | $11.1055 | $178,798.55 | 3/22/2004 | 200 | $12.9770 | $2,595.39 |
| 2/3/2004 | 1,200 | $11.1455 | $13,374.60 | 3/25/2004 | 800 | $13.1641 | $10,531.24 |
| 2/13/2004 | 1,200 | $11.5500 | $13,860.00 | 4/1/2004 | 1,000 | $13.5995 | $13,599.46 |
| 2/19/2004 | 800 | $11.4615 | $9,169.20 | 4/12/2004 | 1,000 | $13.9797 | $13,979.72 |
| 3/19/2004 | 400 | $12.9300 | $5,172.00 | 4/27/2004 | 16,300 | $13.4496 | $219,228.23 |
| 4/13/2004 | 5,000 | $13.4650 | $67,325.00 | 5/10/2004 | 1,400 | $13.0738 | $18,303.31 |
| 6/18/2004 | 400 | $16.4500 | $6,580.00 | 5/11/2004 | 1,000 | $13.4747 | $13,474.68 |
| 6/23/2004 | 3,240 | $16.8325 | $54,537.30 | 5/14/2004 | 17,300 | $13.4300 | $232,338.75 |
| 6/24/2004 | 3,888 | $16.7425 | $65,094.84 | 5/24/2004 | 55,400 | $13.6623 | $756,890.31 |
| 6/25/2004 | 1,486 | $16.6591 | $24,755.49 | 6/9/2004 | 1,400 | $15.2361 | $21,330.60 |
| 6/25/2004 | 75,400 | $16.8332 | $1,269,219.51 | 6/29/2004 | 2,600 | $16.2421 | $42,229.51 |
| 6/25/2004 | 28,000 | $16.8500 | $471,800.00 | 6/29/2004 | 2,600 | $16.2421 | $42,229.51 |
| 6/25/2004 | 21,600 | $16.6579 | $359,809.56 | 8/25/2004 | 3,000 | $16.5250 | $49,575.00 |
| 6/30/2004 | 2,472 | $16.4669 | $40,706.18 | 8/25/2004 | 800 | $15.9724 | $12,777.94 |
| 6/30/2004 | 1,332 | $15.9158 | $21,199.91 | 8/25/2004 | 6,000 | $16.4261 | $98,556.69 |
| 7/1/2004 | 604 | $16.1742 | $9,769.22 | 8/26/2004 | 3,000 | $17.3271 | $51,981.28 |
| 7/2/2004 | 2,200 | $15.1306 | $33,287.32 | 9/27/2004 | 15,234 | $18.7625 | $285,827.32 |
| 7/7/2004 | 750 | $15.1642 | $11,373.12 | 10/26/2004 | 4,400 | $23.5744 | $103,727.57 |
| 7/8/2004 | 944 | $15.1988 | $14,347.62 | 10/26/2004 | 5,800 | $23.9850 | $139,113.00 |
| 7/9/2004 | 1,106 | $15.1621 | $16,769.33 | 11/17/2004 | 400 | $27.6244 | $11,049.74 |
| 7/15/2004 | 800 | $16.4650 | $13,172.00 | 11/23/2004 | 12,200 | $30.7274 | $374,874.04 |
| 8/5/2004 | 200 | $15.8175 | $3,163.50 | 12/27/2004 | 4,050 | $31.6016 | $127,986.52 |
| 8/12/2004 | 6,400 | $15.2498 | $97,598.72 | 12/27/2004 | 2,658 | $31.5760 | $83,929.03 |
| 9/2/2004 | 14,300 | $17.7020 | $253,138.60 | 1/26/2005 | 1,054 | $36.1213 | $38,071.85 |
| 9/15/2004 | 200 | $17.5800 | $3,516.00 | 2/4/2005 | 12,800 | $39.0630 | $500,006.58 |
| 9/17/2004 | 2,200 | $18.5700 | $40,854.00 | 2/8/2005 | 4,600 | $40.2516 | $185,157.24 |
| 9/22/2004 | 15,000 | $18.5605 | $278,406.75 | 2/18/2005 | 1,000 | $43.2286 | $43,228.57 |
| 9/30/2004 | 8,400 | $19.3313 | $162,382.92 | 2/23/2005 | 5,192 | $44.0848 | $228,888.27 |
| 10/7/2004 | 10,600 | $19.9009 | $210,949.01 | 2/23/2005 | 206 | $44.0910 | $9,082.75 |
| 10/12/2004 | 400 | $18.9759 | $7,590.36 | 3/7/2005 | 300 | $42.9466 | $12,883.97 |
| 10/15/2004 | 7,400 | $22.5161 | $166,618.77 | 3/18/2005 | 600 | $42.8386 | $25,703.15 |
| 10/26/2004 | 400 | $23.9850 | $9,594.00 | 3/24/2005 | 36,600 | $42.5086 | $1,555,814.79 |
| 10/26/2004 | 8,592 | $23.9666 | $205,921.03 | 3/24/2005 | 9,100 | $42.5000 | $386,750.00 |
| 11/2/2004 | 15,600 | $26.3495 | $411,051.42 | 3/30/2005 | 4,000 | $42.7886 | $171,154.36 |
| 11/3/2004 | 12,800 | $27.4429 | $351,269.12 | 3/31/2005 | 500 | $42.5200 | $21,260.00 |
| 11/3/2004 | 54,400 | $27.2745 | $1,483,732.80 | 4/14/2005 | 1,592 | $37.4968 | $59,694.95 |
| 11/9/2004 | 3,000 | $27.0250 | $81,075.00 | 5/11/2005 | 12,500 | $34.1421 | $426,775.88 |
| 11/9/2004 | 7,400 | $27.0819 | $200,406.06 | 5/12/2005 | 2,600 | $34.5667 | $89,873.29 |
| 11/30/2004 | 4,200 | $33.9722 | $142,683.24 | 5/25/2005 | 8,293 | $39.7418 | $329,579.07 |
| 12/2/2004 | 70 | $32.6197 | $2,283.38 | 5/27/2005 | 1,800 | $40.5583 | $73,004.94 |
| 12/2/2004 | 5,600 | $32.5952 | $182,533.12 | 6/3/2005 | 8,000 | $37.8921 | $303,136.91 |
| 12/3/2004 | 80 | $31.5563 | $2,524.50 | 6/23/2005 | 1,882 | $39.1839 | $73,744.02 |
| 12/3/2004 | 800 | $31.4192 | $25,135.36 | 6/24/2005 | 7,900 | $37.7600 | $298,304.00 |
| 12/6/2004 | 26 | $31.9977 | $831.94 | 6/24/2005 | 2,400 | $37.7999 | $90,719.80 |

**Schedule A**
**Apple Computer, Inc.**
**Trading History: 1/22/04 - 8/11/06**
**NYC EMPLOYEES RETIREMENT SYSTEM**

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total |
|---|---|---|---|---|---|---|---|
| | | Purchases | | | | Sales | |
| 12/7/2004 | 24 | $32.4325 | $778.38 | 6/27/2005 | 361 | $37.0934 | $13,390.73 |
| 12/7/2004 | 1,200 | $31.9150 | $38,298.00 | 6/27/2005 | 8,944 | $37.0863 | $331,700.30 |
| 12/7/2004 | 7,036 | $32.6600 | $229,795.76 | 6/27/2005 | 1,400 | $37.6134 | $52,658.79 |
| 12/10/2004 | 96 | $32.7108 | $3,140.24 | 6/29/2005 | 5,900 | $36.3485 | $214,456.03 |
| 12/13/2004 | 90 | $32.6141 | $2,935.27 | 6/29/2005 | 100 | $36.3434 | $3,634.34 |
| 12/13/2004 | 68 | $32.4975 | $2,209.83 | 8/26/2005 | 3,880 | $45.7206 | $177,395.88 |
| 12/13/2004 | 238 | $32.5037 | $7,735.89 | 9/7/2005 | 300 | $49.0346 | $14,710.39 |
| 12/14/2004 | 184 | $32.6937 | $6,015.64 | 9/21/2005 | 32,500 | $52.2385 | $1,697,751.71 |
| 12/15/2004 | 82 | $32.5821 | $2,671.73 | 9/27/2005 | 5,700 | $53.4328 | $304,566.76 |
| 12/15/2004 | 600 | $32.6092 | $19,565.52 | 9/27/2005 | 800 | $53.7578 | $43,006.20 |
| 12/16/2004 | 2,600 | $33.4380 | $86,938.67 | 9/29/2005 | 2,800 | $52.3228 | $146,503.87 |
| 12/17/2004 | 3,200 | $32.5550 | $104,176.00 | 10/24/2005 | 6,000 | $56.7900 | $340,740.00 |
| 12/31/2004 | 7,084 | $32.2025 | $228,122.51 | 10/26/2005 | 700 | $57.0176 | $39,912.33 |
| 12/31/2004 | 10,550 | $32.2087 | $339,802.31 | 10/28/2005 | 100 | $54.4427 | $5,444.27 |
| 1/5/2005 | 3,974 | $32.1504 | $127,765.69 | 11/1/2005 | 100 | $57.4275 | $5,742.75 |
| 1/6/2005 | 4,100 | $31.8846 | $130,726.86 | 11/4/2005 | 1,700 | $60.7375 | $103,253.68 |
| 1/26/2005 | 1,930 | $35.8472 | $69,185.00 | 11/15/2005 | 3,600 | $62.3952 | $224,622.68 |
| 1/31/2005 | 56,800 | $37.2550 | $2,116,084.00 | 11/16/2005 | 2,673 | $64.1054 | $171,353.78 |
| 2/3/2005 | 4,400 | $39.0499 | $171,819.34 | 11/21/2005 | 200 | $64.9600 | $12,992.00 |
| 2/18/2005 | 200 | $43.3684 | $8,673.67 | 11/28/2005 | 600 | $69.5800 | $41,747.99 |
| 3/18/2005 | 3,500 | $42.9500 | $150,325.00 | 12/2/2005 | 1,900 | $72.0062 | $136,811.75 |
| 4/1/2005 | 84 | $41.0533 | $3,448.48 | 12/5/2005 | 4,000 | $72.0162 | $288,064.75 |
| 4/8/2005 | 40 | $43.7820 | $1,751.28 | 12/6/2005 | 1,700 | $73.5502 | $125,035.37 |
| 4/11/2005 | 30 | $42.7100 | $1,281.30 | 12/8/2005 | 2,194 | $73.8400 | $162,004.98 |
| 4/12/2005 | 21 | $42.9519 | $901.99 | 12/19/2005 | 600 | $71.7571 | $43,054.25 |
| 4/13/2005 | 25 | $41.9840 | $1,049.60 | 1/6/2006 | 1,566 | $74.7379 | $117,039.55 |
| 4/13/2005 | 3,500 | $41.3816 | $144,835.60 | 2/22/2006 | 720 | $69.9707 | $50,378.87 |
| 4/14/2005 | 7,500 | $37.6815 | $282,611.25 | 2/28/2006 | 21,400 | $70.6259 | $1,511,394.92 |
| 4/15/2005 | 2,900 | $36.3310 | $105,359.90 | 3/31/2006 | 900 | $62.7191 | $56,447.16 |
| 4/18/2005 | 3,400 | $35.6430 | $121,186.20 | 4/3/2006 | 2,100 | $63.7085 | $133,787.94 |
| 4/29/2005 | 7,000 | $35.5466 | $248,826.20 | 4/11/2006 | 1,000 | $68.9979 | $68,997.88 |
| 5/4/2005 | 1,900 | $36.7514 | $69,827.66 | 4/17/2006 | 3,800 | $64.8877 | $246,573.28 |
| 5/12/2005 | 28 | $34.2250 | $958.30 | 5/1/2006 | 200 | $71.2160 | $14,243.20 |
| 5/16/2005 | 42 | $35.0793 | $1,473.33 | 5/1/2006 | 4,200 | $70.7023 | $296,949.78 |
| 5/17/2005 | 39 | $34.9815 | $1,364.28 | 5/2/2006 | 710 | $71.6777 | $50,891.16 |
| 5/18/2005 | 9 | $35.1656 | $316.49 | 5/2/2006 | 2,000 | $71.1123 | $142,224.63 |
| 5/19/2005 | 24 | $36.9917 | $887.80 | 5/24/2006 | 400 | $62.9806 | $25,192.22 |
| 5/20/2005 | 58 | $37.5100 | $2,175.58 | 7/10/2006 | 1,100 | $54.9483 | $60,443.14 |
| 5/24/2005 | 100 | $39.7000 | $3,970.00 | 7/25/2006 | 5,200 | $61.0342 | $317,377.97 |
| 6/1/2005 | 2,000 | $40.4123 | $80,824.60 | 8/1/2006 | 100 | $66.5228 | $6,652.28 |
| 6/10/2005 | 78 | $35.9100 | $2,800.98 | 8/2/2006 | 200 | $67.6638 | $13,532.76 |
| 6/14/2005 | 41 | $35.9244 | $1,472.90 | 8/2/2006 | 200 | $68.1919 | $13,638.38 |
| 6/17/2005 | 1,100 | $38.2650 | $42,091.50 | 8/3/2006 | 1,200 | $68.7898 | $82,547.74 |
| 6/27/2005 | 3,600 | $37.0629 | $133,426.44 | | | | |
| 7/15/2005 | 10 | $41.4150 | $414.15 | | | | |
| 7/18/2005 | 22 | $41.7059 | $917.53 | | | | |
| 7/20/2005 | 30 | $42.8263 | $1,284.79 | | | | |
| 7/21/2005 | 18 | $43.5339 | $783.61 | | | | |
| 7/22/2005 | 10 | $43.7550 | $437.55 | | | | |

**Schedule A**
**Apple Computer, Inc.**
**Trading History:  1/22/04 - 8/11/06**
**NYC EMPLOYEES RETIREMENT SYSTEM**

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total |
|---|---|---|---|---|---|---|---|
| | | --------------------------Purchases-------------------------- | | | | --------------------------Sales-------------------------- | |
| 7/25/2005 | 800 | $43.8100 | $35,048.00 | | | | |
| 7/27/2005 | 200 | $43.9900 | $8,798.00 | | | | |
| 7/28/2005 | 4 | $43.6650 | $174.66 | | | | |
| 7/29/2005 | 6 | $44.2100 | $265.26 | | | | |
| 8/1/2005 | 300 | $42.8100 | $12,843.00 | | | | |
| 8/10/2005 | 3,500 | $43.6908 | $152,917.80 | | | | |
| 8/11/2005 | 300 | $44.0000 | $13,200.00 | | | | |
| 8/15/2005 | 1,568 | $47.8882 | $75,088.70 | | | | |
| 8/24/2005 | 80 | $46.5725 | $3,725.80 | | | | |
| 8/25/2005 | 10 | $46.1750 | $461.75 | | | | |
| 8/25/2005 | 600 | $46.2200 | $27,732.00 | | | | |
| 8/29/2005 | 10 | $45.7600 | $457.60 | | | | |
| 9/8/2005 | 7,900 | $49.8101 | $393,499.79 | | | | |
| 9/16/2005 | 2,600 | $51.2000 | $133,120.00 | | | | |
| 10/4/2005 | 2,000 | $54.7028 | $109,405.60 | | | | |
| 10/4/2005 | 2,863 | $54.2532 | $155,326.91 | | | | |
| 10/5/2005 | 3,400 | $53.5545 | $182,085.30 | | | | |
| 10/6/2005 | 700 | $53.3301 | $37,331.07 | | | | |
| 10/11/2005 | 1,000 | $51.4458 | $51,445.80 | | | | |
| 10/11/2005 | 1,000 | $51.4373 | $51,437.30 | | | | |
| 10/12/2005 | 3,000 | $48.3812 | $145,143.60 | | | | |
| 11/14/2005 | 25 | $61.5252 | $1,538.13 | | | | |
| 11/15/2005 | 37 | $62.6708 | $2,318.82 | | | | |
| 11/16/2005 | 38 | $63.8776 | $2,427.35 | | | | |
| 12/16/2005 | 2,000 | $71.3350 | $142,670.00 | | | | |
| 12/16/2005 | 4,345 | $71.3430 | $309,985.33 | | | | |
| 12/16/2005 | 9,583 | $71.6397 | $686,523.25 | | | | |
| 12/19/2005 | 1,100 | $71.6400 | $78,804.00 | | | | |
| 12/19/2005 | 2,200 | $71.5170 | $157,337.40 | | | | |
| 12/27/2005 | 400 | $74.3115 | $29,724.60 | | | | |
| 12/30/2005 | 686 | $71.9000 | $49,323.40 | | | | |
| 12/30/2005 | 1,402 | $71.8950 | $100,796.79 | | | | |
| 1/12/2006 | 900 | $84.9300 | $76,437.00 | | | | |
| 1/19/2006 | 4,200 | $80.1475 | $336,619.50 | | | | |
| 1/20/2006 | 100 | $77.2200 | $7,722.00 | | | | |
| 1/20/2006 | 2,080 | $79.2003 | $164,736.62 | | | | |
| 1/23/2006 | 600 | $76.2646 | $45,758.76 | | | | |
| 1/24/2006 | 1,700 | $79.0338 | $134,357.46 | | | | |
| 1/26/2006 | 7,700 | $74.7850 | $575,844.50 | | | | |
| 1/26/2006 | 600 | $72.5300 | $43,518.00 | | | | |
| 1/26/2006 | 6,800 | $75.0178 | $510,121.04 | | | | |
| 2/1/2006 | 500 | $75.3415 | $37,670.75 | | | | |
| 2/8/2006 | 1,300 | $68.8300 | $89,479.00 | | | | |
| 2/14/2006 | 3,200 | $65.4881 | $209,561.92 | | | | |
| 2/28/2006 | 832 | $68.5450 | $57,029.44 | | | | |
| 2/28/2006 | 226 | $68.5450 | $15,491.17 | | | | |
| 3/16/2006 | 1,500 | $65.9249 | $98,887.35 | | | | |
| 3/17/2006 | 1,600 | $64.6540 | $103,446.40 | | | | |
| 3/17/2006 | 600 | $64.7750 | $38,865.00 | | | | |

**Schedule A**
**Apple Computer, Inc.**
**Trading History:  1/22/04 - 8/11/06**
**NYC EMPLOYEES RETIREMENT SYSTEM**

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total |
|---|---|---|---|---|---|---|---|
| 3/27/2006 | 300 | $60.5900 | $18,177.00 | | | | |
| 3/30/2006 | 800 | $62.2800 | $49,824.00 | | | | |
| 4/10/2006 | 40 | $68.7950 | $2,751.80 | | | | |
| 4/11/2006 | 88 | $67.7745 | $5,964.16 | | | | |
| 4/12/2006 | 47 | $67.8215 | $3,187.61 | | | | |
| 4/13/2006 | 21 | $66.4586 | $1,395.63 | | | | |
| 4/17/2006 | 4 | $66.3250 | $265.30 | | | | |
| 4/21/2006 | 1,384 | $67.0450 | $92,790.28 | | | | |
| 5/5/2006 | 1,406 | $71.8950 | $101,084.37 | | | | |
| 6/14/2006 | 99 | $57.3053 | $5,673.22 | | | | |
| 6/14/2006 | 3,800 | $57.3338 | $217,868.44 | | | | |
| 6/16/2006 | 300 | $57.5560 | $17,266.80 | | | | |
| 6/27/2006 | 40 | $57.8650 | $2,314.60 | | | | |
| 6/27/2006 | 800 | $57.8230 | $46,258.40 | | | | |
| 6/28/2006 | 32 | $56.1450 | $1,796.64 | | | | |
| 6/29/2006 | 42 | $56.6469 | $2,379.17 | | | | |
| 6/30/2006 | 21 | $57.2852 | $1,202.99 | | | | |
| 6/30/2006 | 2,097 | $57.1210 | $119,782.74 | | | | |
| 6/30/2006 | 1,762 | $57.1200 | $100,645.44 | | | | |
| 6/30/2006 | 2,100 | $57.0457 | $119,795.97 | | | | |
| 6/30/2006 | 600 | $57.2700 | $34,362.00 | | | | |
| 7/3/2006 | 42 | $57.8550 | $2,429.91 | | | | |
| 7/5/2006 | 19 | $57.3595 | $1,089.83 | | | | |
| 7/6/2006 | 4 | $56.5450 | $226.18 | | | | |
| 7/24/2006 | 3,620 | $61.3631 | $222,134.42 | | | | |
| 8/1/2006 | 300 | $66.5540 | $19,966.20 | | | | |
| 8/10/2006 | 2,262 | $64.0814 | $144,952.13 | | | | |
| 8/10/2006 | 134 | $64.0750 | $8,586.05 | | | | |
| **Total** | **601,014** | | **$19,192,243.85** | | **422,809** | | **$15,627,688.92** |