**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,**

**Plaintiffs,**

**v.**

**STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,**

**Defendants.**

**Case No.: C06-05208-MHP**

**[PROPOSED] ORDER APPOINTING THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF COUNSEL**

Judge: Honorable Marilyn H. Patel

Upon consideration of (1) the motion of The New York City Employees' Retirement System for appointment as lead plaintiff and approval of its selection of counsel for the class; (2) the Memorandum of Law in support thereof; (3) the Declaration of Merrill Glen Emerick in support thereof and the exhibits thereto; and (4) all other pleadings and other papers submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The motion of The New York City Employees' Retirement System is **GRANTED;**

2. The New York City Employees' Retirement System is **APPOINTED** to serve as Lead Plaintiff, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, in the above captioned action.

3. The selection of counsel by The New York City Employees' Retirement System is **APPROVED**, and the law firm of Grant & Eisenhofer P.A. is hereby **APPOINTED** as Lead Counsel for the Class.

**SO ORDERED.**

Dated: __________, 2006

______________________________
Hon. Marilyn H. Patel

2

[Proposed] Order Appointing The New York City Employees' Retirement System As Lead Plaintiff And Approving Its Selection Of Counsel (Case No.: C06-05208-MHP)