Jay W. Eisenhofer
Geoffrey C. Jarvis
Michael J. Barry
Mary S. Thomas (State Bar No. 175110)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100
jeisenhofer@gelaw.com

Merrill Glen Emerick (State Bar No. 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

*Attorneys for Proposed Lead Plaintiff*
*The New York City Employees' Retirement System*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No.: C06-05208-MHP<br><br>**CERTIFICATION OF COUNSEL FOR PROPOSED LEAD PLAINTIFF THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM PURSUANT TO LOCAL RULE 3.7(d)**<br><br>Judge: Honorable Marilyn H. Patel |

CERTIFICATION OF COUNSEL FOR PROPOSED
LEAD PLAINTIFF THE NEW YORK CITY
EMPLOYEES' RETIREMENT SYSTEM
PURSUANT TO LOCAL RULE 3.7(d)
Case No.: C06-05208-MHP

We, the undersigned named counsel for Proposed Lead Plaintiff The New York City Employees' Retirement System, each hereby certify pursuant to Local Rule 3 7(d), as follows:

1. I do not personally own any common stock or any other securities issued by Apple Computer, Inc ("Apple")

2. I do own mutual funds that may or may not have holdings in Apple. I am not aware, however, of any mutual fund in which I invest that actually has an ownership interest in any Apple securities. I do not have any discretionary authority with regard to the particular investments made by any mutual funds in which I have a beneficial interest

We declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct Executed this 25th day of October, 2006

_____
Jay W. Eisenhofer
GRANT & EISENHOFER P.A.

_____
Geoffrey C. Jarvis
GRANT & EISENHOFER P.A.

_____
Michael J Barry
GRANT & EISENHOFER P.A.

_____
Mary S. Thomas (State Bar No 175110)
GRANT & EISENHOFER P.A

_____
Merrill Glen Emerick (State Bar No 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

2

CERTIFICATION OF COUNSEL FOR PROPOSED
LEAD PLAINTIFF THE NEW YORK CITY
EMPLOYEES' RETIREMENT SYSTEM
PURSUANT TO LOCAL RULE 3 7(d)