# CERTIFICATE OF SERVICE

I, Michael J. Barry, hereby certify that I caused the Certification of Counsel for Proposed Lead Plaintiff The New York City Employees' Retirement System Pursuant to Local Rule 3.7(d) to be served electronically on all known counsel of record.

DATED: Oct 25, 2006

Michael J. Barry