Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Michael J. Barry, Esq.
Mary S. Thomas, Esq. (State Bar No. 175110)
GRANT & EISENHOFER, P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
jeisenhofer@gelaw.com

Merrill G. Emerick, Esq. (SBN 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962
memerick@afeslaw.com

*Attorneys for Proposed Lead Plaintiff*
*The New York City Employees' Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>vs<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants | Case No. C06-05208-MHP<br><br>NOTICE OF HEARING ON THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL<br><br>DATE: December 4, 2006<br>TIME: 2:00 p.m.<br>DEPT: Courtroom 15<br>JUDGE: The Honorable Marilyn H. Patel |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on **December 4, 2006** at **2:00 p.m.**, or as soon thereafter as the matter may be heard in **Courtroom 15** of the above-entitled court, located at 450 Golden

Gate Avenue, San Francisco, California, a hearing will be held on The New York City Employees' Retirement System's motion for an order appointing it as lead plaintiff and Grant & Eisenhofer as lead counsel.

The motion will be based on the motion filed, the Memorandum of Law filed, the pleadings, records and papers filed herein, and such other and further oral and documentary evidence and legal memoranda as may be presented at or by the hearing on said motion.

Dated: October 27, 2006

Respectfully submitted,

GRANT & EISENHOFER, P.A.

By: /s/ Mary S. Thomas
    Mary S. Thomas, Esq. (State Bar No. 175110)
GRANT & EISENHOFER, P.A.
Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Michael J. Barry, Esq.
Mary S. Thomas, Esq. (State Bar No. 175110)
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 622-7000

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
Merrill G. Emerick, Esq. (SBN 117248)
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

*Attorneys for Proposed Lead Plaintiff*
*The New York City Employees' Retirement System*