## CERTIFICATE OF SERVICE

     I, Michael J. Barry, hereby certify that I caused the Notice Of Hearing On The New York City Employees' Retirement System's Motion For Its Appointment As Lead Plaintiff And For Approval Of Its Selection Of Counsel to be served electronically on all known counsel of record.

DATED: October 27, 2006

                                          Michael J. Barry