GEORGE A. RILEY (State Bar No. 118304) griley@omm.com
LUANN L. SIMMONS (State Bar No. 203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

DAVID M. FURBUSH (State Bar No. 83447) dfurbush@omm.com
DALE M. EDMONDSON (State Bar No. 189793) dedmondson@omm.com
ROBERTA L. HARTING (State Bar No. 225067) rharting@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for Defendant
APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, On Behalf Of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No. C 06 05208 MHP<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br><br>Complaint Filed: August 24, 2006<br>Jury Trial Demanded |

MP1:987221.2

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06 05208 MHP

Pursuant to Civil L.R. 6-1, the parties stipulate, and the Court hereby orders, as follows:

1. Defendants are not required to respond to the complaint in this action or any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint by Lead Plaintiff's Counsel.

2. Defendants shall respond to the consolidated complaint within forty-five (45) days after service (or, in the event that Lead Plaintiff's Counsel designates an existing complaint as the operative complaint, within forty-five (45) days after service of written notice of such designation), unless otherwise agreed upon by the parties or ordered by the Court.

STULL, STULL & BRODY

Dated: October 26, 2006

By: /s/ Patrice L. Bishop
      Patrice L. Bishop

Attorneys for Plaintiffs
Martin Vogel and Kenneth Mahoney, On Behalf Of Themselves and All Others Similarly Situated

O'MELVENY & MYERS LLP

Dated: October 26, 2006

By: /s/ David M. Furbush
      David M. Furbush

Attorneys for Defendant
Apple Computer, Inc.

1
2
3
## O R D E R

4
PURSUANT TO STIPULATION, IT IS SO ORDERED.

5
6  DATED: October 27, 2006

7  Hon. Marilyn Hall Patel
United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
MP1:987221.2

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06 05208 MHP