1 | JEROME C. ROTH (SBN 159483)
jerome.roth@mto.com
2 | YOHANCE C. EDWARDS (SBN 237244)
yohance.edwards@mto.com
3 | GENEVIEVE A. COX (SBN 229496)
genevieve.cox@mto.com
4 | MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
5 | San Francisco, CA 94105-2907
Telephone: (415) 512-4000
6 | Facsimile: (415) 512-4077

7 | JOHN W. SPIEGEL (SBN 078935)
john.spiegel@mto.com
8 | CARL H. MOOR (SBN 138985)
carl.moor@mto.com
9 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
10 | Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
11 | Facsimile: (213) 687-3702

13 | Attorneys for Defendant
FRED ANDERSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No. C 06 05208 MHP<br><br>SUBSTITUTION OF ATTORNEYS FOR DEFENDANT FRED ANDERSON<br><br>Judge: Honorable Marilyn H. Patel |

1224754.2

SUBSTITUTION OF ATTORNEYS - CASE C 06 05208 MHP

1  TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF
2  RECORD:
3  Defendant Fred Anderson hereby substitutes:
4
5  Jerome C. Roth
   Yohance C. Edwards
6  Genevieve A. Cox
   Munger, Tolles & Olson LLP
7  560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA 94105
8  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
9  John W. Spiegel
   Carl H. Moor
10 Munger, Tolles & Olson LLP
   355 South Grand Avenue, Thirty-Fifth Floor
11 Los Angeles, CA 90071
   Telephone: (213) 683-9100
12 Facsimile: (213) 687-3702
13
14 As his new attorneys of record in this action instead of:
15 George A Riley
   Luann L. Simmons
16 O'Melveny & Myers LLP
   Embarcadero Center West
17 275 Battery Street
   San Francisco, CA 94111
18 Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
19
   David M. Furbush
20 Dale M. Edmondson
   Roberta L. Harting
21 O'Melveny & Myers LLP
   2765 Sand Hill Road
22 Menlo Park, CA 94025
   Telephone: (650) 473-2600
23 Facsimile: (650) 473-2601
24 The substitution of counsel will not cause delay in the prosecution of the case to completion.
25
26
27
28

1224754.2

2

SUBSTITUTION OF ATTORNEYS - CASE C 06 05208 MHP

```
 1  I consent to this substitution.
 2  DATED: November 13, 2006
 3                                              By: _____/s/ Fred Anderson_____
 4                                                  FRED ANDERSON
 5
 6
 7  Dated: November 13, 2006                    O'MELVENY & MYERS LLP
 8
 9                                              By: _____/s/ David Furbush_____
                                                    David M. Furbush
10
                                                Former Attorneys for Defendant FRED
11                                              ANDERSON
12
13  I have given proper notice as applicable and further consent to the above substitution.
14
15  DATED: November 13, 2006                    MUNGER, TOLLES & OLSON, LLP
16
17
                                                By: _____/s/ Jerome Roth_____
18                                                  Jerome C. Roth
19                                              New Attorneys for Defendant FRED
                                                ANDERSON
20
21
22
23
24
25
26
27
28
    1224754.2                              3
                SUBSTITUTION OF ATTORNEYS - CASE C 06 05208 MHP
```