GEORGE A. RILEY (S.B. #118304)
griley@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

DAVID M. FURBUSH (S.B. #83447)
dfurbush@omm.com
DALE M. EDMONDSON (S.B. #189793)
dedmondson@omm.com
ROBERTA L. HARTING (S.B. #225067)
rharting@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601

Attorneys for Defendants STEVEN P. JOBS,
PETER OPPENHEIMER, WILLIAM V. CAMPBELL,
MILLARD S. DREXLER, ALBERT GORE, JR.,
ARTHUR D. LEVINSON, JEROME P. YORK, and
APPLE COMPUTER, INC.

[Additional Counsel Listed on Signature Page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No. C 06 05208 MHP<br><br>**DEFENDANTS' RESPONSE TO MOTION FOR APPOINTMENT OF LEAD PLAINTIFF**<br><br>Hearing Date: December 4, 2006<br>Time: 2:00 PM<br>Courtroom: 15, 18th Floor<br>Judge: Honorable Marilyn H. Patel |

1  Defendants Apple Computer, Inc., Steven P. Jobs, Peter Oppenheimer, Fred Anderson,
2  William V. Campbell, Millard S. Drexler, Albert Gore, Jr., Arthur D. Levinson and Jerome P.
3  York (collectively "Defendants") respectfully submit this statement in response to the Motion for
4  Appointment of The New York City Employees' Retirement System ("NYCERS") as Lead
5  Plaintiff.

6  Defendants take no position on who should be appointed lead plaintiff or lead counsel in
7  this action. This statement, however, is without prejudice to, and does not waive, Defendants'
8  right to challenge class certification at any later date on any appropriate grounds. In addition, this
9  statement should not be construed as a waiver of Defendants' right to challenge any of plaintiffs'
10 claims in this matter (including, but not limited to, their allegations as summarized in the motion
11 for appointment of lead plaintiff), or to challenge the method by which potential damages should
12 be measured. At the appropriate future time, Defendants will set forth their position on all such
13 issues, and Defendants reserve all rights, defenses, and positions in the interim. In particular,
14 Defendants reserve all rights to challenge any claims on standing grounds, and will oppose any
15 attempt to advance claims that the lead plaintiff lacks standing to pursue.

17 Dated: November 13, 2006          DAVID M. FURBUSH
                                     DALE M. EDMONDSON
18                                   ROBERTA L. HARTING
                                     O'MELVENY & MYERS LLP

21                                   By: /s/ David M. Furbush
                                         David M. Furbush

22                                   Attorneys for Defendants STEVEN P. JOBS,
                                     PETER OPPENHEIMER, WILLIAM V.
23                                   CAMPBELL, MILLARD S. DREXLER,
                                     ALBERT GORE, JR., ARTHUR D.
24                                   LEVINSON, JEROME P. YORK, and
                                     APPLE COMPUTER, INC.

DEFENDANTS' RESPONSE TO MOTION FOR APPOINTMENT OF LEAD PLAINTIFF - C 06 05208 MHP

| | | |
|---|---|---|
| 1 | Dated: November 13, 2006 | JEROME C. ROTH |
| 2 | | YOHANCE C. EDWARDS |
| | | MUNGER, TOLLES & OLSON LLC |
| 3 | | 560 Mission Street, 27th Floor |
| | | San Francisco, California 94105 |
| 4 | | Telephone: (415) 512-4000 |
| | | Facsimile: (415) 512-4077 |

By: /s/ Yohance C. Edwards
Yohance C. Edwards

Attorneys for Defendant FRED ANDERSON

I, David M. Furbush, am the ECF User whose ID and password are being used to file this Response to Motion for Appointment of Lead Plaintiff. In compliance with General Order 45, X.B., I hereby attest that Yohance C. Edwards has concurred in this filing.

By: /s/ David M. Furbush
David M. Furbush

- 2 -
DEFENDANTS' RESPONSE TO MOTION FOR APPOINTMENT OF LEAD PLAINTIFF - C 06 05208 MHP