1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111-3305
4  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
5  E-Mail:        griley@omm.com
                  lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California  94025
   Telephone:   (650) 473-2600
9  Facsimile:    (650) 473-2601
   E-Mail:        dfurbush@omm.com
10
   Attorneys for Defendants STEVEN P. JOBS, PETER
11 OPPENHEIMER, WILLIAM V. CAMPBELL, MILLARD S.
   DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON,
12 JEROME P. YORK, and APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No. C 06 05208 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC AND RELATED DATES - C 06 05208 MHP

1  WHEREAS, on August 24, 2006, a class action complaint alleging violations of the
2  federal securities laws was filed against defendants.
3  WHEREAS, defendants are not scheduled to respond to the complaint until forty-five
4  (45) days after filing of an amended complaint.
5  WHEREAS, on October 24, 2006, pursuant to the Private Securities Litigation Reform
6  Act, 15 U.S.C. § 78u-4, proposed lead plaintiff New York City Employees' Retirement System
7  filed a motion for appointment of Lead Plaintiff and Lead Counsel, and the motion is scheduled
8  to be heard on December 4, 2006.
9  WHEREAS, pursuant to the Order Setting Initial Case Management Conference dates,
10  a Case Management Conference is scheduled for December 18, 2006.
11  WHEREAS, in light of the fact that a Lead Plaintiff and Lead Counsel has not yet been
12  appointed, and an amended complaint has not yet been filed, and in order to avoid unnecessary
13  dissipation of judicial resources or burden and expense, the parties wish to continue the Case
14  Management Conference and related dates until after an Order appointing Lead Plaintiff and
15  Lead Counsel in this litigation has been issued by the Court.
16  NOW, THEREFORE, the parties stipulate and agree, and respectfully request leave of
17  Court, to proceed as follows:
18  The Case Management Conference currently set for December 18, 2006, shall be taken
19  off calendar.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  The parties shall submit a stipulation with a proposed date and time for the Case Management Conference within fourteen (14) days after the Court issues an Order appointing Lead Plaintiff and Lead Counsel.

Dated: November 27, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By:     /s/ Luann L. Simmons
        Luann L. Simmons

Attorneys for Defendants STEVEN P. JOBS, PETER OPPENHEIMER, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK, and APPLE COMPUTER, INC.

Dated: November 27, 2006

JEROME C. ROTH
YOHANCE C. EDWARDS
GENEVIEVE A. COX
MUNGER, TOLLES & OLSON LLP

By:     /s/ Yohance C. Edwards
        Yohance C. Edwards

Attorney for Defendant FRED D. ANDERSON

Dated: November 27, 2006

JAY W. EISENHOFER
GEOFFREY C. JARVIS
MICHAEL J. BARRY
MARY S. THOMAS
GRANT & EISENHOFER P.A.

By:     /s/ Michael J. Barry
        Michael J. Barry

Attorney for Proposed Lead Plaintiff NEW YORK CITY EMPLOYEES' RETIREMENT PLAN

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 27, 2006 | STULL, STULL & BRODY |
| 2 | | |
| 3 | | By: _____/s/ Patrice L. Bishop_____ |
| 4 | | Patrice L. Bishop |
| 5 | | Attorneys for Plaintiffs MARTIN VOGEL and KENNETH MAHONEY, On Behalf of Themselves and All Others Similarly Situated |

**CERTIFICATION OF CONCURRENCE**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Yohance C. Edwards, Michael J. Barry and Patrice L. Bishop.

Dated: November 27, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By: _____/s/ Luann L. Simmons_____
Luann L. Simmons

Attorneys for Defendants STEVEN P. JOBS, PETER OPPENHEIMER, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK, and APPLE COMPUTER, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Marilyn H. Patel
United States District Judge

MP1:991042.1

- 3 -
STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC AND RELATED DATES - C 06 05208 MHP