1   JEROME C. ROTH (SBN 159483)
    jerome.roth@mto.com
2   YOHANCE C. EDWARDS (SBN 237244)
    yohance.edwards@mto.com
3   GENEVIEVE A. COX (SBN 229496)
    genevieve.cox@mto.com
4   MUNGER, TOLLES & OLSON LLP
    560 Mission Street, Twenty-Seventh Floor
5   San Francisco, CA  94105-2907
    Telephone:    (415) 512-4000
6   Facsimile:    (415) 512-4077

7   JOHN W. SPIEGEL (SBN 078935)
    john.spiegel@mto.com
8   CARL H. MOOR (SBN 138985)
    carl.moor@mto.com
9   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, Thirty-Fifth Floor
10  Los Angeles, CA  90071-1560
    Telephone:    (213) 683-9100
11  Facsimile:    (213) 687-3702

12

13  Attorneys for Defendant
    FRED ANDERSON
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                     SAN FRANCISCO DIVISION
17

18  MARTIN VOGEL and KENNETH              Case No. C 06 05208 MHP
    MAHONEY, on Behalf of Themselves
19  and All Others Similarly Situated,
                                          SUBSTITUTION OF ATTORNEYS FOR
20            Plaintiffs,                 DEFENDANT FRED ANDERSON AND ORDER

21       v.                              Judge:    Honorable Marilyn H. Patel

22  STEVEN P. JOBS, PETER
    OPPENHEIMER, FRED ANDERSON,
23  WILLIAM V. CAMPBELL, MILLARD S.
    DREXLER, ALBERT GORE, JR.,
24  ARTHUR D. LEVINSON, JEROME P.
    YORK and APPLE COMPUTER, INC.,
25
    Defendants.
26

27

28
    1224754.2

           SUBSTITUTION OF ATTORNEYS - CASE C 06 05208 MHP

1  TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF

2  RECORD:

3  Defendant Fred Anderson hereby substitutes:

4

5  Jerome C. Roth
   Yohance C. Edwards
   Genevieve A. Cox
6  Munger, Tolles & Olson LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, CA  94105
   Telephone: (415) 512-4000
8  Facsimile:  (415) 512-4077

9  John W. Spiegel
   Carl H. Moor
10 Munger, Tolles & Olson LLP
   355 South Grand Avenue, Thirty-Fifth Floor
11 Los Angeles, CA 90071
   Telephone: (213) 683-9100
12 Facsimile:  (213) 687-3702

13

14 As his new attorneys of record in this action instead of:

15 George A Riley
   Luann L. Simmons
16 O'Melveny & Myers LLP
   Embarcadero Center West
17 275 Battery Street
   San Francisco, CA 94111
18 Telephone: (415) 984-8700
   Facsimile:  (415) 984-8701

19
   David M. Furbush
20 Dale M. Edmondson
   Roberta L. Harting
21 O'Melveny & Myers LLP
   2765 Sand Hill Road
22 Menlo Park, CA 94025
   Telephone: (650) 473-2600
23 Facsimile:  (650) 473-2601

24 The substitution of counsel will not cause delay in the prosecution of the case to completion.

25

26

27

28
   1224754.2                                                    2
   ─────────────────────────────────────────────────────────────────
   SUBSTITUTION OF ATTORNEYS - CASE C 06 05208 MHP

1 | I consent to this substitution.

2 | DATED: November _13_, 2006

3

4 | By: _____
FRED ANDERSON

5

6

7 | Dated: November _13_, 2006          O'MELVENY & MYERS LLP

8

9 | By: _____
David M. Furbush

10

11 | Former Attorneys for Defendant FRED
ANDERSON

12

13 | I have given proper notice as applicable and further consent to the above substitution.

14

15 | DATED: November _13_, 2006          MUNGER, TOLLES & OLSON, LLP

16

17

18 | By: _____
Jerome C. Roth

19

20 | New Attorneys for Defendant FRED
ANDERSON

21

22

23 | IT IS SO ORDERED

24 | 11/24/06

25 | U.S. DISTRICT JUDGE

26

27

28

1224754.2                                    3
SUBSTITUTION OF ATTORNEYS - CASE C 06 05208 MHP