Case 3:06-cv-05208-MHP   Document 13   Filed 11/27/2006   Page 1 of 4

E-Filing

1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California 94111-3305
4  Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
5  E-Mail:     griley@omm.com
               lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California 94025
   Telephone:  (650) 473-2600
9  Facsimile:  (650) 473-2601
   E-Mail:     dfurbush@omm.com
10
   Attorneys for Defendants STEVEN P. JOBS, PETER
11 OPPENHEIMER, WILLIAM V. CAMPBELL, MILLARD S.
   DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON,
12 JEROME P. YORK, and APPLE COMPUTER, INC.

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| 18  MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves 19  and All Others Similarly Situated, 20              Plaintiffs, 21      v. 22  STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. 23  CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. 24  LEVINSON, JEROME P. YORK and APPLE COMPUTER, INC., 25              Defendants. | Case No. C 06 05208 MHP  **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

26
27
28

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC AND RELATED DATES - C 06 05208 MHP

1    WHEREAS, on August 24, 2006, a class action complaint alleging violations of the
2    federal securities laws was filed against defendants.
3    WHEREAS, defendants are not scheduled to respond to the complaint until forty-five
4    (45) days after filing of an amended complaint.
5    WHEREAS, on October 24, 2006, pursuant to the Private Securities Litigation Reform
6    Act, 15 U.S.C. § 78u-4, proposed lead plaintiff New York City Employees' Retirement System
7    filed a motion for appointment of Lead Plaintiff and Lead Counsel, and the motion is scheduled
8    to be heard on December 4, 2006.
9    WHEREAS, pursuant to the Order Setting Initial Case Management Conference dates,
10   a Case Management Conference is scheduled for December 18, 2006.
11   WHEREAS, in light of the fact that a Lead Plaintiff and Lead Counsel has not yet been
12   appointed, and an amended complaint has not yet been filed, and in order to avoid unnecessary
13   dissipation of judicial resources or burden and expense, the parties wish to continue the Case
14   Management Conference and related dates until after an Order appointing Lead Plaintiff and
15   Lead Counsel in this litigation has been issued by the Court.
16   NOW, THEREFORE, the parties stipulate and agree, and respectfully request leave of
17   Court, to proceed as follows:
18   The Case Management Conference currently set for December 18, 2006, shall be taken
19   off calendar.
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC AND RELATED DATES - C 06 05208 MHP

1  The parties shall submit a stipulation with a proposed date and time for the Case Management
2  Conference within fourteen (14) days after the Court issues an Order appointing Lead
3  Plaintiff and Lead Counsel.

4

5  Dated: November 27, 2006               GEORGE A. RILEY
                                          DAVID M. FURBUSH
6                                         LUANN L. SIMMONS
                                          O'MELVENY & MYERS LLP
7

8                                         By:        /s/ Luann L. Simmons
9                                                    Luann L. Simmons

10                                        Attorneys for Defendants STEVEN P. JOBS,
                                          PETER OPPENHEIMER, WILLIAM V.
11                                        CAMPBELL, MILLARD S. DREXLER,
                                          ALBERT GORE, JR., ARTHUR D. LEVINSON,
12                                        JEROME P. YORK, and APPLE COMPUTER,
                                          INC.
13

14 Dated: November 27, 2006                JEROME C. ROTH
                                           YOHANCE C. EDWARDS
15                                         GENEVIEVE A. COX
                                           MUNGER, TOLLES & OLSON LLP
16

17                                         By:       /s/ Yohance C. Edwards
                                                     Yohance C. Edwards
18
                                           Attorney for Defendant FRED D. ANDERSON
19

20 Dated: November 27, 2006                JAY W. EISENHOFER
                                           GEOFFREY C. JARVIS
21                                         MICHAEL J. BARRY
                                           MARY S. THOMAS
22                                         GRANT & EISENHOFER P.A.

23
                                           By:       /s/ Michael J. Barry
24                                                   Michael J. Barry

25                                         Attorney for Proposed Lead Plaintiff NEW
                                           YORK CITY EMPLOYEES' RETIREMENT
26                                         PLAN

27  / / /

28  / / /

1 | Dated: November 27, 2006

STULL, STULL & BRODY

By: ____/s/ Patrice L. Bishop____
Patrice L. Bishop

Attorneys for Plaintiffs MARTIN VOGEL and KENNETH MAHONEY, On Behalf of Themselves and All Others Similarly Situated

## CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Yohance C. Edwards, Michael J. Barry and Patrice L. Bishop.

Dated: November 27, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: ____/s/ Luann L. Simmons____
Luann L. Simmons

Attorneys for Defendants STEVEN P. JOBS, PETER OPPENHEIMER, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK, and APPLE COMPUTER, INC.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. *This matter having been reassigned to another Judge of this Court all current dates before this Judge are vacated.*

Dated: 11/29/06

_____
The Honorable Marilyn H. Patel
United States District Judge

MPI:991042.1

- 3 -