1  Jay W. Eisenhofer
   Geoffrey C. Jarvis
2  Michael J. Barry
   Mary S. Thomas (State Bar No. 175110)
3  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
4  1201 North Market Street
   Wilmington, DE 19801
5  Tel:  302.622.7000
   Fax:  302.622.7100
6  jeisenhofer@gelaw.com

7  Merrill Glen Emerick (State Bar No. 117248)
   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
8  400 S. El Camino Real – Suite 700
   San Mateo, CA 94402
9  Tel: 650.348.0102
   Fax: 650.348.0962
10 memerick@afeslaw.com

11 *Attorneys for Proposed Lead Plaintiff*
   *The New York City Employees' Retirement System*

12
13 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

14
15 MARTIN VOGEL and KENNETH
   MAHONEY, on Behalf of Themselves and
   All Other Similarly Situated,
16
                              Plaintiffs,
17
            v.
18
   STEVEN JOBS, PETER OPPENHEIMER,
19 FRED ANDERSON, WILLIAM V.
   CAMPBELL, MILLARD S. DREXLER,
20 ALBERT GORE, Jr., ARTHUR D. LEVINSON,
   JEROME B. YORK and APPLE COMPUTER,
21 INC.,
                              Defendants.
22

Case No.:  C06-05208-MHP

NOTICE OF HEARING ON THE NEW
YORK CITY EMPLOYEES
RETIREMENET SYSTEM'S MOTION
FOR ITS APPOINTMENT AS LEAD
PLAINTIFF AND FOR APPROVAL OF
ITS SELECTION OF COUNSEL

Date:  February 23, 2007
Time:  9:00 a.m.
Dept.:  Courtroom 3, 5th Floor
Judge:  The Honorable Marilyn H. Patel

23
24 TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD:
25     PLEASE TAKE NOTICE that on February 23, 2007 at 9:00 a.m., or as soon thereafter
26 as the matter may be heard in Court 3, Fifth Floor of the above-entitled court, located at 191
27 North 1st Street, San Jose, California, a hearing will be held on the The New York City
28

Notice of Hearing  on the New York City Employees'
Retirement System's Motion for its Appointment as Lead Plaintiff
And for Approval of its Selection of Counsel
Case No. C06-05208-MHP

Employees' Retirement System's motion for an order appointing it as lead plaintiff and Grant & Eisenhofer as lead counsel.

The motion will be based on the motion filed, the Memorandum of Law filed, the pleadings, records and papers filed herein, and such other and further oral and documentary evidence and legal memoranda as may be presented at or by the hearing on said motion:

Dated:  January 10, 2007

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

/s/ Mary S. Thomas

Jay W. Eisenhofer
Geoffrey C. Jarvis
Michael J. Barry
Mary S. Thomas (State Bar No. 175110)
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel:  302-622-7000

**ANDERLINI, FINKELSTEIN, EMERICK
  & SMOOT**
Merrill Glen Emerick (State Bar No. 117248)
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

*Attorneys for Proposed Lead Plaintiff
The New York City Employees' Retirement System*

2

Notice of Hearing  on the New York City Employees'
Retirement System's Motion for its Appointment as Lead Plaintiff
And for Approval of its Selection of Counsel
Case No. C06-05208-MHP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28