**CERTIFICATE OF SERVICE**

    I, Mary S. Thomas, hereby certify that I caused the following documents to be served electronically on all known counsel of record:

(1) NOTICE OF HEARING ON THE NEW YORK CITY EMPLOYEES RETIREMENET SYSTEM'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL; and
(2) RESPONSE OF THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM TO THE MOTION FOR APPOINTMENT OF FINKELSTEIN & KRINSK LLP TO THE MANAGEMENT COMMITTEE AND APPOINTMENT OF SARATOGA PLAINTIFFS AS LEAD PLAINTIFF.

Dated:  January 10, 2007                        Respectfully submitted,

                                                    **GRANT & EISENHOFER P.A.**

                                                    /s/ Mary S. Thomas
                                                  Mary S. Thomas (State Bar No. 175110)
                                                  Chase Manhattan Centre
                                                  1201 N. Market Street
                                                  Wilmington, DE 19801
                                                  Tel:  302-622-7000