Jay W. Eisenhofer
Geoffrey C. Jarvis
Michael J. Barry
Mary S. Thomas (State Bar No. 175110)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel:  302.622.7000
Fax:  302.622.7100
jeisenhofer@gelaw.com

Merrill Glen Emerick (State Bar No. 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

*Attorneys for Proposed Lead Plaintiff*
*The New York City Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re APPLE COMPUTER INC. DERIVATIVE LITIGATION | Master File No. C-06-04128-JF |
| This Document Relates To: | RESPONSE OF THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM TO THE MOTION FOR APPOINTMENT OF FINKELSTEIN & KRINSK LLP TO THE MANAGEMENT COMMITTEE AND APPOINTMENT OF SARATOGA PLAINTIFFS AS LEAD PLAINTIFF |
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated, | |
| Plaintiffs, | Date: January 19, 2007<br>Time: 9:00 a.m.<br>Courtroom 3, 5th Floor<br>Honorable Jeremy Fogel |
| v. | |
| STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC., | Case No.: C-06-05208-JF |
| Defendants. | Honorable Jeremy Fogel |

Response of the The New York City Employees' Retirement Systems To The Motion For Appointment Of Finkelstein & Krinsk LLP To The Management Committee And Appointment Of Saratoga Plaintiffs As Lead Plaintiff  (Case No.: C06-04128-JF)

The New York City Employee's Retirement System ("NYCERS") submits this response to the Motion For Appointment Of Finkelstein & Krinsk LLP To The Management Committee And Appointment Of Saratoga Plaintiffs As Lead Plaintiff (the "Saratoga Plaintiffs' Motion"), filed in *In re Apple Computers Inc. Derivative Litigation*, Master File No. C-06-04128-JF (the "Derivative Litigation"). NYCERS takes no position with respect to the Saratoga Plaintiffs' Motion, beyond to note that, although the motion was filed as relating to "All Actions," neither the Saratoga Plaintiffs nor the court-designated Lead Plaintiffs in the Derivative Litigation, purport to seek representation in or control over the claims asserted in *Vogel, et al. v. Jobs, et al.*, File No. C-06-05208 (the "*Vogel* Litigation"), which was deemed "related" to the Derivative Litigation by Order dated November 21, 2006 (filed November 27, 2006).

On October 24, 2006, in accordance with Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), NYCERS applied to serve as the Lead Plaintiff in the *Vogel* Litigation. NYCERS was the only shareholder who moved for appointment as lead plaintiff in the *Vogel* Litigation in accordance with the PSLRA's statutory requirements. *See* 15 U.S.C. § 78u-4(a)(3)(A)(l)(II). On November 13, 2006, Defendants in the *Vogel* Litigation, filed a response to NYCERS's motion that represented that "Defendants take no position on who should be appointed lead plaintiff or lead counsel in this [*Vogel*] action." Defendants' Response to Motion for Appointment of Lead Plaintiff, at 2, Case 5:06-CV-05208-JF, Document 12, filed 11/13/06. NYCERS's outstanding motion, therefore, is unopposed.[1]

---

[1] NYCERS's motion originally was noticed for December 4, 2006, before the Honorable Marilyn H. Patel. By Order dated November 21, 2006, however, this Court found that the *Vogel* Litigation was related to the Derivative Litigation, vacated the notice of the hearing on NYCERS's outstanding motion for appointment as Lead Plaintiff. NYCERS has now renoticed the hearing on its outstanding and unopposed motion for appointment as Lead Plaintiff for February 23, 2007.

Response of the The New York City Employees' Retirement Systems To The Motion For Appointment Of Finkelstein & Krinsk LLP To The Management Committee And Appointment Of Saratoga Plaintiffs As Lead Plaintiff (Case No.: C06-04128-JF)

On December 18, 2006, the court-designated Lead Plaintiffs in the Derivative Litigation filed the Consolidated Shareholder Derivative Complaint (the "Derivative Complaint"). The Derivative Complaint does not assert any claims under the federal securities laws on behalf of a class of investors who purchased securities issued by Apple Computers, Inc. ("Apple"), which claims are at issue in the *Vogel* Litigation. The Saratoga Plaintiffs' Motion does not seek appointment as lead plaintiff or lead counsel in the *Vogel* Litigation, and indeed does not comply with the PSLRA's statutory requirements for purposes of seeking appointment as lead plaintiff in that case in any event.

Dated:  January 10, 2007

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

/s/ Mary S. Thomas

Jay W. Eisenhofer
Geoffrey C. Jarvis
Michael J. Barry
Mary S. Thomas (State Bar No. 175110)
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel:  302-622-7000

**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
Merrill Glen Emerick (State Bar No. 117248)
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

*Attorneys for Proposed Lead Plaintiff*
*The New York City Employees' Retirement System*

2

Response of the The New York City Employees' Retirement Systems To The Motion For Appointment Of Finkelstein & Krinsk LLP To The Management Committee And Appointment Of Saratoga Plaintiffs As Lead Plaintiff  (Case No.: C06-04128-JF)