1

2

3          UNITED STATES DISTRICT COURT

4      FOR THE NORTHERN DISTRICT OF CALIFORNIA

5              SAN JOSE DIVISION

6

7

8   MARTIN VOGEL,                    Case Number CV-06-5208-JF
          Plaintiff,
    V.                               Case Management Conference
9
    STEVEN JOBS,                     Friday, March 9, 2007
10        Defendant.
                                     CLERK'S NOTICE
11   _____

12

13   To all Parties and Attorneys of Record:

14   A Case Management Conference has been set on March 9, 2007 at 10:30 a.m.

15   before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the

16   U.S. District Court, 280 S. First St., San Jose, California.

17

18    January 30, 2007                     For the Court
                                           Richard W. Wieking, Clerk
19

20                                         By:___/s/_____
                                           Diana Munz
21                                         Courtroom Deputy Clerk

22

23

24

25

26

27

28