# UNITED STATES DISTRICT COURT

**Northern District of California**

**United States District Court**
**Northern District of California**

| | |
|---|---|
| Vogel, | 06-05208 JF |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Jobs, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
06-05208 JF                                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 21, 2007

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
06-05208 JF                    -2-

PROOF OF SERVICE

Case Name:	Vogel v. Jobs

Case Number:	06-05208 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 21, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Gary S. Graifman
> Kantrowitz Goldhamer & Graifman PC
> 747 Chestnut Ridge Road
> Chestnut Ridge, NY 10977
> ggraifman@kgglaw.com
>
> Patrice L. Bishop
> Stull, Stull & Brody
> 10940 Wilshire Boulevard
> Suite 2300
> Los Angeles, CA 90024
> service@ssbla.com
>
> Howard Theodore Longman
> Stull, Stull & Brody
> 6 East 45th Street
> New York, NY 10017
> tsvi@aol.com

Yohance Claude Edwards
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
yohance.edwards@mto.com

Jerome C. Roth
Munger Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
Jerome.Roth@mto.com

John W. Spiegel
Munger Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
spiegeljw@mto.com

Carl Holliday Moor
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

David Malcolm Furbush
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
dfurbush@omm.com

Luann Loraine Simmons
O'Melveny & Myers
275 Battery Street, Suite 2600
San Francisco, Ca 94111
lsimmons@omm.com

Mary Sikra Thomas
Grant & Eisenhofer, P.A.
1201 N. Market St., Suite 2100
Wilmington, DE 19801
mthomas@gelaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 21, 2007 in San Francisco, California.

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:     Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov