UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, On Behalf Of Themselves and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>          Defendants. | Case No.  C 06 05208 JF<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated:  __2/27/2007__                             __/s/ Steven P. Jobs_____ __
                                           Defendant Steven P. Jobs


Dated:  __2/27/2007__                             __/s/  Luann L. Simmons_____ __
                                           Luann L. Simmons


Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.


Dated:  __2/27/2007__                             __/s/  Luann L. Simmons__
                                            **Luann L. Simmons**
                                          **O'Melveny & Myers LLP**