UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Martin Vogel and Kenneth Mahoney

CASE NO. C-06-05208 JF

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Steven P. Jobs et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 9, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| George A. Riley | Apple Inc. and Indiv. Defendants | (415) 984-8741 | griley@omm.com |
| David M. Furbush | except Anderson | (650) 473-2670 | dfurbush@omm.com |
| Jerome C. Roth | Fred Anderson | (415) 512-4010 | Jerome.Roth@mto.com |
| Yohance C. Edwards | | (415) 512-4035 | Yohance.Edwards@mto.com |
| Michael J. Barry | Plaintiffs | (302) 622-7000 | mbarry@gelaw.com |
| Lesley Weaver | | (302) 622-7026 | lweaver@gelaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/27/07           /s/
                         Attorney for Plaintiff

Dated: 2/27/07           /s/
                         Attorney for Defendant

Rev 12.05

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Leslie Weaver for Plaintiff and Yohance C. Edwards for Defendant Fred Anderson.

Dated:  _2/27/2007_____                    __/s/  Luann L. Simmons__
                                                      **Luann L. Simmons**
                                                      **O'Melveny & Myers LLP**

Notice of Need for ADR Phone Conference
C-06-05208 JF