1  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   Merrill G. Emerick (Bar No. 117248)
2  400 South El Camino Real, Suite 700
   San Mateo, California 94402
3  Tel: (650) 348-0102
   Fax: (650) 348-0962
4
   GRANT & EISENHOFER P.A.
5  Jay W. Eisenhofer
   Geoffrey C. Jarvis
6  Michael J. Barry
   Mary S. Thomas (State Bar No. 175110)
7  Lesley E. Weaver (State Bar No. 191305)
   1201 N. Market Street
8  Wilmington, DE 19801
   Tel: (302) 622-7000
9  Fax: (302) 622-7100

10 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC., <br><br> Defendants. | Case No.: C06-05208-JF <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED CONSOLIDATED COMPLAINT AND BRIEFING AND HEARING SCHEDULE RE MOTIONS TO DISMISS** <br><br> CLASS ACTION |

1  WHEREAS, Plaintiff Vogel commenced this action by filing a Complaint on August 24, 2006;

2  WHEREAS, the Court appointed Lead Plaintiff and Lead Counsel in this case on January 19, 2007;

3  WHEREAS, the parties previously entered into a stipulation establishing a schedule for Defendants' responses to the Complaint;

4  WHEREAS, the parties wish to establish a schedule governing the filing of and Defendants' responses to the Consolidated Complaint,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. Plaintiffs shall file the Consolidated Complaint on or before March 23, 2007;

2. That Defendants shall file their responses to the Consolidated Complaint on or before May 7, 2007;

3. That in the event that Defendants respond to the Consolidated Complaint by filing motions to dismiss pursuant to Federal Rule of Civil Procedure 12, the briefing and hearing schedule for Defendants' Motions to Dismiss will be:

Plaintiffs' Opposition Due:           June 21, 2007

Defendants' Replies Due:              July 11, 2007

4. The hearing on Defendants' Motions to Dismiss shall take place no earlier than August 6, 2007.

Dated:

        Respectfully submitted,

        **GRANT & EISENHOFER P.A.**

        By   /s/ Lesley E. Weaver
                    Lesley E. Weaver

        Jay W. Eisenhofer
        Geoffrey C. Jarvis
        Michael J. Barry
        Mary S. Thomas (State Bar No. 175110)
        Lesley E. Weaver (State Bar No. 191305)
        Chase Manhattan Centre
        1201 N. Market Street
        Wilmington, DE 19801
        Tel:  302-622-7000

        **ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
        Merrill Glen Emerick (State Bar No. 117248)
        400 S. El Camino Real – Suite 700
        San Mateo, CA 94402
        Tel: 650.348.0102
        Fax: 650.348.0962
        memerick@afeslaw.com

        *Attorneys for Proposed Lead Plaintiff*
        *The New York City Employees' Retirement System*

Dated:

        GEORGE A. RILEY
        DAVID M. FURBUSH
        LUANN L. SIMMONS
        O'MELVENY & MYERS LLP

        By:  /s/ Luann L. Simmons
                  Luann L. Simmons

        Attorneys for Defendants STEVEN P. JOBS, PETER OPPENHEIMER, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK, and APPLE INC.

Dated:                                           JEROME C. ROTH
                                              YOHANCE C. EDWARDS
                                              GENEVIEVE A. COX
                                              MUNGER, TOLLES & OLSON LLP

                                              By: /s/ Yohance C. Edwards
                                                                    Yohance C. Edwards

                                              Attorneys for Defendant FRED D. ANDERSON

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____                      By:_____
                                                 THE HONORABLE JEREMY FOGEL
                                                 UNITED STATES DISTRICT JUDGE