**CERTIFICATE OF SERVICE**

  I, Lesley E. Weaver, hereby certify that I caused the Stipulation and [Proposed] Order Setting Schedule for Filing of Amended Consolidated Complaint and Briefing and Hearing Schedule Regarding Motions to Dismiss to be served electronically on all known counsel of record.


DATED:  March 14, 2007            /s/ Lesley E. Weaver
                    Lesley E. Weaver