| | |
|---|---|
| 1 | GEORGE A. RILEY (State Bar No. 118304) |
| | LUANN L. SIMMONS (State Bar No. 203526) |
| 2 | O'MELVENY & MYERS LLP |
| | Embarcadero Center West |
| 3 | 275 Battery Street |
| | San Francisco, California 94111-3305 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | E-Mail: griley@omm.com |
| | lsimmons@omm.com |
| 6 | |
| | DAVID M. FURBUSH (State Bar No. 83447) |
| 7 | O'MELVENY & MYERS LLP |
| | 2765 Sand Hill Road |
| 8 | Menlo Park, California 94025 |
| | Telephone: (650) 473-2600 |
| 9 | Facsimile: (650) 473-2601 |
| | E-Mail: dfurbush@omm.com |
| 10 | |
| | Attorneys for Defendant |
| 11 | APPLE INC. (formerly APPLE COMPUTER, INC.) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated, | Case No. C 06 05208 JF |
| Plaintiffs, | **NOTICE OF NAME CHANGE OF DEFENDANT APPLE INC. (FORMERLY APPLE COMPUTER, INC.)** |
| v. | |
| STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK and APPLE COMPUTER, INC., | |
| Defendants. | |

1   Defendant Apple Inc. (formerly Apple Computer, Inc.) hereby notifies the Court and all
2   parties of record that it changed its name from "Apple Computer, Inc." to "Apple Inc." on
3   January 9, 2007.  Apple Inc. respectfully requests that the Court and all parties of record reflect
4   the name change on all future pleadings.

6   Dated:  March 14, 2007                       GEORGE A. RILEY
                                                 LUANN L. SIMMONS
7                                                DAVID M. FURBUSH
                                                 O'MELVENY & MYERS LLP
8

                                                 By:     /s/ David M. Furbush
10                                                           David M. Furbush

11                                               Attorneys for Defendant
                                                 APPLE INC. (formerly APPLE COMPUTER,
12                                               INC.)

15  MP1:996000.1

NOTICE OF DEFENDANT'S NAME CHANGE - C 06 05208 JF