**E-Filed 3/19/2007**

1  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   Merrill G. Emerick (Bar No. 117248)
2  400 South El Camino Real, Suite 700
   San Mateo, California 94402
3  Tel: (650) 348-0102
   Fax: (650) 348-0962
4
   GRANT & EISENHOFER P.A.
5  Jay W. Eisenhofer
   Geoffrey C. Jarvis
6  Michael J. Barry
   Mary S. Thomas (State Bar No. 175110)
7  Lesley E. Weaver (State Bar No. 191305)
8  1201 N. Market Street
   Wilmington, DE 19801
9  Tel: (302) 622-7000
   Fax: (302) 622-7100
10
   *Attorneys for Plaintiffs*
11
                 **UNITED STATES DISTRICT COURT**
12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14  MARTIN VOGEL and KENNETH              )
    MAHONEY, on Behalf of Themselves and  )   Case No.: C06-05208-JF
15  All Other Similarly Situated,          )
                                           )
16                    Plaintiffs,          )   **STIPULATION AND** ~~**[PROPOSED]**~~
                                           )   **ORDER SETTING SCHEDULE FOR**
17           v.                            )   **FILING OF AMENDED**
                                           )   **CONSOLIDATED COMPLAINT AND**
18  STEVEN JOBS, PETER OPPENHEIMER,        )   **BRIEFING AND HEARING**
    FRED ANDERSON, WILLIAM V.              )   **SCHEDULE RE MOTIONS TO**
19  CAMPBELL, MILLARD S. DREXLER,          )   **DISMISS**
    ALBERT GORE, Jr., ARTHUR D. LEVINSON, )
20  JEROME B. YORK and APPLE COMPUTER,     )   **CLASS ACTION**
    INC.,                                  )
21                                         )
                      Defendants.          )
22                                         )
23  _____

24

25

26

27

28

1    WHEREAS, Plaintiff Vogel commenced this action by filing a Complaint on August 24,

2    2006;

3    WHEREAS, the Court appointed Lead Plaintiff and Lead Counsel in this case on January

4    19, 2007;

5    WHEREAS, the parties previously entered into a stipulation establishing a schedule for

6    Defendants' responses to the Complaint;

7    WHEREAS, the parties wish to establish a schedule governing the filing of and

8    Defendants' responses to the Consolidated Complaint,

9    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

10   subject to approval of the Court, as follows:

11        1.      Plaintiffs shall file the Consolidated Complaint on or before March 23, 2007;

12        2.      That Defendants shall file their responses to the Consolidated Complaint on or

13   before May 7, 2007;

14        3.      That in the event that Defendants respond to the Consolidated Complaint by filing

15   motions to dismiss pursuant to Federal Rule of Civil Procedure 12, the briefing and hearing

16   schedule for Defendants' Motions to Dismiss will be:

17        Plaintiffs' Opposition Due:                        June 21, 2007

18        Defendants' Replies Due:                           July 11, 2007

19        4.      The hearing on Defendants' Motions to Dismiss shall take place no earlier than

20   August 6, 2007.

21

22

23

24

25

26

27

28

1  Dated:

2                                                Respectfully submitted,

3                                                **GRANT & EISENHOFER P.A.**

4                                                By____/s/ Lesley E. Weaver_____
                                                         Lesley E. Weaver

5
                                                 Jay W. Eisenhofer
6                                                Geoffrey C. Jarvis
                                                 Michael J. Barry
7                                                Mary S. Thomas (State Bar No. 175110)
                                                 Lesley E. Weaver (State Bar No. 191305)
8                                                Chase Manhattan Centre
                                                 1201 N. Market Street
9                                                Wilmington, DE 19801
                                                 Tel:  302-622-7000
10
                                                 **ANDERLINI, FINKELSTEIN, EMERICK**
11                                               **& SMOOT**
                                                 Merrill Glen Emerick (State Bar No. 117248)
12                                               400 S. El Camino Real – Suite 700
                                                 San Mateo, CA 94402
13                                               Tel: 650.348.0102
                                                 Fax: 650.348.0962
14                                               memerick@afeslaw.com

15                                               *Attorneys for Proposed Lead Plaintiff*
                                                 *The New York City Employees' Retirement System*
16

17
    Dated:                                       GEORGE A. RILEY
18                                               DAVID M. FURBUSH
                                                 LUANN L. SIMMONS
19                                               O'MELVENY & MYERS LLP

20
                                                 By:  /s/ Luann L. Simmons_____
21                                                         Luann L. Simmons

22                                               Attorneys for Defendants STEVEN P. JOBS,
                                                 PETER OPPENHEIMER, WILLIAM V.
23                                               CAMPBELL, MILLARD S. DREXLER,
                                                 ALBERT GORE, JR., ARTHUR D.
24                                               LEVINSON, JEROME P. YORK, and APPLE
                                                 INC.
25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING        -3-                    C:\NrPortbl\LEGAL\MSWIFT\292441_2.DOC
CASE MANAGEMENT CONFERENCE AND SETTING
BRIEFING AND HEARING SCHEDULE RE MOTIONS TO
DISMISS
CASE NO.  C06-05208-JF

1

Dated:                                    JEROME C. ROTH
2                                         YOHANCE C. EDWARDS
                                          GENEVIEVE A. COX
3                                         MUNGER, TOLLES & OLSON LLP

4
                                          By: /s/ Yohance C. Edwards
5                                          _____
                                                   Yohance C. Edwards
6
                                          Attorneys for Defendant FRED D. ANDERSON
7

8

9                                   **ORDER**

10        THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

11

12   Dated: _ 3/19/07 _____          By:_____
13                                             THE HONORABLE JEREMY FOGEL
                                               UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28