**CERTIFICATE OF SERVICE**

    I, Michael J. Barry, hereby certify that I caused the Consolidated Class Action Complaint to be served electronically and by first class mail upon the following counsel:

George A. Riley
David M. Furbush
Luann L. Simmons
O'MELVENY & MYERS LLP
*Attorneys For Defendants Steven P. Jobs,
Peter Oppenheimer, William V. Campbell,
Millard S. Drexler, Albert Gore, Jr.,
Arthur D. Levinson, Jerome P. York,
and Apple Inc.*

Jerome C. Roth
Yohance C. Edwards
Genevieve A. Cox
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, California 94105
*Attorneys for Defendant Fred D. Anderson*

DATED: March 23, 2007        /s/ Michael J. Barry
                                                  Michael J. Barry