**\*\*E-filed 5/4/07\*\***

GEORGE A. RILEY (State Bar No. 118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:      griley@omm.com

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL,
MILLARD S. DREXLER, ARTHUR D. LEVINSON,
JEROME B. YORK AND APPLE INC.

JEROME C. ROTH  (State Bar No. 159483)
YOHANCE C. EDWARDS (State Bar No. 237244)
MUNGER, TOLLES & OLSON LLC
560 Mission Street, 27th Floor
San Francisco, California  94105
Telephone: (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendant FRED ANDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK AND APPLE COMPUTER, INC.<br><br>    Defendants. | Case No. C-06-05208-JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Action Filed:   August 24, 2006<br>Jury Trial Demanded |

1   The undersigned parties by and through their respective counsel of record, hereby
2   stipulate and agree as follows:
3   WHEREAS, the Court entered an Order on March 19, 2007 setting the schedule for the
4   filing of a Consolidated Class Action Complaint in this action ("Consolidated Complaint") and
5   setting May 7, 2007 as the date for the parties originally named as defendants in the suit to
6   respond; and
7   WHEREAS, the Consolidated Complaint, filed on March 23, 2007, added new defendants
8   who were not named in the original suit, namely, Gareth C.C. Chang, Peter O. Crisp, Lawrence J.
9   Ellison, B. Jurgen Hintz, Katherine M. Hudson, Delano E. Lewis, Jr., A. C. Markkula, Jr., and
10  Edgar S. Woolard, Jr. ("New Defendants");
11  WHEREAS, the Court issued summonses to the New Defendants on April 23, 2007;
12  WHEREAS, some of the New Defendants have been served and the remainder are
13  expected to voluntarily accept service;
14  WHEREAS, the parties have met and conferred and wish to establish a new schedule
15  governing the filing of all defendants' responses to the Consolidated Complaint;
16  NOW, THEREFORE, the undersigned parties hereby stipulate and agree, subject to the
17  approval of the Court, as follows:
18      1.  All defendants who have been served or who shall voluntarily accept service shall
19  file their responses to the Consolidated Complaint on or before June 8, 2007;
20      2.  In the event that defendants respond to the Consolidated Complaint by filing
21  motions to dismiss, the briefing and hearing schedule for defendants' motions to dismiss will be:
22          Plaintiffs' Opposition Due:                    July 30, 2007
23          Defendants' Replies Due:                       August 17, 2007
24          Hearing on Defendants' Motions to Dismiss:     September 7, 2007
25  ///
26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME - CASE NO. C-06-05208 JF

1     IT IS SO STIPULATED.

3 Dated: May 3, 2007     GEORGE A. RILEY
DAVID M. FURBUSH
O'MELVENY & MYERS LLP

By:    /s/ David M. Furbush
         David M. Furbush

Attorneys for Defendants STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK AND APPLE INC.

Dated: May 3, 2007     JEROME C. ROTH
YOHANCE C. EDWARDS
MUNGER TOLLES & OLSON LLP

By:    /s/ Yohance C. Edwards
         Yohance C. Edwards

Attorneys for Defendant FRED D. ANDERSON

Dated: May 3, 2007     JAY W. EISENHOFER
GEOFFREY C. JARVIS
MICHAEL J. BARRY
MARY S. THOMAS  (State Bar No. 175110)
LESLEY E. WEAVER  (State Bar No. 191305)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801

By:    /s/ Michael J. Barry
         Michael J. Barry

MERRILL GLEN EMERICK  (State Bar No. 117248)
ANDERLINI, FINKSELSTEIN, EMERICK & SMOOT
400 S. El Camino Real, Suite 700
San Mateo, CA 94402

Attorneys for Lead Plaintiff THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

1   I, David M. Furbush, am the ECF User whose ID and password are being used to file this
2   Stipulation and [Proposed] Order Extending Time to Respond to Complaint. In compliance with
3   General Order 45, X.B., I hereby attest that Yohance C. Edwards and Michael J. Barry have
4   concurred in this filing.

By: ___/s/ David M. Furbush_____
    David M. Furbush

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___5/4/07_____   By: _____
                                   THE HONORABLE JEREMY FOGEL
                                   UNITED STATES DISTRICT JUDGE

MP1:999138.1

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME - CASE NO. C-06-05208 JF