UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
------------------------------------X

MARTIN VOGEL and KENNETH MAHONEY,
on Behalf of Themselves and All Others Similarly Situated   ,

**Case No. C-06-05208-JF**
**AFFIDAVIT OF SERVICE**

                         Plaintiffs,

     -against-

STEVEN JOBS, **et al.**,

                         Defendants.
------------------------------------X

STATE OF COLORADO      )
                            **s.s:**
COUNTY OF EAGLE        )

_____Tim Dooley_____, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

     That on the 26ᵗʰ day of April, 2007, at approximately 10:20 (a.m.)/p.m., deponent served a true copy of the Summons in a Civil Case, Consolidated Class Action Complaint, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge [Blank Form], Electronic Case Filing Users Manual dated July, 2003, ECF Registration Information Handout dated September 10, 2003 and Standing Order Re Pretrial Preparation upon B. Jurgen Hintz at 3130 Booth Creek Drive, Vail, Colorado by personally delivering and leaving the same with _____B. Jurgen Hintz_____, at that address, the Defendant's actual place of residence. At the time of service deponent asked if B. Jurgen Hintz, is in active military service for the United States or for the State in any capacity whatsoever and received a (negative)/positive reply.

_____B. Jurgen Hintz_____ is a _white_ _male_ approximately _55_ years of age, stands approximately _6_ feet, _0_ inches tall, weighs approximately _190_ pounds with _black_ hair and _unknown_ eyes. and wears glasses

                              Sworn to before me this
                              27 day of April, 2007.

_____          _____
PROCESS SERVER                   NOTARY PUBLIC

LOU ANN E. CONRAD
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 05/19/2010