UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
------------------------------------X
MARTIN VOGEL and KENNETH MAHONEY,           Case No. C-06-05208-JF
on Behalf of Themselves and All Others Similarly Situated,   **AFFIDAVIT OF SERVICE**

                    Plaintiffs,
      -against-

STEVEN JOBS, et al.,
                    Defendants.
------------------------------------X
STATE OF FLORIDA     )
                s.s:
COUNTY OF PALM BEACH )

    _BRUCE L WALTHER_, being duly sworn deposes and says that he/~~she~~ is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the _25_ day of _April_, 2007, at approximately _6_ ~~a.m.~~/p.m., deponent served a true copy of the Summons in a Civil Case, Consolidated Class Action Complaint, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge [Blank Form], Electronic Case Filing Users Manual dated July, 2003, ECF Registration Information Handout dated September 10, 2003 and Standing Order Re Pretrial Preparation upon Peter O. Crisp at 20 Riverview Road, Hobe Sound, Florida by personally delivering and leaving the same with _PETER O CRISP_, at that address, the Defendant's actual place of residence. At the time of service deponent asked if Peter O. Crisp, is in active military service for the United States or for the State in any capacity whatsoever and received a negative/positive reply.

    _PETER O CRISP_ is a _WHITE_ _MALE_ approximately _75_ years of age, stands approximately _5_ feet, _6_ inches tall, weighs approximately _150_ pounds with _GREY_ hair and _BLUE_ eyes.

Sworn to before me this _30_ day of _April_, 2007.

_[signature]_ #140
PROCESS SERVER  PBCPS

_C. Catarozzoli_
NOTARY PUBLIC

C. CATAROZZOLI
MY COMMISSION # DD 315457
EXPIRES: May 21, 2008
Bonded Thru Budget Notary Services