1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111-3305
4  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
5  E-Mail:        griley@omm.com
                  lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California  94025
   Telephone:   (650) 473-2600
9  Facsimile:    (650) 473-2601
   E-Mail:        dfurbush@omm.com
10
   Attorneys for Defendants
11 STEVEN P. JOBS, WILLIAM V. CAMPBELL,
   MILLARD S. DREXLER, ARTHUR D. LEVINSON,
12 JEROME B. YORK, GARETH C.C. CHANG, PETER O. CRISP,
   LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE
13 M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR.,
   EDGAR S. WOOLARD, JR., and APPLE INC.
14

15                      **UNITED STATES DISTRICT COURT**

16                      **NORTHERN DISTRICT OF CALIFORNIA**

17                               **SAN JOSE DIVISION**

18

| | |
|---|---|
| 19  MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated, | Case No. C-06-05208-JF |
| 20  | **DECLARATION OF VIVI N. TRAN IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |
| 21            Plaintiffs, | |
| 22       v. | |
| 23  STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK AND APPLE COMPUTER, INC. | Date:          September 7, 2007<br>Time:          9:00 a.m.<br>Department:  Ctrm 3, 5th Floor<br>Action Filed:  August 24, 2006<br>Trial Date:    None Set<br>Judge:         Honorable Jeremy Fogel |
| 26            Defendants. | |

TRAN DECLARATION IN SUPPORT OF MOTION
TO DISMISS – CASE NO. C-06-05208-JF

## DECLARATION OF VIVI N. TRAN

I, VIVI N. TRAN, declare as follows:

1. I am an attorney duly licensed before all of the courts of the State of California. I am an associate in the law firm of O'Melveny & Myers LLP, counsel of record for defendants Apple Inc. ("Apple"), Steven P. Jobs, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, Jerome B. York, Gareth C.C. Chang, Peter O. Crisp, Lawrence J. Ellison, B. Jurgen Hintz, Katherine M. Hudson, Delano E. Lewis, A.C. Markkula, Jr., and Edgar S. Woolard, Jr. ("defendants"). I make this declaration in support of defendants' Motion to Dismiss Consolidated Class Action Complaint. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Apple's Definitive Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 on Schedule 14A, filed with the United States Securities and Exchange Commission on March 16, 1998. I obtained this true and correct copy from the SEC's official website, at http://www.sec.gov/Archives/edgar/data/320193/0001047469-98-010062.txt, on April 29, 2007.

3. Attached hereto as **Exhibit B** is a true and correct copy of Apple's Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 on Form 8-K, filed with the United States Securities and Exchange Commission on April 24, 2007. I obtained this true and correct copy from the SEC's official website, at http://sec.gov/Archives/edgar/data/320193/000110465907030938/0001104659-07-030938-index.htm, on May 29, 2007.

4. Attached hereto as **Exhibit C** is a true and correct copy of Apple's Registration Statement on Form S-8, filed with the United States Securities and Exchange Commission on July 31, 1998. I obtained this true and correct copy from the SEC's official website, at http://www.sec.gov/Archives/edgar/data/320193/0000320193-98-000007.txt, on April 30, 2007.

5. Attached hereto as **Exhibit D** is a true and correct copy of Apple's press release dated June 29, 2006, entitled "Apple to Investigate Stock Option Grants." I obtained this true and correct copy from Apple's website, at http://www.apple.com/pr/library/2006/jun/29stock.html, on

1  April 16, 2007.

2      6.    Attached hereto as **Exhibit E** is a true and correct copy of Apple's Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 on Form 10-K, filed with the United States Securities and Exchange Commission on December 29, 2006.  I obtained this true and correct copy from the SEC's official website, at http://www.sec.gov/Archives/edgar/data/320193/000110465906084288/0001104659-06-084288-index.htm, on April 20, 2007.

    7.    Attached hereto as **Exhibit F** is a true and correct copy of Apple's Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 on Form 8-K, filed with the United States Securities and Exchange Commission on May 16, 2007.  I obtained this true and correct copy from the SEC's official website, at http://sec.gov/Archives/edgar/data/320193/000110465907040672/0001104659-07-040672-index.htm, on May 23, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of June 2007 at Menlo Park, California.

                                        /s/ Vivi N. Tran
                                        Vivi N. Tran

MP1:999013.1