1  GEORGE A. RILEY (State Bar No. 118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, California 94111-3305
   Telephone:  (415) 984-8700
4  Facsimile:  (415) 984-8701
   E-Mail:    griley@omm.com
5
   Attorneys for Defendants
6  STEVEN P. JOBS, WILLIAM V. CAMPBELL,
   MILLARD S. DREXLER, ARTHUR D. LEVINSON,
7  JEROME B. YORK, GARETH C.C. CHANG, PETER O. CRISP,
   LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE
8  M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR.,
   EDGAR S. WOOLARD, JR., and APPLE INC.
9
   JEROME C. ROTH (State Bar No. 159483)
10 YOHANCE C. EDWARDS (State Bar No. 237244)
   MUNGER TOLLES & OLSON LLP
11 560 Mission Street, 27th Floor
   San Francisco, California 94105
12 Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
13 E-Mail:    Jerome.Roth@mto.com
              Yohance.Edwards@mto.com
14
   Attorneys for Defendant
15 FRED D. ANDERSON

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                            **SAN JOSE DIVISION**

| | |
|---|---|
| 19  MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated, | Case No. C-06-05208-JF |
| 20 | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |
| 21             Plaintiffs, | |
| 22        v. | |
| 23  STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK AND APPLE COMPUTER, INC. | |
| 27             Defendants. | |
| 28 | |

1 | On September 7, 2007, the Motion to Dismiss Consolidated Class Action Complaint
2 | brought by defendants Apple Inc. ("Apple"), Steven P. Jobs, William V. Campbell, Millard S.
3 | Drexler, Arthur D. Levinson, Jerome B. York, Fred D. Anderson, Gareth C.C. Chang, Peter O.
4 | Crisp, Lawrence J. Ellison, B. Jurgen Hintz, Katherine M. Hudson, Delano E. Lewis, A.C.
5 | Markkula, Jr., and Edgar S. Woolard, Jr. ("defendants") came on regularly for hearing before the
6 | Honorable Jeremy Fogel.
7 | After considering the papers filed, and oral argument presented, in support of and
8 | opposition to the motion, and good cause appearing therefor,
9 | **IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss Consolidated Class
10 | Action Complaint is GRANTED with prejudice.

12 | DATED: _____

HONORABLE JEREMY FOGEL

MP1:1000947.1