GEORGE A. RILEY (State Bar No. 118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-Mail: griley@omm.com

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL,
MILLARD S. DREXLER, ARTHUR D. LEVINSON,
JEROME B. YORK, GARETH C.C. CHANG, PETER O. CRISP,
LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE
M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR.,
EDGAR S. WOOLARD, JR., and APPLE INC.

JEROME C. ROTH (State Bar No. 159483)
YOHANCE C. EDWARDS (State Bar No. 237244)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-Mail: Jerome.Roth@mto.com
         Yohance.Edwards@mto.com

Attorneys for Defendant
FRED D. ANDERSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK AND APPLE COMPUTER, INC.<br><br>                Defendants. | Case No. C-06-05208-JF<br><br>**CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO CIVIL L.R. 23-2(C)**<br><br>Date:            September 7, 2007<br>Time:            9:00 a.m.<br>Department:  Ctrm 3, 5th Floor<br>Action Filed:   August 24, 2006<br>Trial Date:     None Set<br>Judge:           Honorable Jeremy Fogel |

# CERTIFICATE OF SERVICE

I, Lisa Newell, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 2765 Sand Hill Road, Menlo Park, California 94025. On June 8, 2007, I served the within documents:

NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

DECLARATION OF VIVI N. TRAN IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT **(W/O EXHIBITS)**;

- [x] by transmitting to the Stanford Securities Class Action Clearinghouse attention of Juan Carlos Sanchez/Cara Mia Perlas, via electronic mail to scac@law.stanford.edu.

   **SECURITIES CLASS ACTION CLEARINGHOUSE**
   Attn. Juan-Carlos Sanchez/Cara Mia Perlas
   Stanford University School of Law
   Crown Quadrangle
   Stanford, CA 94305-8612

- [x] by filing this document electronically on the ECF website. I am readily familiar with the firm's practice of electronically filing documents on the ECF website. In the ordinary course of business, such electronic filing would result in the automatic generation of a Notice of Electronic Filing and delivery of the same to the e-mail addresses of record in the case, including Lead Counsel listed below. Northern District of California General Order No. 45, Secs. VI and IX.B.

| Jay W. Eisenhofer | Michael J. Barry |
| Charles T. Caliendo | Leslie E. Weaver |
| GRANT & EISENHOFER P.A. | GRANT & EISENHOFER P.A. |
| 45 Rockefeller Center, 15th Floor | 120 North Market Street |
| New York, NY 10111 | Wilmington, DE 19801 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 8, 2007, at Menlo Park, California.

/s/ Lisa Newell
Lisa Newell

-- 1 --

CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE - CASE NO. C-06-05208 JF