GEORGE A. RILEY (State Bar No. 118304)
LUANN L. SIMMONS (State Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701
E-Mail:        griley@omm.com
                lsimmons@omm.com

DAVID M. FURBUSH (State Bar No. 83447)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601
E-Mail:        dfurbush@omm.com

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK AND APPLE COMPUTER, INC.<br><br>Defendants. | Case No. C-06-05208-JF<br><br>**DEFENDANT APPLE INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1

2

## CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION
## OF INTERESTED ENTITIES OR PERSONS
### *(Fed. R. Civ. P. 7.1 and Civ. L.R. 3-16)*

3          Apple submits the following statement of its corporate interests and affiliations pursuant

4    to Rule 7.1 of the Federal Rules of Civil Procedure:  (1) Apple is a publicly held corporation; (2)

5    Apple does not have any parent corporation; and (3) no publicly held corporation owns ten

6    percent or more of Apple's stock.

7          Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the

8    named parties, there is no such interest to report.

9

10         Dated:  June 8, 2007                    GEORGE A. RILEY
                                                    DAVID M. FURBUSH
11                                                  O'MELVENY & MYERS LLP

12
                                                    By:  /s/ George A. Riley
13                                                  _____
                                                    George A. Riley
14
                                                    Attorneys for Defendant
15                                                  APPLE INC.

16   MP1:1000924.1

17

18

19

20

21

22

23

24

25

26

27

28