1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111-3305
4  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
5  E-Mail:        griley@omm.com
                  lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California  94025
   Telephone:   (650) 473-2600
9  Facsimile:    (650) 473-2601
   E-Mail:        dfurbush@omm.com
10
   Attorneys for Defendants
11 STEVEN P. JOBS, WILLIAM V. CAMPBELL,
   MILLARD S. DREXLER, ARTHUR D. LEVINSON,
12 JEROME B. YORK, GARETH C.C. CHANG, PETER O. CRISP,
   LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE
13 M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR., and
   EDGAR S. WOOLARD, JR.
14

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                           **SAN JOSE DIVISION**
18

19
   | | |
   |---|---|
   | MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated, | Case No. C-06-05208-JF |
   | Plaintiffs, | **CERTAIN INDIVIDUAL DEFENDANTS' LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
   | v. | |
   | STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK AND APPLE COMPUTER, INC. | |
   | Defendants. | |

| | |
|---|---|
| 1 | **Local Rule 3-16 Disclosure of Non-Party Interested Entities or Person** |
| 2 | Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the |
| 3 | named parties, there is no such interest to report. |

Dated:  June 8, 2007

GEORGE A. RILEY
DAVID M. FURBUSH
O'MELVENY & MYERS LLP


By: /s/ George A. Riley
        George A. Riley

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, GARETH C.C. CHANG, PETER O. CRISP, LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR., and EDGAR S. WOOLARD, JR.

MP1:1000942.1