1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John M. Potter (Bar No. 165843)
2    johnpotter@quinnemanuel.com
     Elizabeth B. Wydra (Bar No. 218200)
3    elizabethwydra@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6    Diane M. Doolittle (Bar No. 142046)
     dianedoolittle@quinnemanuel.com
7  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
   Attorneys for the Special Litigation Committee of
10 Defendant APPLE INC.

11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN JOSE DIVISION
15

16

17 | MARTIN VOGEL and KENNETH          | Case No. C-06-05208-JF
18 | MAHONEY, on Behalf of Themselves and |
   | All Other Similarly Situated,     |
19 |                                    | **NOTICE OF APPEARANCE OF
   |          Plaintiffs,              | COUNSEL FOR THE SPECIAL
20 |                                    | LITIGATION COMMITTEE OF
   |     v.                             | DEFENDANT APPLE INC.**
21 |                                    |
22 | STEVEN JOBS, PETER OPPENHEIMER,    |
   | FRED ANDERSON, WILLIAM V.          |
23 | CAMPBELL, MILLARD S. DREXLER,      |
   | ALBERT GORE, JR., ARTHUR D.        |
24 | LEVINSON, JEROME B. YORK AND       |
   | APPLE COMPUTER, INC.               |
25 |                                    |
26 |          Defendants.               |

27

28

CASE NO. C-06-05208-JF
NOTICE OF APPEARANCE OF COUNSEL

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT John M. Potter, Diane M. Doolittle, and Elizabeth B.

3  Wydra of Quinn Emanuel Urquhart Oliver & Hedges, LLP hereby enter their appearance as

4  counsel of record for the Special Litigation Committee of the Board of Directors of Defendant

5  Apple Inc.

6  On June 12, 2007, the Board of Directors ("the Board") of Apple Inc. adopted a

7  Unanimous Written Consent appointing Mr. Albert A. Gore, Jr. and Dr. Eric E. Schmidt to serve

8  as a Special Litigation Committee of the Board (the "Special Litigation Committee"). The Board

9  resolved that, to the fullest extent of the law, the Special Litigation Committee shall have the

10 authority to investigate and evaluate any and all claims and allegations asserted in the above-

11 captioned putative shareholder class action and all related matters. The Special Litigation

12 Committee's authority includes the authority to pursue, litigate, settle, or otherwise dispose of any

13 and all claims and allegations asserted in the class action. The Special Litigation Committee has

14 retained as its independent legal counsel the law firm of Quinn Emanuel Urquhart Oliver &

15 Hedges, LLP.

16 Copies of all pleadings, papers, and notices should be served as follows:

17 John M. Potter
   Elizabeth B. Wydra
18 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   50 California Street, 22nd Floor
19 San Francisco, California  94111
   Telephone:    (415) 875-6600
20 Facsimile:    (415) 875-6700

21 Diane M. Doolittle
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
22 555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
23 Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
24

25 Mr. Potter, Ms. Doolittle, and Ms. Wydra are admitted to practice before this Court.

26

27

28

1 | DATED: July 18, 2007

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____/s/_____
    Elizabeth B. Wydra
    Attorneys for the Special Litigation Committee of
    Defendant Apple Inc.