QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John M. Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
Elizabeth B. Wydra (Bar No. 218200)
elizabethwydra@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for the Special Litigation Committee of
Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK AND APPLE COMPUTER, INC. <br><br> Defendants. | Case No. C-06-05208-JF <br><br> **CERTIFICATE OF SERVICE** |

CASE NO. C-06-05208-JF
CERTIFICATE OF SERVICE

1    I hereby certify that on July 18, 2007, I electronically filed the foregoing Notice of
2  Appearance of Counsel for the Special Litigation Committee of Defendant Apple Inc. with the
3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-
4  mail addresses denoted on the attached Electronic Mail Notice List.  I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.

7
8
9
10                                                        By_____/s/_____
                                                                Elizabeth B. Wydra
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-                                           CASE NO. C-06-05208-JF
                                              CERTIFICATE OF SERVICE

Mailing Information for Case 5:06-cv-05208-JF

*Electronic Mail Notice List*

- **Michael J. Barry**
  mbarry@gelaw.com,mswift@gelaw.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Charles Thomas Caliendo**
  ccaliendo@gelaw.com,mswift@gelaw.com

- **Yohance Claude Edwards**
  yohance.edwards@mto.com,milvi.giesinger@mto.com

- **David Malcolm Furbush**
  dfurbush@omm.com,dedmondson@omm.com,vtran@omm.com,lnewell@omm.com,dshah@omm.com

- **Gary S. Graifman**
  ggraifman@kgglaw.com

- **Howard Theodore Longman**
  tsvi@aol.com

- **George A. Riley**
  griley@omm.com,mhenderson@omm.com,cchiu@omm.com

- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com

- **Luann Loraine Simmons**
  lsimmons@omm.com,cholsome@omm.com,smeblin@omm.com,cchiu@omm.com

- **John W. Spiegel**
  spiegeljw@mto.com,stonelc@mto.com,finchac@mto.com,berryjm@mto.com,voigtsam@mto.com,giesingermj@mto.com

- **Mary Sikra Thomas**
  mthomas@gelaw.com,memaryt@verizon.net

*Manual Notice List*

Jay W. Eisenhofer
Grant & Eisenhofer, P.A.
45 Rockefeller Center, 15th Floor
630 Fifth Avenue
New York, NY 10111

Carl Holliday Moor
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

-3-   CASE NO. C-06-05208-JF
CERTIFICATE OF SERVICE