**CERTIFICATE OF SERVICE**

I, Michael J. Barry, hereby certify that I caused **Lead Plaintiff's Memorandum of Points and Authorities In Opposition to Defendants' Notice of Motion and Motion to Dismiss Consolidated Class Action Complaint (Case No.: C-06-05208-JF)** to be served electronically on all known counsel of record.

DATED: July 30, 2007     /s/ Michael J. Barry
                          Michael J. Barry