**CERTIFICATE OF SERVICE**

I, Michael J. Barry, hereby certify that I caused **Lead Plaintiff's Response To Defendants' Request For Judicial Notice Relating To Their Motion To Dismiss The Consolidated Class Action Complaint (Case No.: C-06-05208-JF)** to be served electronically on all known counsel of record.

DATED: July 30, 2007          /s/ Michael J. Barry
                              Michael J. Barry