UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, September 7, 2007
**Case Number:** CV-06-5208-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Raynee Mercado

**TITLE:**        **MARTIN VOGEL, ET AL V. STEVEN JOBS, ET AL**

                **PLAINTIFF**                                                **DEFENDANT**

**Attorneys Present:** Michael Barry, Jay Eisenhofer                **Attorneys Present:** George Riley

PROCEEDINGS:
　　Hearing on Motion to Dismiss held. Parties are present.
　　The motion is taken under submission.