Jay W. Eisenhofer *(pro hac vice)*
Charles T. Caliendo *(pro hac vice)*
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10117
Tel: 646.722.8500
Fax: 646.722.8501
jeisenhofer@gelaw.com

Michael J. Barry *(pro hac vice)*
Lesley E. Weaver (State Bar No. 191305)
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100

Merrill Glen Emerick (State Bar No. 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

*Attorneys for Lead Plaintiff*
*The New York City Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>        Defendants. | Case No.: C-06-05208-JF<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO FILE THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO AMEND CAPTION** |

On January 18, 2008, Lead Plaintiffs' Motion to File the First Amended Consolidated Complaint and to Amend Caption came on regularly for hearing before the Honorable Jeremy Fogel.

After considering the papers filed, and oral argument presented, in support of and opposition to the motion, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1.  NYCERS is granted permission to file the First Amended Consolidated Class Action Complaint within five (5) business days of the date of this Order; and

2.  The caption in this case is hereby amended. All pleadings and other materials filed in this action shall hereafter bear the following caption:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| *In re: Apple, Inc. PSLRA Backdating Litigation* | Case No.: C-06-05208-JF |
|---|---|

DATED:_____                    _____
                                     HONORABLE JEREMY FOGEL

2

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO FILE THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND TO AMEND CAPTION** (Case No.: C-06-05208-JF)