**CERTIFICATE OF SERVICE**

I, Michael J. Barry, hereby certify that I caused **Lead Plaintiff's Notice of Motion; Motion; Memorandum Of Points And Authorities In Support Of Motion To File The First Amended Consolidated Class Action Complaint; And Proposed Order (Case No.: C-06-05208-JF)** to be served electronically on all known counsel of record.

DATED: December 14, 2007           /s/ Michael J. Barry
                                                            Michael J. Barry *(pro hac vice)*