1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111-3305
4  Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
5  E-Mail:  griley@omm.com
            lsimmons@omm.com
6
   Attorneys for Defendants STEVEN P. JOBS, WILLIAM V.
7  CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON,
   JEROME B. YORK, GARETH C.C. CHANG, LAWRENCE J.
8  ELLISON, B. JURGEN HINTZ, KATHERINE M. HUDSON,
   DELANO E. LEWIS, A.C. MARKKULA, JR., EDGAR S.
9  WOOLARD, JR., and APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>               Defendants. | Case No. C 06 05208 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND SET BRIEFING SCHEDULE ON MOTION TO FILE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

1    WHEREAS, on December 14, 2007, Lead Plaintiff filed a Motion to File the First
2 Consolidated Class Action Complaint ("FAC"), and noticed that motion to be heard on January
3 18, 2008; and

4    WHEREAS, Defendants intend to file a Motion in Opposition to Lead Plaintiff's Motion
5 to File the FAC, which, based on the noticed hearing date, would have had to be filed on or
6 before December 31, 2007; and

7    WHEREAS, due to the complexity of the case, the difficulties in scheduling presented by
8 the holiday season, and the parties' desire to promote judicial economy and efficiency by
9 coordinating a hearing on this motion with a hearing on Defendants' Motions to Dismiss the
10 Second Amended Consolidated Shareholder Derivative Complaint to be filed in the *In re Apple
11 Inc. Derivative Litigation*, Case No. C-06-04128-JF (*see* Stipulation Setting Briefing Schedule
12 filed concurrently in the derivative action), the parties agree that additional time is necessary to
13 adequately brief the issues raised by Lead Plaintiff's motion; and

14    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
15 parties, through their counsel of record:

16    1. Defendants shall file their Opposition to Lead Plaintiff's Motion to File the FAC on or
17 before January 23, 2008.

18    2. Lead Plaintiff shall file its Reply Memorandum in Support of its Motion to File the
19 FAC on or before February 13, 2008.

20    3. The hearing on Lead Plaintiff's Motion shall be held March 14, 2008, or as soon
21 thereafter as counsel may be heard.

22
23
24
25
26
27
28

1     IT IS SO STIPULATED.

Dated: January 7, 2008                     GEORGE A. RILEY
                                                              LUANN L. SIMMONS
                                                              O'MELVENY & MYERS LLP

                                                              By: /s/ George A. Riley
                                                                                     George A. Riley

Attorneys for Defendants STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, GARETH C.C. CHANG, LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR., EDGAR S. WOOLARD, JR., and APPLE INC.

Dated: January 7, 2008                     JOHN M. POTTER
                                                               DIANE M. DOOLITTLE
                                                                ELIZABETH B. WYDRA
                                                                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                                               By: /s/ Elizabeth B. Wydra
                                                                                  Elizabeth B. Wydra

Attorneys for the Special Litigation Committee of Defendant Apple Inc.

Dated: January 7, 2008                     JEROME C. ROTH
                                                               YOHANCE C. EDWARDS
                                                               GENEVIEVE A. COX
                                                               MUNGER, TOLLES & OLSON LLP

                                                              By: /s/ Yohance C. Edwards
                                                                                 Yohance C. Edwards

Attorneys for Defendant FRED D. ANDERSON

| | | |
|---|---|---|
| 1 | Dated: January 7, 2008 | JAY W. EISENHOFER |
| 2 | | GEOFFREY C. JARVIS |
| | | MICHAEL J. BARRY |
| | | MARY S. THOMAS |
| 3 | | GRANT & EISENHOFER P.A. |

By: /s/ Michael J. Barry
　　　　　　Michael J. Barry

Attorneys for Lead Plaintiff NEW YORK CITY EMPLOYEES' RETIREMENT PLAN

**CERTIFICATION OF CONCURRENCE**

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order To Continue Hearing and Set Briefing Schedule on Motion to File First Amended Consolidated Class Action Complaint. In compliance with General Order 45, X.B., I hereby attest that Elizabeth B. Wydra, Yohance C. Edwards, Sarah A. Good, and Michael J. Barry have concurred in this filing.

Dated: January 7, 2008　　　　　　GEORGE A. RILEY
　　　　　　　　　　　　　　　　　LUANN L. SIMMONS
　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP

By: /s/ George A. Riley
　　　　　　George A. Riley

Attorneys for Defendants STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, GARETH C.C. CHANG, LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR., EDGAR S. WOOLARD, JR., and APPLE INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　United States District Judge

- 3 -