GEORGE A. RILEY (State Bar No. 118304)
LUANN L. SIMMONS (State Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-Mail: griley@omm.com
lsimmons@omm.com

Attorneys for Defendants STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, GARETH C.C. CHANG, LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR., EDGAR S. WOOLARD, JR., and APPLE INC.

\*\*E-filed 1/14/08\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No. C 06 05208 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND SET BRIEFING SCHEDULE ON MOTION TO FILE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

STIPULATION & [PROPOSED] ORDER TO CONT. HEARING AND SET BRIEFING SCHEDULE - C 06 05208 JF

| | |
|---|---|
| 1 | WHEREAS, on December 14, 2007, Lead Plaintiff filed a Motion to File the First |
| 2 | Consolidated Class Action Complaint ("FAC"), and noticed that motion to be heard on January |
| 3 | 18, 2008; and |
| 4 | WHEREAS, Defendants intend to file a Motion in Opposition to Lead Plaintiff's Motion |
| 5 | to File the FAC, which, based on the noticed hearing date, would have had to be filed on or |
| 6 | before December 31, 2007; and |
| 7 | WHEREAS, due to the complexity of the case, the difficulties in scheduling presented by |
| 8 | the holiday season, and the parties' desire to promote judicial economy and efficiency by |
| 9 | coordinating a hearing on this motion with a hearing on Defendants' Motions to Dismiss the |
| 10 | Second Amended Consolidated Shareholder Derivative Complaint to be filed in the *In re Apple* |
| 11 | *Inc. Derivative Litigation*, Case No. C-06-04128-JF (*see* Stipulation Setting Briefing Schedule |
| 12 | filed concurrently in the derivative action), the parties agree that additional time is necessary to |
| 13 | adequately brief the issues raised by Lead Plaintiff's motion; and |
| 14 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the |
| 15 | parties, through their counsel of record: |
| 16 | 1. Defendants shall file their Opposition to Lead Plaintiff's Motion to File the FAC on or |
| 17 | before January 23, 2008. |
| 18 | 2. Lead Plaintiff shall file its Reply Memorandum in Support of its Motion to File the |
| 19 | FAC on or before February 13, 2008. |
| 20 | 3. The hearing on Lead Plaintiff's Motion shall be held March 14, 2008, or as soon |
| 21 | thereafter as counsel may be heard. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

IT IS SO STIPULATED.

Dated: January 7, 2008

GEORGE A. RILEY
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ George A. Riley
George A. Riley

Attorneys for Defendants STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, GARETH C.C. CHANG, LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR., EDGAR S. WOOLARD, JR., and APPLE INC.

Dated: January 7, 2008

JOHN M. POTTER
DIANE M. DOOLITTLE
ELIZABETH B. WYDRA
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Elizabeth B. Wydra
Elizabeth B. Wydra

Attorneys for the Special Litigation Committee of Defendant Apple Inc.

Dated: January 7, 2008

JEROME C. ROTH
YOHANCE C. EDWARDS
GENEVIEVE A. COX
MUNGER, TOLLES & OLSON LLP

By: /s/ Yohance C. Edwards
Yohance C. Edwards

Attorneys for Defendant FRED D. ANDERSON

- 2 -
STIPULATION & [PROPOSED] ORDER TO CONT. HEARING AND SET BRIEFING SCHEDULE - C 06 05208 JF

| | |
|---|---|
| Dated: January 7, 2008 | JAY W. EISENHOFER<br>GEOFFREY C. JARVIS<br>MICHAEL J. BARRY<br>MARY S. THOMAS<br>GRANT & EISENHOFER P.A.<br><br>By: /s/ Michael J. Barry<br>　　　　　Michael J. Barry<br><br>Attorneys for Lead Plaintiff NEW YORK CITY EMPLOYEES' RETIREMENT PLAN |

**CERTIFICATION OF CONCURRENCE**

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order To Continue Hearing and Set Briefing Schedule on Motion to File First Amended Consolidated Class Action Complaint. In compliance with General Order 45, X.B., I hereby attest that Elizabeth B. Wydra, Yohance C. Edwards, Sarah A. Good, and Michael J. Barry have concurred in this filing.

| | |
|---|---|
| Dated: January 7, 2008 | GEORGE A. RILEY<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP<br><br>By: /s/ George A. Riley<br>　　　　　George A. Riley<br><br>Attorneys for Defendants STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, GARETH C.C. CHANG, LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE M. HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR., EDGAR S. WOOLARD, JR., and APPLE INC. |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 1/14/08

　　　　　　　　　　　　　　　　　　　
The Honorable Jeremy Fogel
United States District Judge