1  GEORGE A. RILEY (State Bar No. 118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, California  94111-3305
   Telephone:  (415) 984-8700
4  Facsimile:  (415) 984-8701
   E-Mail:  griley@omm.com
5
   Attorneys for Defendants
6  STEVEN P. JOBS, WILLIAM V. CAMPBELL,
   MILLARD S. DREXLER, ARTHUR D. LEVINSON,
7  JEROME B. YORK, GARETH C.C. CHANG, PETER O. CRISP,
   LAWRENCE J. ELLISON, B. JURGEN HINTZ, KATHERINE M.
8  HUDSON, DELANO E. LEWIS, A.C. MARKKULA, JR., EDGAR
   S. WOOLARD, JR., and APPLE INC.
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14 MARTIN VOGEL and KENNETH          Case No. C06-05208-JF
   MAHONEY, on Behalf of Themselves
15 and All Others Similarly Situated,  **DECLARATION OF VIVI N. TRAN
                                     IN SUPPORT OF OPPOSITION TO
16              Plaintiffs,          MOTION FOR LEAVE TO FILE
                                     FIRST AMENDED CONSOLIDATED
17       v.                          CLASS ACTION COMPLAINT**

18 STEVEN P. JOBS, PETER OPPENHEIMER,
   FRED ANDERSON, WILLIAM V.
19 CAMPBELL, MILLARD S. DREXLER,     Date:       March 14, 2008
   ALBERT GORE, JR., ARTHUR D.       Time:       9:00 a.m.
20 LEVINSON, JEROME P. YORK and      Department: Ctrm 3, 5th Floor
   APPLE COMPUTER, INC.,             Judge:      Honorable Jeremy Fogel
21
                Defendants.
22

23

24

25

26

27

28

                                           TRAN DECLARATION IN SUPPORT OF
                                           OPPOSITION TO MOTION FOR LEAVE –
                                                   CASE NO. C06-05208-JF

**DECLARATION OF VIVI N. TRAN**

I, VIVI N. TRAN, declare as follows:

1. I am an attorney duly licensed before all of the courts of the State of California and the United States District Court for the Northern District of California. I am an associate in the law firm of O'Melveny & Myers LLP, counsel of record for defendants Steven P. Jobs, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, Jerome B. York, Gareth C.C. Chang, Peter O. Crisp, Lawrence J. Ellison, B. Jurgen Hintz, Katherine M. Hudson, Delano E. Lewis, A.C. Markkula, Jr., Edgar Woolard, Jr., and Apple Inc.

I make this declaration in support of the Opposition to Motion for Leave to File First Amended Consolidated Class Action Complaint. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of relevant portions of the Transcript of Proceedings, *Vogel, et al. v. Jobs, et al.*, No. C06-05208-JF and *In re Apple Inc. Derivative Litigation*, No. C06-04128-JF (N.D. Cal. Sept. 7, 2007).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January 2008 at Menlo Park, California.

                                                          /s/ Vivi N. Tran
                                                             Vivi N. Tran

SF1:702858.1