1  Douglas R. Young (State Bar No. 073248)
     dyoung@fbm.com
2  C. Brandon Wisoff (State Bar No. 121930)
     bwisoff@fbm.com
3  Grace K. Won (State Bar No. 178258)
     gwon@fbm.com
4  Stephanie Skaff (State Bar No. 183119)
     sskaff@fbm.com
5  Sebastian A. Jerez (State Bar No. 244109)
     sjerez@fbm.com
6  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
7  San Francisco, CA  94104
   Telephone:  (415) 954-4400
8  Facsimile:  (415) 954-4480

9  Attorneys for Defendants
   WILLIAM V. CAMPBELL, MILLARD S.
10 DREXLER, STEVEN P. JOBS, ARTHUR D.
   LEVINSON, and JEROME B. YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No.  C-06-05208-JF<br><br>**STIPULATION RE SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

## STIPULATION

The undersigned parties and counsel hereby stipulate that Defendants William V. Campbell, Millard S. Drexler, Steven P. Jobs, Arthur D. Levinson, and Jerome B. York have retained Douglas R. Young and the law firm of Farella Braun & Martel LLP whose address is 235 Montgomery Street, 18th Floor, San Francisco, California 94104, whose telephone number is (415) 954-4410, and whose email address is dyoung@fbm.com to represent them in place of George Riley, Luann Simmons, David Furbush and the law firm of O'Melveny & Myers LLP. Defendants hereby request the Court to permit Farella Braun & Martel LLP to substitute as counsel of record for O'Melveny & Myers LLP on Defendants' behalf.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ William V. Campbell_____
                                            William V. Campbell

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Millar S. Drexler_____
                                            Millard S. Drexler

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Steven P. Jobs_____
                                            Steven P. Jobs

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Arthur D. Levinson_____
                                            Arthur D. Levinson

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Jerome B. York_____
                                            Jerome B. York

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

1  I consent to this substitution of counsel and am admitted to the bar of this Court:

2  Dated: January 25, 2008                    FARELLA BRAUN & MARTEL LLP

3

4
                                              By:_____/s/ Douglas R. Young_____
5                                                      Douglas R. Young

6                                             Attorneys for Defendants
                                              William V. Campbell, Millard S. Drexler,
7                                             Steven P. Jobs, Arthur D. Levinson, and
                                              Jerome B. York
8

9  I consent to this substitution of counsel:

10 Dated: January 25, 2008                    O'MELVENY & MYERS LLP

11

12                                            By:_____/s/ George Riley_____
                                                       George Riley
13
                                              Former Attorneys for Defendants
14                                            William V. Campbell, Millard S. Drexler,
                                              Steven P. Jobs, Arthur D. Levinson, and
15                                            Jerome B. York

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____, 2008

_____
THE HON. JEREMY D. FOGEL
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1