1   Douglas R. Young (State Bar No. 073248)
      dyoung@fbm.com
2   C. Brandon Wisoff (State Bar No. 121930)
      bwisoff@fbm.com
3   Grace K. Won (State Bar No. 178258)
      gwon@fbm.com
4   Stephanie Skaff (State Bar No. 183119)
      sskaff@fbm.com
5   Sebastian A. Jerez (State Bar No. 244109)
      sjerez@fbm.com
6   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
7   San Francisco, CA  94104
    Telephone:  (415) 954-4400
8   Facsimile:  (415) 954-4480

9   Attorneys for Defendants
    WILLIAM V. CAMPBELL, MILLARD S.
10  DREXLER, STEVEN P. JOBS, ARTHUR D.
    LEVINSON, and JEROME B. YORK

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

16  MARTIN VOGEL and KENNETH
    MAHONEY, on Behalf of Themselves and
17  All Other Similarly Situated,              Case No.  C-06-05208-JF

18              Plaintiffs,

19         v.                                  **STIPULATION RE SUBSTITUTION OF
                                               COUNSEL AND [PROPOSED] ORDER**
20  STEVEN JOBS, PETER OPPENHEIMER,
    FRED ANDERSON, WILLIAM V.
21  CAMPBELL, MILLARD S. DREXLER,
    ALBERT GORE, Jr., ARTHUR D.
22  LEVINSON, JEROME B. YORK and
    APPLE COMPUTER, INC.,

23              Defendants.

24

25

26

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

## STIPULATION

The undersigned parties and counsel hereby stipulate that Defendants William V. Campbell, Millard S. Drexler, Steven P. Jobs, Arthur D. Levinson, and Jerome B. York have retained Douglas R. Young and the law firm of Farella Braun & Martel LLP whose address is 235 Montgomery Street, 18th Floor, San Francisco, California 94104, whose telephone number is (415) 954-4410, and whose email address is dyoung@fbm.com to represent them in place of George Riley, Luann Simmons, David Furbush and the law firm of O'Melveny & Myers LLP. Defendants hereby request the Court to permit Farella Braun & Martel LLP to substitute as counsel of record for O'Melveny & Myers LLP on Defendants' behalf.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel:

Dated:  January 25, 2008          By:_____/s/ William V. Campbell_____
                                        William V. Campbell

I consent to this substitution of counsel:

Dated:  January 25, 2008          By:_____/s/ Millar S. Drexler_____
                                        Millard S. Drexler

I consent to this substitution of counsel:

Dated:  January 25, 2008          By:_____/s/ Steven P. Jobs_____
                                        Steven P. Jobs

I consent to this substitution of counsel:

Dated:  January 25, 2008          By:_____/s/ Arthur D. Levinson_____
                                        Arthur D. Levinson

I consent to this substitution of counsel:

Dated:  January 25, 2008          By:_____/s/ Jerome B. York_____
                                        Jerome B. York

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

1   I consent to this substitution of counsel and am admitted to the bar of this Court:

2   Dated:  January 25, 2008                    FARELLA BRAUN & MARTEL LLP

3

4                                               By:_____/s/ Douglas R. Young_____

5                                                        Douglas R. Young

6                                               Attorneys for Defendants
                                                William V. Campbell, Millard S. Drexler,
7                                               Steven P. Jobs, Arthur D. Levinson, and
                                                Jerome B. York
8

9   I consent to this substitution of counsel:

10  Dated:  January 25, 2008                    O'MELVENY & MYERS LLP

11

12                                              By:_____/s/ George Riley_____
                                                         George Riley
13

14                                              Former Attorneys for Defendants
                                                William V. Campbell, Millard S. Drexler,
15                                              Steven P. Jobs, Arthur D. Levinson, and
                                                Jerome B. York
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

1

**[PROPOSED] ORDER**

2

    IT IS SO ORDERED.

3

DATED: _____, 2008

4

                                 _____

5

                                 THE HON. JEREMY D. FOGEL
                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1