1  Douglas R. Young (State Bar No. 073248)
     dyoung@fbm.com
2  C. Brandon Wisoff (State Bar No. 121930)
     bwisoff@fbm.com
3  Grace K. Won (State Bar No. 178258)
     gwon@fbm.com
4  Stephanie Skaff (State Bar No. 183119)
     sskaff@fbm.com
5  Sebastian A. Jerez (State Bar No. 244109)
     sjerez@fbm.com
6  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
7  San Francisco, CA 94104
   Telephone: (415) 954-4400
8  Facsimile: (415) 954-4480

9  Attorneys for Defendants
   WILLIAM V. CAMPBELL, MILLARD S.
10 DREXLER, STEVEN P. JOBS, ARTHUR D.
   LEVINSON, and JEROME B. YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No. C-06-05208-JF<br><br>**STIPULATION RE SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

## STIPULATION

The undersigned parties and counsel hereby stipulate that Defendants William V. Campbell, Millard S. Drexler, Steven P. Jobs, Arthur D. Levinson, and Jerome B. York have retained Douglas R. Young and the law firm of Farella Braun & Martel LLP whose address is 235 Montgomery Street, 18th Floor, San Francisco, California 94104, whose telephone number is (415) 954-4410, and whose email address is dyoung@fbm.com to represent them in place of George Riley, Luann Simmons, David Furbush and the law firm of O'Melveny & Myers LLP. Defendants hereby request the Court to permit Farella Braun & Martel LLP to substitute as counsel of record for O'Melveny & Myers LLP on Defendants' behalf.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel:

Dated: January 25, 2008        By:     /s/ William V. Campbell
                                       William V. Campbell

I consent to this substitution of counsel:

Dated: January 25, 2008        By:     /s/ Millar S. Drexler
                                       Millard S. Drexler

I consent to this substitution of counsel:

Dated: January 25, 2008        By:     /s/ Steven P. Jobs
                                       Steven P. Jobs

I consent to this substitution of counsel:

Dated: January 25, 2008        By:     /s/ Arthur D. Levinson
                                       Arthur D. Levinson

I consent to this substitution of counsel:

Dated: January 25, 2008        By:     /s/ Jerome B. York
                                       Jerome B. York

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

I consent to this substitution of counsel and am admitted to the bar of this Court:

Dated: January 25, 2008                    FARELLA BRAUN & MARTEL LLP


By: _____/s/ Douglas R. Young_____
         Douglas R. Young

Attorneys for Defendants
William V. Campbell, Millard S. Drexler,
Steven P. Jobs, Arthur D. Levinson, and
Jerome B. York

I consent to this substitution of counsel:

Dated: January 25, 2008                    O'MELVENY & MYERS LLP


By: _____/s/ George Riley_____
         George Riley

Former Attorneys for Defendants
William V. Campbell, Millard S. Drexler,
Steven P. Jobs, Arthur D. Levinson, and
Jerome B. York

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____, 2008

                                                                       THE HON. JEREMY D. FOGEL
                                                                       UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1