**E-filed 1/28/08**

Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Grace K. Won (State Bar No. 178258)
gwon@fbm.com
Stephanie Skaff (State Bar No. 183119)
sskaff@fbm.com
Sebastian A. Jerez (State Bar No. 244109)
sjerez@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, and JEROME B. YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,

Plaintiffs,

v.

STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,

Defendants.

Case No. C-06-05208-JF

**STIPULATION RE SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER**

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

# STIPULATION

The undersigned parties and counsel hereby stipulate that Defendants William V. Campbell, Millard S. Drexler, Steven P. Jobs, Arthur D. Levinson, and Jerome B. York have retained Douglas R. Young and the law firm of Farella Braun & Martel LLP whose address is 235 Montgomery Street, 18th Floor, San Francisco, California 94104, whose telephone number is (415) 954-4410, and whose email address is dyoung@fbm.com to represent them in place of George Riley, Luann Simmons, David Furbush and the law firm of O'Melveny & Myers LLP. Defendants hereby request the Court to permit Farella Braun & Martel LLP to substitute as counsel of record for O'Melveny & Myers LLP on Defendants' behalf.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel:

Dated: January 25, 2008

By: /s/ William V. Campbell
William V. Campbell

I consent to this substitution of counsel:

Dated: January 25, 2008

By: /s/ Millar S. Drexler
Millard S. Drexler

I consent to this substitution of counsel:

Dated: January 25, 2008

By: /s/ Steven P. Jobs
Steven P. Jobs

I consent to this substitution of counsel:

Dated: January 25, 2008

By: /s/ Arthur D. Levinson
Arthur D. Levinson

I consent to this substitution of counsel:

Dated: January 25, 2008

By: /s/ Jerome B. York
Jerome B. York

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

I consent to this substitution of counsel and am admitted to the bar of this Court:

Dated: January 25, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/ Douglas R. Young
Douglas R. Young

Attorneys for Defendants
William V. Campbell, Millard S. Drexler,
Steven P. Jobs, Arthur D. Levinson, and
Jerome B. York

I consent to this substitution of counsel:

Dated: January 25, 2008

O'MELVENY & MYERS LLP

By: /s/ George Riley
George Riley

Former Attorneys for Defendants
William V. Campbell, Millard S. Drexler,
Steven P. Jobs, Arthur D. Levinson, and
Jerome B. York

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF
COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1

## ~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

DATED: January 28, 2008

THE HON. JEREMY D. FOGEL
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTINO OF COUNSEL AND [PROP.] ORDER
Case No. C-06-05208-JF

22264\1430800.1