**E-filed 2/11/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

MARTIN VOGEL, et al.,                          No. C-06-5208-JF
    Plaintiffs,

     v.                                      Clerks's Notice

STEVEN P. JOBS, et al.,

    Defendants.
_____

To: All Counsel and Parties in the above named action.

Judge Fogel will be unavailable on March 14, 2008, therefore the
Court has rescheduled the Motions to Amend currently scheduled
for March 14, 2008. The new hearing date is Friday, March 21,
2008 at 9:00 AM, before Judge Jeremy Fogel.   The parties may
appear by telephone by contacting Court Call at 866-582-6878 in
advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States
District Courthouse, 280 South First Street, San Jose, CA 95113.


Dated: 2/11/08                     For the Court,
                                   Richard W. Wieking, Clerk

                                   Diana Munz
                                   electronic signature
                                   Courtroom Deputy