**<u>CERTIFICATE OF SERVICE</u>**

I, Michael J. Barry, hereby certify that I caused **Lead Plaintiff's Reply Memorandum Of Points And Authorities In Support Of Motion To File First Amended Consolidated Class Action Complaint And To Amend Caption (Case No.: C-06-05208-JF)** to be served electronically on all known counsel of record.


DATED:  <u>February 13, 2008</u>                    <u>/s/ Michael J. Barry</u>
                                                      Michael J. Barry *(pro hac vice)*