UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 21, 2008
**Case Number:** CV-06-5208-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**       **MARTIN VOGEL, ET AL V. STEVEN JOBS, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Michael Barry | Attorneys Present: George Riley |
| | Jerome Roth for Anderson |

---

PROCEEDINGS:

    Hearing on Motion to Amend held. Parties are present.  The motion is taken under submission.