Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
James C. Magid (233043)
jmagid@bermanesq.com
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 9410
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

H. Adam Prussin
HAPrussin@Pomlaw.Com
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP**
100 Park Avenue, 26th Floor
New York, NY 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**Attorneys for Boston Retirement Board**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>STEVEN P. JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, JR., ARTHUR D. LEVINSON, JEROME P. YORK AND APPLICE COMPUTER, INC.,<br><br>  Defendants. | Case No. C06-05208-JF<br><br>**CLASS ACTION**<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

[C06-05208 JF] – NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2 PLEASE TAKE NOTICE, pursuant to Local Rule 3-13, that *Boston Retirement Board v. Jobs, et al.*, Case No. 1-08-CV-110403, filed on April 14, 2008 in the Superior Court of California, County of Santa Clara, involves all, or a material part of, the same subject matter and all, or substantially all, of the same parties in *Vogel, et al. v. Jobs, et al.*, Case No. C-06-05208 JF, which is pending in this Court.

While *Boston Retirement Board v. Jobs* is a derivative action and *Vogel, et al., v. Jobs, et al.* is a direct class action, both assert claims on behalf of shareholders of Apple Inc. against present and former members of Apple's Board of Directors and senior executives and are based on the same underlying factual allegations involving stock option backdating. A copy of the form used to give notice of a related action as required by Rule 3.300(b) of the California Rules of Court is attached as Exhibit A and will be filed in the Superior Court of California, County of Santa Clara and served on all the parties as listed in Exhibit A.

Dated: April 29, 2008

**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**

By: _____
James C. Magid

Joseph J. Tabacco, Jr.
Nicole Lavallee
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6385

H. Adam Prussin
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP**
100 Park Avenue, 26th Floor
New York, NY 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**Attorneys for Boston Retirement Board**

# EXHIBIT A

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joseph J. Tabacco Jr. (75484)<br>Nicole Lavallee (165755)<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California St., Suite 2100 San Francisco, CA 94104<br>TELEPHONE NO.: (415) 433-3200   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Boston Retirement Board | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS: 191 N. First Street
CITY AND ZIP CODE: San Jose 95113
BRANCH NAME: Downtown Superior Court

PLAINTIFF/PETITIONER: Boston Retirement Board

DEFENDANT/RESPONDENT: Jobs, et al.

**NOTICE OF RELATED CASE**

CASE NUMBER: 108CV110403
JUDICIAL OFFICER:
DEPT.:

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: In re Apple Computer, Inc. Derivative Litigation
   b. Case number: 1-06-CV-066692
   c. Court: [✓] same as above
      [ ] other state or federal court (name and address):
   d. Department:
   e. Case type: [ ] limited civil  [✓] unlimited civil  [ ] probate  [ ] family law  [ ] other (specify):
   f. Filing date: July 5, 2006
   g. Has this case been designated or determined as "complex?"  [ ] Yes  [✓] No
   h. Relationship of this case to the case referenced above (check all that apply):
      [ ] involves the same parties and is based on the same or similar claims.
      [✓] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      [ ] involves claims against, title to, possession of, or damages to the same property.
      [✓] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
      [ ] Additional explanation is attached in attachment 1h
   i. Status of case:
      [✓] pending
      [ ] dismissed  [ ] with  [ ] without prejudice
      [ ] disposed of by judgment

2. a. Title: In re APPLE INC., DERIVATIVE LITIGATION
   b. Case number: 5:06-cv-04128-JF
   c. Court: [ ] same as above
      [✓] other state or federal court (name and address): U.S. District Court, Northern District of California
   d. Department: San Jose, 280 South 1st St. San Jose, CA 95113

Form Approved for Optional Use
Judicial Council of California
CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Page 1 of 3
Cal. Rules of Court, rule 3.300
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: Boston Retirement Board | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Jobs, et al. | 108CV110403 |

2. *(continued)*

    e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

    f. Filing date: June 30, 2006

    g. Has this case been designated or determined as "complex?"  ☐ Yes  ☐ No

    h. Relationship of this case to the case referenced above *(check all that apply):*

        ☐ involves the same parties and is based on the same or similar claims.

        ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐ involves claims against, title to, possession of, or damages to the same property.

        ☑ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

        ☐ Additional explanation is attached in attachment 2h

    i. Status of case:

        ☐ pending

        ☑ dismissed ☐ with ☑ without prejudice

        ☐ disposed of by judgment

3. a. Title: Vogel et al. v. Jobs et al.

    b. Case number: 5:06-cv-05208-JF

    c. Court: ☑ same as above

        ☐ other state or federal court *(name and address):*

    d. Department:

    e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

    f. Filing date: August 24, 2006

    g. Has this case been designated or determined as "complex?"  ☐ Yes  ☐ No

    h. Relationship of this case to the case referenced above *(check all that apply):*

        ☐ involves the same parties and is based on the same or similar claims.

        ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐ involves claims against, title to, possession of, or damages to the same property.

        ☑ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

        ☐ Additional explanation is attached in attachment 3h

    i. Status of case:

        ☐ pending

        ☑ dismissed ☐ with ☑ without prejudice

        ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: 4/29/08

James Magid
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ *(signature)*
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015 [Rev. July 1, 2007]     **NOTICE OF RELATED CASE**     Page 2 of 3

CM-015

| PLAINTIFF/PETITIONER: Boston Retirement Board | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Jobs, et al. | 108CV110403 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)

1. I am at least 18 years old and **not a party to this action**. I am a resident of or employed in the county where the mailing took place, and my residence or business address is (specify):

   425 California Street, Suite 2100
   San Francisco, CA 94104

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and (check one):

   a. ☐ deposited the sealed envelope with the United States Postal Service.

   b. ☑ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:

   a. on (date): April 29, 2008
   b. from (city and state): San Francisco, CA, 94104

4. The envelope was addressed and mailed as follows:

   a. Name of person served:
      See Attached List
      Street address:
      City:
      State and zip code:

   b. Name of person served:
      Street address:
      City:
      State and zip code:

   c. Name of person served:
      Street address:
      City:
      State and zip code:

   d. Name of person served:
      Street address:
      City:
      State and zip code:

☑ Names and addresses of additional persons served are attached. (You may use form POS-030(P).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: APRIL 29, 2008

TYLER K. KELLY
(TYPE OR PRINT NAME OF DECLARANT)

▶ /s/ Tyler Kelly
(SIGNATURE OF DECLARANT)

## PROOF OF SERVICE BY MAIL

I, Tyler Kelly, declare, that I am over the age of 18 years and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, CA 94104. On April 29, 2008, I served NOTICE OF RELATED CASE on the following, by placing true copies of same in sealed envelopes, addressed as shown below, and depositing them in the United States Mail at San Francisco, California.

**State Derivative Plaintiffs**

Brian J. Robbins
Marc M. Umeda
Steven J. Simerlein
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

James G. Stranch, III
J. Gerard Stranch, IV
BRANSTETTER STRANCH & JENNINGS, PLLC
227 Second Avenue, N. 4th Floor
Nashville, TN 37201-1631

**Counsel for Plaintiff Plumbers & Pipefitters Local No. 572 Pension Fund, David Curtin and Gary Cullen**

Kip B. Shuman
Jeffrey A. Berens
DYER & SHUMAN, LLP
801 East 17th Avenue
Denver, CO 80218

**Counsel for Plaintiff Gary Cullen**

Stephen R. Basser
John L. Haeussler
BARRACK, RODOS & BACINE
402 West Broadway, Suite 850
San Diego, CA 92101

Daniel E. Bacine
Jeffrey W. Golan
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

**Counsel for Plaintiff Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union and AFSCME Employees' Pension Plan**

### Federal Derivative Plaintiffs

Joseph W. Cotchett
Bruce L. Simon
Philip L. Gregory
Mark C. Molumphy
COTCHETT PITRE SIMON & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Ste. 200
Burlingame, CA 94010

**Counsel for Plaintiff Kelley Bergman**

Eric L Zager
Sean Handler
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Rador, PA 19087

Kathryn A. Schofield
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP
2125 Oak Grove Road, Ste. 120
Walnut Creek, CA 94598

**Counsel for Plaintiffs Nicholas Karant and Alecta Pensionsforsakring, Omsesidigit**

Travis Downs
Benny C. Gooman III
Thomas Wilhelm
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101

Shawn A. Williams
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Ste. 2600
San Francisco, CA 94111

George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201-1601

**Counsel for Plaintiffs Douglas Holbert, Pirelli Armstrong Tire Corporations Retiree Medical Benefits Trust, and Jeffrey Alecci**

Peter A. Binkow
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Ste. 311
Los Angeles, CA 90067

CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899-1035

David H. Fink
THE MILLER LAW FIRM, P.C.
950 West University Drive, Ste. 300
Rochester, MI 48307

**Counsel for Plaintiffs Michael and Cynthia Priebe**

Juli E. Farris
Elizabeth A. Leland
Cari C. Laufenberg
KELLER ROHRBACK LLP
1201 Third Avenue, Ste. 3200
Seattle, WA 98101-3052

Gary A. Gotto
KELLER ROHRBACK PLC
National Bank Plaza
3101 North Central Avenue, Ste. 900
Phoenix, AZ 85012

Ronald Lovitt
J. Thomas Hannan
Henry I. Bornstein
LOVITT & HANNAN, INC.
900 Front Street, Ste. 300
San Francisco, CA 94111

Karen Hanson Riebel
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Avenue, So., Ste. 2200
Minneapolis, MN 55401

**Counsel for Plaintiff Phyllis Jones**

Arthur L. Shingler III
SCOTT + SCOTT LLC
600 B Street, Ste. 1500
San Diego, CA 92101

David R. Scott
SCOTT + SCOTT LLC
108 Norwich Avenue
P.O. box 192
Colchester, CT 06415

Geoffrey M. Johnson
SCOTT + SCOTT LLC
33 River Street
Chagrin Falls, OH 44022

**Counsel for Plaintiff Isabel Lui**

Richard m. Heinmann
Elizabeth J. Cabraser
Joy A Kruse
Bruce W. Leppla
Peter E. Leckman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Richard D. Greenfield
GREENFIELD & GOODMAN LLC
7426 Tour Drive
Easton, MD 21601

**Counsel for Plaintiff Alfred Ranconi**

4

Jeffrey F. Keller
KELLER GROVER LLP
425 Second Street, Ste. 500
San Francisco, CA 94107

Edward Korsinsky
ZIMMERMAN LEVI & KORSINSKY LLP
38 Broadway, Ste. 1601
New York, NY 10006

**Counsel for Plaintiff Feivel Gottlieb**

Stephen M. Garcia
Sara Hinson
One World Trade Center, Ste. 1950
Long Beach, CA 90831

Steven A. Hart
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD
One IBM Plaza, Ste. 200
330 North Wabash
Chicago, Il 60611

**Counsel for Plaintiff Erick Gulsrud**


**Securities Class Action Plaintiffs**

Patrice L. Bishop
STULL, STULL, & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024

Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Gary S. Graifman
KANTROWITZ, GOLDHAMER & GRAIFMAN
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977

**Counsel for Plaintiff Martin Vogel and Kenneth Mahoney**

Jay W. Eisenhofer
Charles Thomas Caliendo
GRANT & EISENHOFER P.A.
45 Rockefeller Center 630 Fifth Avenue
15th Floor
New York, NY 10111

Lesley Elizabeth Weaver
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19806

Merrill G. Emerick
ANDERLINI FINKELSTEIN EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, CA 94402

**Counsel for the New York City Employees' Retirement System**

**Defendants**

Jerome C. Roth
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105

**Counsel for Defendant Fred D. Anderson**

Sarah A. Good
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN P.C.
Three Embarcadero Center, Seventh Floor
San Francisco, California 94111

**Counsel for Nancy R. Heinen**

George A. Riley
Luann Simmons
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111

6

David M. Furbush
Dale M. Edmondson
Robert L. Harting
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025

**Nominal Defendant Apple Inc. and Individual Defendants Gareth C.C. Chang and Edgar S. Wollard**

Douglas R. Young
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 18th Floor,
San Francisco, California 94104

**Defendants William V. Campbell, Millard Drexler, Steven P. Jobs, Arthur D. Levinson, and Jerome B. York**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on April 29, 2008.

_____
Tyler Kelly