UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No.: C06-05208-JF<br><br>Judge: Honorable Jeremy Fogel |

## REQUEST FOR ENTRY OF FINAL JUDGMENT

Plaintiffs hereby respectfully request that the attached proposed entry of final judgment be entered.

Dated: June 9, 2008

Respectfully submitted,

ANDERLINI, FINKELSTEIN,
MERICK & SMOOT

_____
Merrill Glen Emerick
(State Bar No. 117248)
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

GRANT & EISENHOFER P.A.

Jay W. Eisenhofer *(pro hac vice)*
Charles T. Caliendo *(pro hac vice)*
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646.722.8500
Fax: 646.722.8501
jeisenhofer@gelaw.com
ccaliendo@gelaw.com

-and-

REQUEST FOR ENTRY OF FINAL JUDGMENT
(Case No.: C06-05208-JF)

Michael J. Barry *(pro hac vice)*
Lesley E. Weaver (State Bar No. 191305)
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100
mbarry@gelaw.com
lweaver@gelaw.com

REQUEST FOR ENTRY OF FINAL JUDGMENT
(Case No.: C06-05208-JF)

# CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following counsel of record via Overnight Delivery and Electronic Mail on June 10, 2008:

/s/ Michael J. Barry

George A. Riley, Esquire
Luann Simmons, Esquire
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
*Counsel to Defendants Jobs, Campbell, Drexler, Levinson, York, Chang, Crisp, Ellison, Hintz, Hudson, Lewis, Markulla, And Woolard*

Jerome C. Roth
Yohance C. Edwards
Genevieve A. Cox
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, California 94105
*Counsel to Defendant Anderson*

John M. Potter
Diane M. Doolittle
Elizabeth B. Wydra
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
*Counsel to the Special Litigation Committee of Defendant Apple Inc.*

1

CERTIFICATE OF SERVICE
Case No. C 06-05208