UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No.: C06-05208-JF<br><br>Judge: Honorable Jeremy Fogel<br><br>JUDGMENT |

On November 14, 2007, this Court granted defendants' Motion to dismiss. On December 14, 2007, plaintiff timely filed a motion for leave to file the first amended consolidated class action complaint and to amend the caption. On May 14, 2008, this Court denied plaintiff's motion for leave to file the first amended consolidated complaint. Therefore, IT IS HEREBY ORDERED that for the reasons set forth in the Court's Orders dated November 16, 2007, and May 14, 2008, judgment is hereby entered in favor of defendants Apple Inc., Steven P. Jobs, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, Jerome B. York, Fred D. Anderson, Gareth C.C. Chang, Peter O. Crisp, Lawrence J. Ellison, B. Jurgen Hintz, Katherine M. Hudson, Delano E. Lewis, A.C. Markkula, Jr., and Edgar S. Wollard, Jr.. Plaintiff's claims are dismissed with prejudice. The Clerk shall close the file.

Dated:_____

_____
JEREMY FOGEL
United States District Judge

JUDGMENT
(Case No.: C06-05208-JF)

**CERTIFICATE OF SERVICE**

I hereby certify the foregoing was served upon the following counsel of record via Overnight Delivery and Electronic Mail on June 10, 2008:

/s/ Michael J. Barry

| | |
|---|---|
| George A. Riley, Esquire<br>Luann Simmons, Esquire<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111-3305<br>*Counsel to Defendants Jobs, Campbell, Drexler, Levinson, York, Chang, Crisp, Ellison, Hintz, Hudson, Lewis, Markulla, And Woolard* | Jerome C. Roth<br>Yohance C. Edwards<br>Genevieve A. Cox<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, California 94105<br>*Counsel to Defendant Anderson* |

John M. Potter
Diane M. Doolittle
Elizabeth B. Wydra
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
*Counsel to the Special Litigation Committee of Defendant Apple Inc.*

1

CERTIFICATE OF SERVICE
Case No. C 06-05208