UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,** | **Case No.: C06-05208-JF** |
| **Plaintiffs,** | |
| **v.** | Judge: Honorable Jeremy Fogel |
| **STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,** | JUDGMENT |
| **Defendants.** | |

On November 14, 2007, this Court granted defendants' Motion to dismiss. On December 14, 2007, plaintiff timely filed a motion for leave to file the first amended consolidated class action complaint and to amend the caption. On May 14, 2008, this Court denied plaintiff's motion for leave to file the first amended consolidated complaint. Therefore, IT IS HEREBY ORDERED that for the reasons set forth in the Court's Orders dated November 16, 2007, and May 14, 2008, judgment is hereby entered in favor of defendants Apple Inc., Steven P. Jobs, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, Jerome B. York, Fred D. Anderson, Gareth C.C. Chang, Peter O. Crisp, Lawrence J. Ellison, B. Jurgen Hintz, Katherine M. Hudson, Delano E. Lewis, A.C. Markkula, Jr., and Edgar S. Wollard, Jr.. Plaintiff's claims are dismissed with prejudice. The Clerk shall close the file.

Dated: 6/12/08

JEREMY FOGEL
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following counsel of record via Overnight Delivery and Electronic Mail on June 10, 2008:

/s/ Michael J. Barry

George A. Riley, Esquire
Luann Simmons, Esquire
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
*Counsel to Defendants Jobs, Campbell, Drexler, Levinson, York, Chang, Crisp, Ellison, Hintz, Hudson, Lewis, Markulla, And Woolard*

John M. Potter
Diane M. Doolittle
Elizabeth B. Wydra
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
*Counsel to the Special Litigation Committee of Defendant Apple Inc.*

Jerome C. Roth
Yohance C. Edwards
Genevieve A. Cox
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, California 94105
*Counsel to Defendant Anderson*