ORIGINAL

FILED   *Fee Paid*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2008 JUN 17 A 11: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No. C-06-05208-JF |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff, The New York City Employees' Retirement System in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on the 12th of June, 2008, Docket No. 88.

Dated: June 16, 2008

_____
Merrill Glen Emerick (State Bar No. 117248)
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

Jay W. Eisenhofer (*pro hac vice*)
Charles T. Caliendo (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646.722.8500
Fax: 646.722.8501
jeisenhofer@gelaw.com
ccaliendo@gelaw.com
-and-

NOTICE OF APPEAL
Case No. C 06-05208

Michael J. Barry (*pro hac vice*)
Lesley E. Weaver (State Bar No. 191305)
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100
mbarry@gelaw.com
lweaver@gelaw.com

# CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following counsel of record via First Class Mail on June 17, 2008:

_____
Merrill G. Emerick

| | |
|---|---|
| George A. Riley, Esquire<br>Luann Simmons, Esquire<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111-3305<br>*Counsel to Defendants Jobs, Campbell, Drexler, Levinson, York, Chang, Crisp, Ellison, Hintz, Hudson, Lewis, Markulla, And Woolard* | Jerome C. Roth<br>Yohance C. Edwards<br>Genevieve A. Cox<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, California 94105<br>*Counsel to Defendant Anderson* |

John M. Potter
Diane M. Doolittle
Elizabeth B. Wydra
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
*Counsel to the Special Litigation Committee of Defendant Apple Inc.*

CERTIFICATE OF SERVICE
Case No. C 06-05208

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003308
Cashier ID: harwellt
Transaction Date: 06/17/2008
Payer Name: Anderlini Finkelstein Emeric
k
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Martin Vogel, et al.
 Case/Party: D-CAN-5-06-CV-005208-001
 Amount:        $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 36034
 Amt Tendered: $455.00
----------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

Case # 06-cv-05208-JF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```