ORIGINAL

Jay W. Eisenhofer (*pro hac vice*)
Charles T. Caliendo (*pro hac vice*)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646.722.8500
Fax: 646.722.8501
jeisenhofer@gelaw.com
ccaliendo@gelaw.com

Michael J. Barry (*pro hac vice*)
Lesley E. Weaver (State Bar No. 191305)
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100
mbarry@gelaw.com
lweaver@gelaw.com

Merrill Glen Emerick (State Bar No. 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

*Attorneys for Lead Plaintiff*
*The New York City Employees' Retirement System*

FILED

2008 JUN 17 A 11: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC.,<br><br>Defendants. | Case No.: C-06-05208-JF |

**REPRESENTATION STATEMENT**

1  The undersigned represents The New York City Employees' Retirement System Lead
2  Plaintiffs and appellant in this matter, and no other party. Attached is a service list that shows all
3  of the parties to the action below, and identifies their counsel by name, firm, address and
4  telephone number, where appropriate (F.R.A.P. 12(b); Circuit Rule 3-2(b)).

5

6  Dated: June 16, 2008

7  /s/
    Merrill Glen Emerick (State Bar No. 117248)
8  **ANDERLINI, FINKELSTEIN, EMERICK
    & SMOOT**
9  400 S. El Camino Real – Suite 700
    San Mateo, CA 94402
10  Tel: 650.348.0102
    Fax: 650.348.0962
11  memerick@afeslaw.com

12  Jay W. Eisenhofer (*pro hac vice*)
    Charles T. Caliendo (*pro hac vice*)
13  **GRANT & EISENHOFER P.A.**
    485 Lexington Avenue, 29th Floor
14  New York, NY 10017
    Tel:  646.722.8500
15  Fax:  646.722.8501
    jeisenhofer@gelaw.com
16  ccaliendo@gelaw.com
            -and-
17  Michael J. Barry (*pro hac vice*)
    Lesley E. Weaver (State Bar No. 191305)
18  1201 North Market Street
    Wilmington, DE 19801
19  Tel:  302.622.7000
    Fax: 302.622.7100
20  mbarry@gelaw.com
    lweaver@gelaw.com

21

22

23

24

25

26

27

28

## SERVICE LIST

George A. Riley, Esq.
Luann Simmons, Esq.
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Counsel to Defendants Jobs, Campbell, Drexler, Levinson, York, Chang, Crisp, Ellison, Hintz, Hudson, Lewis, Markulla, And Woolard*


Jerome C. Roth, Esq.
Yohance C. Edwards, Esq.
Genevieve A. Cox, Esq.
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Counsel to Defendant Fred Anderson*


John M. Potter, Esq.
Diane M. Doolittle, Esq.
Elizabeth B. Wydra, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel to the Special Litigation Committee of Defendant Apple Inc.*

# CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following counsel of record via First Class Mail on June 17, 2008:

_____
Merrill G. Emerick

George A. Riley, Esquire
Luann Simmons, Esquire
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
*Counsel to Defendants Jobs, Campbell, Drexler, Levinson, York, Chang, Crisp, Ellison, Hintz, Hudson, Lewis, Markulla, And Woolard*

John M. Potter
Diane M. Doolittle
Elizabeth B. Wydra
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
*Counsel to the Special Litigation Committee of Defendant Apple Inc.*

Jerome C. Roth
Yohance C. Edwards
Genevieve A. Cox
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, California 94105
*Counsel to Defendant Anderson*

Certificate of Service
Case No. C 06-05208