Jay W. Eisenhofer (*pro hac vice*)
Charles T. Caliendo (*pro hac vice*)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646.722.8500
Fax: 646.722.8501
jeisenhofer@gelaw.com
ccaliendo@gelaw.com

Michael J. Barry (*pro hac vice*)
Lesley E. Weaver (State Bar No. 191305)
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100
mbarry@gelaw.com
lweaver@gelaw.com

Merrill Glen Emerick (State Bar No. 117248)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

*Attorneys for Lead Plaintiff*
*The New York City Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MARTIN VOGEL and KENNETH MAHONEY, on Behalf of Themselves and All Other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN JOBS, PETER OPPENHEIMER, FRED ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT GORE, Jr., ARTHUR D. LEVINSON, JEROME B. YORK and APPLE COMPUTER, INC., <br><br> Defendants. | Case No.: C-06-05208-JF |

**AMENDED REPRESENTATION STATEMENT**

The undersigned represents The New York City Employees' Retirement System Lead Plaintiffs and appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address and telephone number, where appropriate (F.R.A.P. 12(b); Circuit Rule 3-2(b)).

Dated: July 3, 2008

*/s/*

Merrill Glen Emerick (State Bar No. 117248)
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 S. El Camino Real – Suite 700
San Mateo, CA 94402
Tel: 650.348.0102
Fax: 650.348.0962
memerick@afeslaw.com

Jay W. Eisenhofer (*pro hac vice*)
Charles T. Caliendo (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646.722.8500
Fax: 646.722.8501
jeisenhofer@gelaw.com
ccaliendo@gelaw.com
        -and-
Michael J. Barry (*pro hac vice*)
Lesley E. Weaver (State Bar No. 191305)
1201 North Market Street
Wilmington, DE 19801
Tel: 302.622.7000
Fax: 302.622.7100
mbarry@gelaw.com
lweaver@gelaw.com

## SERVICE LIST

George A. Riley, Esquire
Luann Simmons, Esquire
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
*Counsel to Defendants Chang, Crisp, Ellison, Hintz, Hudson, Lewis, Markulla, and Woolard*
(415) 984-8700

Jerome C. Roth
Yohance C. Edwards
Genevieve A. Cox
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
*Counsel to Defendant Anderson*
(415) 512-4000

John M. Potter
Diane M. Doolittle
Elizabeth B. Wydra
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
*Counsel to the Special Litigation Committee of Defendant Apple Inc.*
(415) 875-6600

Douglas R. Young, Esquire
C. Brandon Wisoff, Esquire
Grace K. Won, Esquire
Stephanie Skaff, Esquire
Sebastian A. Jerez, Esquire
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street – 17th Floor
San Francisco, CA 94104
*Counsel to Defendants Jobs, Campbell, Drexler, Levinson, and York*
(415) 954-4400

# CERTIFICATE OF SERVICE

I hereby certify the foregoing was served upon the following counsel of record via First Class Mail on July 3, 2008:

_____
Merrill G. Emerick

George A. Riley, Esquire
Luann Simmons, Esquire
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
*Counsel to Defendants Chang, Crisp, Ellison, Hintz, Hudson, Lewis, Markulla, And Woolard*

Jerome C. Roth
Yohance C. Edwards
Genevieve A. Cox
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, California 94105
*Counsel to Defendant Anderson*

John M. Potter
Diane M. Doolittle
Elizabeth B. Wydra
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
*Counsel to the Special Litigation Committee of Defendant Apple Inc.*

Douglas R. Young, Esquire
C. Brandon Wisoff, Esquire
Grace K. Won, Esquire
Stephanie Skaff, Esquire
Sebastian A. Jerez, Esquire
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street – 17th Floor
San Francisco, CA 94104
*Counsel to Defendants Jobs, Campbell, Drexler, Levinson and York*

Certificate of Service
Case No. C 06-05208