**RECEIVED**

**2008 JUL -8 AM 7:32**

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
JUN 20 2008

June 18, 2008

**CASE INFORMATION:**
Short Case Title: <u>Vogel-v- Jobs</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose; Jeremy Fogel</u>
Criminal and/or Civil Case No.: <u>CV 06-05208 JF</u>
Date Complaint/Indictment/Petition Filed: <u>8/24/2006</u>
Date Appealed order/judgment *entered* <u>6/12/2008</u>
Date NOA *filed* <u>6/17/2008</u>
Date(s) of Indictment   Plea Hearing   Sentencing

**08-16488**

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>Raynee Mercado and Summer Clanton 408-288-6150</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>6/17/2008</u>                 Date Docket Fee Billed:
Date FP granted:                                       Date FP denied:
Is FP pending? ☐ yes  ☐ no                            Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
| Appellate Counsel: Merrill Glen Emerick | Appellee Counsel: George A. Riley |
| Anderlini Finkelstein Emerick & Smoot | O'Melveny & Myers LLP |
| 400 S. El Camino Real | Embarcadero Center West |
| Suite 700 | 275 Battery Street |
| San Mateo, CA 94402 | San Francisco, CA 94111-3305 |
| 650-348-0102 | 415-984-8700 |

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                       Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Gordana Macic</u>
                                                    408-535-5382