UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM,<br><br>        Plaintiff - Appellant,<br><br> and<br><br>MARTIN VOGEL and KENNETH MAHONEY,<br><br>        Plaintiffs,<br><br>  v.<br><br>STEVEN P. JOBS; et al.,<br><br>        Defendants - Appellees. | No. 08-16488<br><br>D.C. No. 5:06-CV-05208-JF<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

    The judgment of this Court, entered January 28, 2010, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Lee-Ann Collins
Deputy Clerk