1

2 **E-Filed 3/3/10**

3

4

5

6

7

8 ## IN THE UNITED STATES DISTRICT COURT

9 ## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 ## SAN JOSE DIVISION

11

| | |
|---|---|
| 12 MARTIN VOGEL, et al., | Case Number C 06-5208 JF (HRL) |
| 13         Plaintiffs, | |
| 14      v. | CLERK'S NOTICE |
| 15 STEVEN P. JOBS, et al., | |
| 16         Defendants. | |

17

18

19     To all Parties and Attorneys of Record:

20     A Case Management Conference has been set for April 30, 2010 at 10:30 a.m.  Please

21 report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First

22 Street, San Jose, California.

23

24 DATED:   3/3/10                    For the Court
                                Richard W.  Weiking, Clerk

25

26                    By: _____/s/_____
                   Diana Munz

27                    Courtroom Deputy Clerk

28