1     JAY W. EISENHOFER (*admitted pro hac vice*)
       MICHAEL J. BARRY (*admitted pro hac vice*)        **E-Filed 4/8/2010**

2     GRANT & EISENHOFER P.A.
       Chase Manhattan Centre

3     1201 N. Market Street
       Wilmington, Delaware 19801

4     Telephone:    (302) 622-7000
       Facsimile:     (302) 622-7100

5     E-Mail:       jeisenhofer@gelaw.com
                     mbarry@gelaw.com

6

7     Attorneys for Plaintiffs

8     GEORGE A. RILEY (S.B. #118304)
       O'MELVENY & MYERS LLP

9     Two Embarcadero Center
       28th Floor
       San Francisco, California  94111

10    Telephone:   (415) 984-8700
       Facsimile:    (415) 984-8701

11    E-Mail:     griley@omm.com

12    Attorneys for Defendant
       APPLE INC.

13

       (additional counsel listed on signature page)

14

15                **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN JOSE DIVISION**

18    MARTIN VOGEL and KENNETH           Case No. C06-05208-JF
       MAHONEY, on Behalf of Themselves

19    and All Others Similarly Situated,        **STIPULATION AND [PROPOSED]**
                                       **ORDER REGARDING SCHEDULING**

20                Plaintiffs,          **AND RELATED MATTERS**

21           v.

22    STEVEN P. JOBS, PETER OPPENHEIMER,     Department: Ctrm 3, 5th Floor
       FRED ANDERSON, WILLIAM V.             Judge:      Honorable Jeremy Fogel

23    CAMPBELL, MILLARD S. DREXLER,
       ALBERT GORE, JR., ARTHUR D.

24    LEVINSON, JEROME P. YORK and
       APPLE COMPUTER, INC.,

25               Defendants.

26

       (caption continued on following page)

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARTIN VOGEL and KENNETH
MAHONEY, on Behalf of Themselves
and All Others Similarly Situated,

              Plaintiffs,

     v.

APPLE, INC., STEVEN P. JOBS, FRED
ANDERSON, NANCY HEINEN, WILLIAM
V. CAMPBELL, MILLARD S. DREXLER,
ARTHUR D. LEVINSON, and JEROME P.
YORK

              Defendants.

Case No. C08-03123-JF

WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action complaint in this Court alleging that certain defendants violated the Securities Exchange Act of 1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a).  That action is styled as *Martin Vogel and Kenneth Mahoney v. Steven Jobs, et al.*, Case No. 5:06-cv-05208-JF (N.D. Cal.) ("*Vogel I*");

WHEREAS, on January 19, 2007, this Court appointed the New York City Employees' Retirement System ("NYCERS") as Lead Plaintiff in *Vogel I* and Grant & Eisenhofer P.A. as Lead Counsel in *Vogel I*;

WHEREAS, on March 23, 2007, NYCERS filed, as Lead Plaintiff, the Consolidated Complaint and asserted claims under §§ 14(a) and 20(a) of the Exchange Act and for the alleged breach of the common law duty of disclosure.  The Consolidated Complaint did not assert any claims for alleged violations of §10(b) of the Exchange Act or Rule 10b-5 thereunder;

WHEREAS, on November 14, 2007, this Court granted the defendants' motion to dismiss the Consolidated Complaint ("Dismissal Order");

WHEREAS, on December 14, 2007, NYCERS filed a motion for leave to file a First Amended Consolidated Class Action Complaint to assert claims for alleged violations of § 10(b) of the Exchange Act and Rule 10b-5 thereunder;

WHEREAS, on May 14, 2008, this Court denied NYCERS's motion for leave to file a First Amended Consolidated Class Action Complaint ("Denial Order");

WHEREAS, on June 12, 2008, this Court entered Judgment for the defendants ("Judgment");

WHEREAS, on June 17, 2008, NYCERS filed its Notice of Appeal of the Dismissal Order, the Denial Order, and the Judgment ("NYCERS's Appeal");

WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action complaint in this Court alleging that certain defendants violated the Exchange Act, including § 10(b) and Rule 10b-5 thereunder, and § 20(a).  That action is styled *Martin Vogel and Kenneth Mahoney v. Apple Inc., et al.*, Case No. 5:08-cv-03123-JF (N.D. Cal.) ("*Vogel II*");

STIPULATION & [PROPOSED] ORDER
C06-05208-JF

1    WHEREAS, pursuant to the parties' stipulation, on July 22, 2008, this Court entered an

2    Order staying *Vogel II* pending resolution of NYCERS's Appeal;

3    WHEREAS, on January 28, 2010, the Ninth Circuit Court of Appeals issued a ruling in

4    NYCERS's Appeal affirming the Dismissal Order and reversing the Denial Order;

5    WHEREAS, on February 19, 2010, the Ninth Circuit issued a mandate in NYCERS's

6    Appeal;

7    WHEREAS, on March 22, 2010, NYCERS filed a First Amended Consolidated Class

8    Action Complaint in *Vogel I* captioned *In Re Apple Inc. PSLRA Backdating Litigation* ("First

9    Amended Complaint");

10    WHEREAS, the Court has scheduled a Case Management Conference in *Vogel I* on April

11    30, 2010, at 10:30 a.m.;

12    WHEREAS, the Court has scheduled a Case Management Conference in *Vogel II* on April

13    9, 2010, at 10:30 a.m.;

14    WHEREAS, the parties believe that *Vogel I* and *Vogel II* concern substantially the same

15    parties, transactions or events and involve common questions of law or fact, and should be

16    deemed related pursuant to Civil Local Rule 3-12 and consolidated pursuant to Rule 42 of the

17    Federal Rules of Civil Procedure to avoid unnecessary cost or delay;

18    NOW, THEREFORE, THE PARTIES STIPULATE, AND THE COURT HEREBY

19    ORDERS, THAT:

20    1.    *Vogel I* and *Vogel II* shall be deemed related pursuant to Civil Local Rule 3-

21    12 and *Vogel II* shall be consolidated with *Vogel I* pursuant to Rule 42 of the Federal Rules

22    of Civil Procedure and 15 U.S.C. § 78u-4(a)(3)(B).  NYCERS shall be Lead Plaintiff and

23    Grant & Eisenhofer P.A. shall be Lead Counsel with respect to the consolidated action.

24    2.    The docket in *Vogel I* (Case No. 5:06-cv-05208-JF) shall constitute the Master

25    Docket for this proceeding.

26    //

27    //

28    //

STIPULATION & [PROPOSED] ORDER
C06-05208-JF

1    3.    Every pleading in this proceeding shall bear the following caption:

2                          UNITED STATES DISTRICT COURT

3                          NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5    IN RE APPLE INC.                  )          Case No. C06-05208-JF
     SECURITIES LITIGATION             )
6    _____      )          CLASS ACTION
                                       )
7    THIS DOCUMENT RELATES TO:         )
     _____      )
8

9           4.    When a pleading is intended to be applicable to all actions to which this

10   Order is applicable, the phrase "All Actions" shall appear immediately after the words "This

11   Document Relates To:" in the caption set out above.  When a pleading is intended to be

12   applicable only to some, but not all, of such actions, the document shall list, immediately

13   after the phrase "This Document Relates To:", the docket number for each individual action

14   to which the document applies, along with the last name of the first-listed plaintiff in any

15   such action.

16          5.    The Case Management Conference set for April 9, 2010, at 10:30 a.m. in

17   *Vogel II* shall be vacated.

18          6.    The Case Management Conference set for April 30, 2010, at 10:30 a.m. in

19   *Vogel I* shall remain on calendar.

20          7.    The First Amended Complaint filed in *Vogel I* shall be the operative

21   complaint for the consolidated action.  Plaintiffs shall re-file the First Amended Complaint

22   with a corrected caption page to reflect the caption for the consolidated action.  This

23   consolidation does not affect any separate right or defense asserted in any of the

24   consolidated actions.

25          8.    Defendants shall file their responses to the First Amended Complaint by

26   June 25, 2010.

27          9.    In the event that Defendants respond to the First Amended Complaint by

28   filing motions, the briefing and hearing schedule for Defendants' motions will be:

STIPULATION & [PROPOSED] ORDER
                                                C06-05208-JF

| | | |
|---|---|---|
| 1 | Plaintiffs' Oppositions Due: | July 27, 2010 |
| 2 | Defendants' Replies Due: | August 17, 2010 |
| 3 | Hearing: | To be set by the Court. |

4        10.        Defendants shall not be required to file any responsive pleading to the

5  pending complaint in *Vogel II*.

6        IT IS SO STIPULATED.

7  Dated: April 7, 2010                                    GEORGE A. RILEY
                                                            O'MELVENY & MYERS LLP
8

9                                                          By:_____/s/ George A. Riley_____
                                                                        George A. Riley
10

11                                                         Attorneys for Defendant
                                                            APPLE INC.
12

13  Dated: April 7, 2010                                   DOUGLAS R. YOUNG (S.B. #73248)
                                                            FARELLA BRAUN & MARTEL LLP
14                                                         Russ Building
                                                            235 Montgomery Street, 17th floor
15                                                         San Francisco, CA 94104
                                                            Telephone:     (415) 954-4400
16                                                         Facsimile:      (415) 954-4480
                                                            E-Mail:         dyoung@fbm.com
17

18                                                         By:_____/s/ Douglas R. Young_____
                                                                        Douglas R. Young
19

20                                                         Attorneys for Defendants
                                                            STEVEN P. JOBS, WILLIAM V.
21                                                         CAMPBELL, MILLARD S. DREXLER,
                                                            ARTHUR D. LEVINSON and JEROME B.
                                                            YORK
22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER
C06-05208-JF

1   Dated: April 7, 2010                    JEROME C. ROTH (S.B. #159483)
                                            YOHANCE C. EDWARDS (S.B. #237244)
2                                           MUNGER, TOLLES & OLSON LLP
                                            560 Mission Street, 27th Floor
3                                           San Francisco, California 94105
                                            Telephone:     (415) 512-4000
4                                           Facsimile:     (415) 512-4077
                                            E-Mail:        Jerome.Roth@mto.com
5                                                          Yohance.Edwards@mto.com

6
                                            By:_____/s/ Yohance C. Edwards_____
7                                                      Yohance C. Edwards

8                                           Attorneys for Defendants
                                            FRED D. ANDERSON and NANCY R.
9                                           HEINEN

10

11  Dated: April 7, 2010                    JAY W. EISENHOFER (*admitted pro hac vice*)
                                            MICHAEL J. BARRY (*admitted pro hac vice*)
12                                          GRANT & EISENHOFER P.A.
                                            Chase Manhattan Centre
13                                          1201 N. Market Street
                                            Wilmington, Delaware 19801
14                                          Telephone:     (302) 622-7000
                                            Facsimile:     (302) 622-7100
15                                          E-Mail:        jeisenhofer@gelaw.com
                                                           mbarry@gelaw.com
16

17                                          By:_____/s/ Michael J. Barry_____
                                                       Michael J. Barry
18

19                                          MERRILL GLEN EMERICK (SB# 117248)
                                            ANDERLINI & EMERICK LLP
20                                          411 Borel Avenue, Suite 501
                                            San Mateo, California 94402
21                                          Telephone:     (650) 242-4884
                                            Facsimile:     (650) 212-0081
22
                                            Attorneys for Lead Plaintiff
23                                          THE NEW YORK CITY EMPLOYEES'
                                            RETIREMENT SYSTEM
24

25

26

27

28

STIPULATION & [PROPOSED] ORDER
C06-05208-JF

| | |
|---|---|
| 1 | Dated: April 7, 2010 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

PATRICE L. BISHOP (S.B. #182256)
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, California 90024
Telephone:     (310) 209-2468
Facsimile:     (310) 209-2087
E-Mail:          service@ssbla.com

By:_____/s/ Patrice L. Bishop_____
            Patrice L. Bishop

Howard T. Longman
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone:   (212) 687-7230
Facsimile:   (212) 490-2022

Gary S. Graifman
KANTROWITZ, GOLDHAMER &
GRAIFMAN
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone:   (845) 356-2570
Facsimile:   (845) 356-4335

Attorneys for Plaintiffs
MARTIN VOGEL and KENNETH
MAHONEY

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling and Related Matters.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards, Michael J. Barry, and Patrice L. Bishop have concurred in this filing.

By:  _/s/ George A. Riley_____
            George A. Riley

## **O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED:  April  8 , 2010       _____
                                              The Honorable Jeremy Fogel
                                              United States District Judge

MP1:1191444.3

- 6 -

STIPULATION & [PROPOSED] ORDER
C06-05208-JF