1  JAY W. EISENHOFER (*admitted pro hac vice*)
   MICHAEL J. BARRY (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 N. Market Street
   Wilmington, Delaware 19801
4  Telephone:    (302) 622-7000
   Facsimile:    (302) 622-7100
5  E-Mail:        jeisenhofer@gelaw.com
                  mbarry@gelaw.com
6
   Attorneys for Plaintiffs
7
   GEORGE A. RILEY (S.B. #118304)
8  O'MELVENY & MYERS LLP
   Two Embarcadero Center
9  28th Floor
   San Francisco, California  94111
10 Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
11 E-Mail:       griley@omm.com

12 Attorneys for Defendant
   APPLE INC.
13
   (additional counsel listed on signature page)
14

15            **UNITED STATES DISTRICT COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN JOSE DIVISION**

18 IN RE APPLE INC. SECURITIES              Case No. C06-05208-JF
   LITIGATION
19                                          CLASS ACTION

20 THIS DOCUMENT RELATES TO:                **STIPULATION AND [PROPOSED]**
   ALL ACTIONS                              **ORDER CONTINUING CASE**
21                                          **MANAGEMENT CONFERENCE**

22                                          Judge:  The Honorable Jeremy Fogel

23

24

25

26

27

28

1    WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action

2    complaint in this Court alleging that certain defendants violated the Securities Exchange Act of

3    1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a)

4    ("*Vogel I*");

5    WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action

6    complaint in this Court alleging that certain defendants violated the Exchange Act, including

7    § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");

8    WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and

9    *Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a

10   briefing schedule in the event that defendants respond to the complaint by filing motions;

11   WHEREAS, a Case Management Conference is currently on calendar for April 30, 2010,

12   at 10:30 a.m.;

13   WHEREAS, the parties have met and conferred and wish to continue the Case

14   Management Conference to a later date;

15   NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

16   request that the Court enter an order as follows:

17        1.    The Case Management Conference on calendar for April 30, 2010, at 10:30 a.m.

18   shall be continued to June 11, 2010, at 10:30 a.m.

19        IT IS SO STIPULATED

20   Dated: April 26, 2010                    GEORGE A. RILEY
                                              O'MELVENY & MYERS LLP
21

22                                            By:_____/s/ George A. Riley_____
                                                        George A. Riley
23
                                              Attorneys for Defendant
24                                            APPLE INC.

25

26

27

28

1    Dated: April 26, 2010

2

3

4

5

6

7

8

9

10

11   Dated: April 26, 2010

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOUGLAS R. YOUNG (S.B. #73248)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, CA 94104
Telephone:     (415) 954-4400
Facsimile:     (415) 954-4480
E-Mail:        dyoung@fbm.com


By:_____/s/ Douglas R. Young_____
              Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V.
CAMPBELL, MILLARD S. DREXLER,
ARTHUR D. LEVINSON and JEROME B.
YORK

JEROME C. ROTH (S.B. #159483)
YOHANCE C. EDWARDS (S.B. #237244)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
E-Mail:        Jerome.Roth@mto.com
               Yohance.Edwards@mto.com


By:_____/s/ Yohance C. Edwards_____
              Yohance C. Edwards

Attorneys for Defendants
FRED D. ANDERSON and NANCY R.
HEINEN

STIPULATION AND [PROPOSED] ORDER
                                        C06-05208-JF

Dated: April 26, 2010

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:     (302) 622-7000
Facsimile:      (302) 622-7100
E-Mail:          jeisenhofer@gelaw.com
                     mbarry@gelaw.com

By:_____/s/ Michael J. Barry_____
            Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:     (650) 242-4884
Facsimile:      (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry have concurred in this filing.

By:  _/s/ George A. Riley_____
            George A. Riley

# O R D E R

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1.      The Case Management Conference scheduled for Friday, April 30, 2010, at 10:30 a.m. is hereby continued to Friday, June 11, 2010, at 10:30 a.m.

DATED:  April ___, 2010

_____
            The Honorable Jeremy Fogel
            United States District Judge

MP1:1192835.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF