```
JAY W. EISENHOFER (admitted pro hac vice)
MICHAEL J. BARRY (admitted pro hac vice)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:   (302) 622-7100
E-Mail:      jeisenhofer@gelaw.com
             mbarry@gelaw.com
```

**E-Filed 4/27/2010**

Attorneys for Plaintiffs

```
GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:      griley@omm.com
```

Attorneys for Defendant
APPLE INC.

(additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. C06-05208-JF<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  The Honorable Jeremy Fogel |

1     WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action complaint in this Court alleging that certain defendants violated the Securities Exchange Act of 1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel I*");

    WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action complaint in this Court alleging that certain defendants violated the Exchange Act, including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");

    WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and *Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a briefing schedule in the event that defendants respond to the complaint by filing motions;

    WHEREAS, a Case Management Conference is currently on calendar for April 30, 2010, at 10:30 a.m.;

    WHEREAS, the parties have met and conferred and wish to continue the Case Management Conference to a later date;

    NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

    1.    The Case Management Conference on calendar for April 30, 2010, at 10:30 a.m. shall be continued to June 11, 2010, at 10:30 a.m.

IT IS SO STIPULATED

Dated: April 26, 2010      GEORGE A. RILEY
    O'MELVENY & MYERS LLP

By:      /s/ George A. Riley
    George A. Riley

Attorneys for Defendant
APPLE INC.

| | | |
|---|---|---|
| 1 | Dated: April 26, 2010 | DOUGLAS R. YOUNG (S.B. #73248)<br>FARELLA BRAUN & MARTEL LLP<br>Russ Building<br>235 Montgomery Street, 17th floor<br>San Francisco, CA 94104<br>Telephone:   (415) 954-4400<br>Facsimile:    (415) 954-4480<br>E-Mail:        dyoung@fbm.com |

By:        /s/ Douglas R. Young
                    Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

Dated: April 26, 2010

JEROME C. ROTH (S.B. #159483)
YOHANCE C. EDWARDS (S.B. #237244)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077
E-Mail:        Jerome.Roth@mto.com
                    Yohance.Edwards@mto.com

By:        /s/ Yohance C. Edwards
                    Yohance C. Edwards

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

- 2 -   STIPULATION AND [PROPOSED] ORDER
C06-05208-JF

| | |
|---|---|
| Dated: April 26, 2010 | JAY W. EISENHOFER (*admitted pro hac vice*)<br>MICHAEL J. BARRY (*admitted pro hac vice*)<br>GRANT & EISENHOFER P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 622-7000<br>Facsimile:    (302) 622-7100<br>E-Mail:         jeisenhofer@gelaw.com<br>                      mbarry@gelaw.com |

By:          /s/ Michael J. Barry
                     Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:   (650) 242-4884
Facsimile:    (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry have concurred in this filing.

By:   /s/ George A. Riley
              George A. Riley

**O R D E R**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1.     The Case Management Conference scheduled for Friday, April 30, 2010, at 10:30 a.m. is hereby continued to Friday, June 11, 2010, at 10:30 a.m.

DATED:  April 27, 2010

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:1192835.1

- 3 -     STIPULATION AND [PROPOSED] ORDER
                  C06-05208-JF