UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN VOGEL,<br>    Plaintiff,<br><br>V.<br><br>STEVEN P. JOBS,<br>    Defendants. | Case No. CV-06-5208-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On April 8, 2010 the above entitled matter was consolidated with case number CV-08-3123-JF. At that time, the Court deemed case number CV-06-5208-JF the lead case. In light of the consolidation, the clerk shall administratively close the following case: CV-08-3123-JF.

IT IS SO ORDERED.

Dated: April 29, 2010

JEREMY FOGEL
United States District Judge