**E-Filed 6/10/10**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION. | Case Number C 06-5208 JF (HRL)<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set for June 11, 2010 is CONTINUED to August 6, 2010 at 10:30 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED:  6/10/10

For the Court
Richard W. Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk