1  JAY W. EISENHOFER (*admitted pro hac vice*)
   MICHAEL J. BARRY (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 N. Market Street
   Wilmington, Delaware 19801
4  Telephone:   (302) 622-7000
   Facsimile:   (302) 622-7100
5  E-Mail:      jeisenhofer@gelaw.com
                mbarry@gelaw.com
6
   Attorneys for Lead Plaintiff
7  THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

8  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
9  Two Embarcadero Center
   28th Floor
10 San Francisco, California  94111
   Telephone:   (415) 984-8700
11 Facsimile:   (415) 984-8701
   E-Mail:      griley@omm.com
12
   Attorneys for Defendant
13 APPLE INC.

14 (additional counsel listed on signature page)

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                          **SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS** |
| | Judge:  The Honorable Jeremy Fogel |

1    WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action
2 complaint in this Court alleging that certain defendants violated the Securities Exchange Act of
3 1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a)
4 ("*Vogel I*");
5    WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action
6 complaint in this Court alleging that certain defendants violated the Exchange Act, including
7 § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");
8    WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and
9 *Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a
10 briefing schedule in the event that defendants respond to the complaint by filing motions;
11    WHEREAS, on May 14, 2010, plaintiffs filed a [Corrected] First Amended Consolidated
12 Class Action Complaint ("Complaint");
13    WHEREAS, the parties have met and conferred and wish to extend defendants' time to
14 respond to the Complaint and modify the briefing schedule in the event that defendants respond to
15 the Complaint by filing motions;
16    NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
17 request that the Court enter an order as follows:
18    1.    Defendants shall file their responses to the Complaint by August 13, 2010.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF

2.    In the event that defendants respond to the Complaint by filing motions, the briefing and hearing schedule for defendants' motions will be:

    Plaintiffs' Oppositions Due:    September 17, 2010

    Defendants' Replies Due:    October 8, 2010

    Hearing:    To be set by the Court.

IT IS SO STIPULATED

Dated: June 22, 2010

GEORGE A. RILEY
O'MELVENY & MYERS LLP

By: /s/ George A. Riley
    George A. Riley

Attorneys for Defendant
APPLE INC.

Dated: June 22, 2010

DOUGLAS R. YOUNG (S.B. #73248)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, CA 94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480
E-Mail:    dyoung@fbm.com

By: /s/ Douglas R. Young
    Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

| | | |
|---|---|---|
| 1 | Dated: June 22, 2010 | JEROME C. ROTH (S.B. #159483) |
| 2 | | YOHANCE C. EDWARDS (S.B. #237244) |
| | | MUNGER, TOLLES & OLSON LLP |
| 3 | | 560 Mission Street, 27th Floor |
| | | San Francisco, California 94105 |
| 4 | | Telephone:   (415) 512-4000 |
| | | Facsimile:   (415) 512-4077 |
| 5 | | E-Mail:   Jerome.Roth@mto.com |
| | | Yohance.Edwards@mto.com |

By:        /s/ Yohance C. Edwards
                Yohance C. Edwards

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

Dated: June 22, 2010

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:   (302) 622-7100
E-Mail:   jeisenhofer@gelaw.com
                mbarry@gelaw.com

By:        /s/ Michael J. Barry
                Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:   (650) 242-4884
Facsimile:   (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

1    I, George A. Riley, am the ECF User whose ID and password are being used to file this
2 Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General
3 Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry
4 have concurred in this filing.

        By:  /s/ George A. Riley
            George A. Riley

# **O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: June ___, 2010

        The Honorable Jeremy Fogel
        United States District Judge

MP1:1195283.1

- 4 -

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF