1  JAY W. EISENHOFER (*admitted pro hac vice*)
   MICHAEL J. BARRY (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 N. Market Street
   Wilmington, Delaware 19801
4  Telephone:   (302) 622-7000
   Facsimile:   (302) 622-7100
5  E-Mail:      jeisenhofer@gelaw.com
                mbarry@gelaw.com
6
   Attorneys for Lead Plaintiff
7  THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

8  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
9  Two Embarcadero Center
   28th Floor
10 San Francisco, California  94111
   Telephone:   (415) 984-8700
11 Facsimile:   (415) 984-8701
   E-Mail:      griley@omm.com
12
   Attorneys for Defendant
13 APPLE INC.

14 (additional counsel listed on signature page)

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **SAN JOSE DIVISION**

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS** |
| | Judge:  The Honorable Jeremy Fogel |

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF

1    WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action complaint in this Court alleging that certain defendants violated the Securities Exchange Act of 1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel I*");

WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action complaint in this Court alleging that certain defendants violated the Exchange Act, including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");

WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and *Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a briefing schedule in the event that defendants respond to the complaint by filing motions;

WHEREAS, on May 14, 2010, plaintiffs filed a [Corrected] First Amended Consolidated Class Action Complaint ("Complaint");

WHEREAS, the parties have met and conferred and wish to extend defendants' time to respond to the Complaint and modify the briefing schedule in the event that defendants respond to the Complaint by filing motions;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

1.    Defendants shall file their responses to the Complaint by August 13, 2010.

//
//
//
//
//
//
//
//
//
//

1    2.    In the event that defendants respond to the Complaint by filing motions, the
2 briefing and hearing schedule for defendants' motions will be:

3        Plaintiffs' Oppositions Due:            September 17, 2010
4        Defendants' Replies Due:                October 8, 2010
5        Hearing:                                To be set by the Court.

6    IT IS SO STIPULATED

7 Dated: June 22, 2010                           GEORGE A. RILEY
                                                 O'MELVENY & MYERS LLP
8
9                                                By:        /s/ George A. Riley
                                                            George A. Riley
10
                                                 Attorneys for Defendant
11                                               APPLE INC.

12
13 Dated: June 22, 2010                          DOUGLAS R. YOUNG (S.B. #73248)
                                                 FARELLA BRAUN & MARTEL LLP
14                                               Russ Building
                                                 235 Montgomery Street, 17th floor
15                                               San Francisco, CA 94104
                                                 Telephone:    (415) 954-4400
16                                               Facsimile:    (415) 954-4480
                                                 E-Mail:       dyoung@fbm.com
17
18                                               By:        /s/ Douglas R. Young
                                                            Douglas R. Young
19
                                                 Attorneys for Defendants
20                                               STEVEN P. JOBS, WILLIAM V.
                                                 CAMPBELL, MILLARD S. DREXLER,
21                                               ARTHUR D. LEVINSON and JEROME B.
                                                 YORK
22
23
24
25
26
27
28

- 2 -                                            STIPULATION AND [PROPOSED] ORDER
                                                 C06-05208-JF

| | | |
|---|---|---|
| 1 | Dated: June 22, 2010 | JEROME C. ROTH (S.B. #159483) |
| 2 | | YOHANCE C. EDWARDS (S.B. #237244) |
| | | MUNGER, TOLLES & OLSON LLP |
| 3 | | 560 Mission Street, 27th Floor |
| | | San Francisco, California 94105 |
| 4 | | Telephone:   (415) 512-4000 |
| | | Facsimile:   (415) 512-4077 |
| 5 | | E-Mail:      Jerome.Roth@mto.com |
| | | Yohance.Edwards@mto.com |

By:  /s/ Yohance C. Edwards
        Yohance C. Edwards

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

Dated: June 22, 2010

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:   (302) 622-7100
E-Mail:      jeisenhofer@gelaw.com
             mbarry@gelaw.com

By:  /s/ Michael J. Barry
        Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:   (650) 242-4884
Facsimile:   (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

1     I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry have concurred in this filing.

By:   /s/ George A. Riley
George A. Riley

**O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: June 24, 2010

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:1195283.1

- 4 -

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF