| | |
|---|---|
| 1 | JAY W. EISENHOFER (*admitted pro hac vice*) |
|  | MICHAEL J. BARRY (*admitted pro hac vice*) |
| 2 | GRANT & EISENHOFER P.A. |
|  | Chase Manhattan Centre |
| 3 | 1201 N. Market Street |
|  | Wilmington, Delaware 19801 |
| 4 | Telephone:   (302) 622-7000 |
|  | Facsimile:    (302) 622-7100 |
| 5 | E-Mail:        jeisenhofer@gelaw.com |
|  |                    mbarry@gelaw.com |
| 6 |  |
|  | Attorneys for Lead Plaintiff |
| 7 | THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM |
| 8 | GEORGE A. RILEY (S.B. #118304) |
|  | O'MELVENY & MYERS LLP |
| 9 | Two Embarcadero Center |
|  | 28th Floor |
| 10 | San Francisco, California  94111 |
|  | Telephone:   (415) 984-8700 |
| 11 | Facsimile:    (415) 984-8701 |
|  | E-Mail:        griley@omm.com |
| 12 |  |
|  | Attorneys for Defendant |
| 13 | APPLE INC. |
| 14 | (additional counsel listed on signature page) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|  | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS** |
|  | Judge:  The Honorable Jeremy Fogel |

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF

1   WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action
2   complaint in this Court alleging that certain defendants violated the Securities Exchange Act of
3   1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a)
4   ("*Vogel I*");
5   WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action
6   complaint in this Court alleging that certain defendants violated the Exchange Act, including
7   § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");
8   WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and
9   *Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a
10  briefing schedule in the event that defendants respond to the complaint by filing motions;
11  WHEREAS, on May 14, 2010, plaintiffs filed a [Corrected] First Amended Consolidated
12  Class Action Complaint ("Complaint");
13  WHEREAS, the parties have met and conferred and wish to extend defendants' time to
14  respond to the Complaint and modify the briefing schedule in the event that defendants respond to
15  the Complaint by filing motions;
16  NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
17  request that the Court enter an order as follows:
18      1.    Defendants shall file their responses to the Complaint by September 3, 2010.
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1    2.    In the event that defendants respond to the Complaint by filing motions, the briefing and hearing schedule for defendants' motions will be:

| | |
|---|---|
| Plaintiffs' Oppositions Due: | October 8, 2010 |
| Defendants' Replies Due: | October 29, 2010 |
| Hearing: | To be set by the Court. |

IT IS SO STIPULATED

Dated: July 27, 2010

GEORGE A. RILEY
O'MELVENY & MYERS LLP

By:    /s/ George A. Riley
        George A. Riley

Attorneys for Defendant
APPLE INC.

Dated: July 27, 2010

DOUGLAS R. YOUNG (S.B. #73248)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480
E-Mail:      dyoung@fbm.com

By:    /s/ Douglas R. Young
        Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

| | | |
|---|---|---|
| 1 | Dated: July 27, 2010 | JEROME C. ROTH (S.B. #159483)<br>YOHANCE C. EDWARDS (S.B. #237244)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone:   (415) 512-4000<br>Facsimile:    (415) 512-4077<br>E-Mail:         Jerome.Roth@mto.com<br>                      Yohance.Edwards@mto.com<br><br>By:_____/s/ Yohance C. Edwards_____<br>                Yohance C. Edwards<br><br>Attorneys for Defendants<br>FRED D. ANDERSON and NANCY R. HEINEN |
| 11 | Dated: July 27, 2010 | JAY W. EISENHOFER (*admitted pro hac vice*)<br>MICHAEL J. BARRY (*admitted pro hac vice*)<br>GRANT & EISENHOFER P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 622-7000<br>Facsimile:    (302) 622-7100<br>E-Mail:         jeisenhofer@gelaw.com<br>                      mbarry@gelaw.com<br><br>By:_____/s/ Michael J. Barry_____<br>                Michael J. Barry<br><br>MERRILL GLEN EMERICK (SB# 117248)<br>ANDERLINI & EMERICK LLP<br>411 Borel Avenue, Suite 501<br>San Mateo, California 94402<br>Telephone:   (650) 242-4884<br>Facsimile:    (650) 212-0081<br><br>Attorneys for Lead Plaintiff<br>THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM |

1 | I, George A. Riley, am the ECF User whose ID and password are being used to file this
2 | Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with General
3 | Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry
4 | have concurred in this filing.

By:   /s/ George A. Riley
George A. Riley

# O R D E R

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: July ___, 2010

The Honorable Jeremy Fogel
United States District Judge

SF1:799698.1