1  JAY W. EISENHOFER (*admitted pro hac vice*)
   MICHAEL J. BARRY (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.                          **E-Filed 7/29/2010**
   Chase Manhattan Centre
3  1201 N. Market Street
   Wilmington, Delaware 19801
4  Telephone:     (302) 622-7000
   Facsimile:     (302) 622-7100
5  E-Mail:        jeisenhofer@gelaw.com
                  mbarry@gelaw.com
6
   Attorneys for Lead Plaintiff
7  THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

8  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
9  Two Embarcadero Center
   28th Floor
10 San Francisco, California  94111
   Telephone:    (415) 984-8700
11 Facsimile:    (415) 984-8701
   E-Mail:       griley@omm.com
12
   Attorneys for Defendant
13 APPLE INC.

14 (additional counsel listed on signature page)

15                 **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                        **SAN JOSE DIVISION**

18 IN RE APPLE INC. SECURITIES            Case No. C06-05208-JF
   LITIGATION
19                                         CLASS ACTION
20
   THIS DOCUMENT RELATES TO:             **STIPULATION AND [PROPOSED]
21 ALL ACTIONS                            ORDER REGARDING SCHEDULING
                                          MATTERS**
22
                                          Judge:  The Honorable Jeremy Fogel
23

24

25

26

27

28

1    WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action

2    complaint in this Court alleging that certain defendants violated the Securities Exchange Act of

3    1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a)

4    ("*Vogel I*");

5    WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action

6    complaint in this Court alleging that certain defendants violated the Exchange Act, including

7    § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");

8    WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and

9    *Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a

10   briefing schedule in the event that defendants respond to the complaint by filing motions;

11   WHEREAS, on May 14, 2010, plaintiffs filed a [Corrected] First Amended Consolidated

12   Class Action Complaint ("Complaint");

13   WHEREAS, the parties have met and conferred and wish to extend defendants' time to

14   respond to the Complaint and modify the briefing schedule in the event that defendants respond to

15   the Complaint by filing motions;

16   NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

17   request that the Court enter an order as follows:

18       1.       Defendants shall file their responses to the Complaint by September 3, 2010.

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1    2.    In the event that defendants respond to the Complaint by filing motions, the

2  briefing and hearing schedule for defendants' motions will be:

3             Plaintiffs' Oppositions Due:              October 8, 2010

4             Defendants' Replies Due:                 October 29, 2010

5             Hearing:                                 To be set by the Court.

6        IT IS SO STIPULATED

7  Dated: July 27, 2010                     GEORGE A. RILEY
                                            O'MELVENY & MYERS LLP
8

9                                           By:_____/s/ George A. Riley_____
10                                                     George A. Riley

11                                          Attorneys for Defendant
                                            APPLE INC.
12

13  Dated: July 27, 2010                    DOUGLAS R. YOUNG (S.B. #73248)
                                            FARELLA BRAUN & MARTEL LLP
14                                          Russ Building
                                            235 Montgomery Street, 17th floor
15                                          San Francisco, CA 94104
                                            Telephone:    (415) 954-4400
16                                          Facsimile:    (415) 954-4480
                                            E-Mail:       dyoung@fbm.com
17

18                                          By:_____/s/ Douglas R. Young_____
19                                                     Douglas R. Young

20                                          Attorneys for Defendants
                                            STEVEN P. JOBS, WILLIAM V.
21                                          CAMPBELL, MILLARD S. DREXLER,
                                            ARTHUR D. LEVINSON and JEROME B.
22                                          YORK

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                    C06-05208-JF

1   Dated: July 27, 2010

JEROME C. ROTH (S.B. #159483)
2                                       YOHANCE C. EDWARDS (S.B. #237244)
MUNGER, TOLLES & OLSON LLP
3                                       560 Mission Street, 27th Floor
San Francisco, California 94105
4                                       Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
5                                       E-Mail:       Jerome.Roth@mto.com
Yohance.Edwards@mto.com
6
By:_____/s/ Yohance C. Edwards_____
7                                                     Yohance C. Edwards

8                                       Attorneys for Defendants
FRED D. ANDERSON and NANCY R.
9                                       HEINEN

10

11  Dated: July 27, 2010

JAY W. EISENHOFER (*admitted pro hac vice*)
12                                      MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
13                                      Chase Manhattan Centre
1201 N. Market Street
14                                      Wilmington, Delaware 19801
Telephone:    (302) 622-7000
15                                      Facsimile:    (302) 622-7100
E-Mail:       jeisenhofer@gelaw.com
16                                                    mbarry@gelaw.com

17                                      By:_____/s/ Michael J. Barry_____
Michael J. Barry
18

19                                      MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
20                                      411 Borel Avenue, Suite 501
San Mateo, California 94402
21                                      Telephone:    (650) 242-4884
Facsimile:    (650) 212-0081
22
Attorneys for Lead Plaintiff
23                                      THE NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM
24

25

26

27

28

- 3 -                          STIPULATION AND [PROPOSED] ORDER
C06-05208-JF

1        I, George A. Riley, am the ECF User whose ID and password are being used to file this

2   Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General

3   Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry

4   have concurred in this filing.

5                   By:    /s/ George A. Riley

6                       George A. Riley

7                    **O R D E R**

8       PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

9

10  DATED:  July __29__, 2010

11                       The Honorable Jeremy Fogel
                           United States District Judge

SF1:799698.1

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF