JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:    (302) 622-7000
Facsimile:    (302) 622-7100
E-Mail:       jeisenhofer@gelaw.com
              mbarry@gelaw.com

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701
E-Mail:       griley@omm.com

Attorneys for Defendant
APPLE INC.

(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS**<br><br>Judge:  The Honorable Jeremy Fogel |

1	WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action
2	complaint in this Court alleging that certain defendants violated the Securities Exchange Act of
3	1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a)
4	("*Vogel I*");

5	WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action
6	complaint in this Court alleging that certain defendants violated the Exchange Act, including
7	§ 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");

8	WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and
9	*Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a
10	briefing schedule in the event that defendants respond to the complaint by filing motions;

11	WHEREAS, on May 14, 2010, plaintiffs filed a [Corrected] First Amended Consolidated
12	Class Action Complaint ("Complaint");

13	WHEREAS, on August 23, 2010, the Clerk of the Court issued a Clerk's Notice
14	continuing the Case Management Conference set for August 27, 2010, to September 3, 2010, at
15	10:30 a.m.;

16	WHEREAS, the parties have met and conferred and wish to continue the Case
17	Management Conference;

18	WHEREAS, the parties also wish to extend defendants' time to respond to the Complaint
19	and modify the briefing schedule in the event that defendants respond to the Complaint by filing
20	motions;

21	NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
22	request that the Court enter an order as follows:

23	1.	The Case Management Conference scheduled for September 3, 2010, at 10:30 a.m.
24	shall be continued to September 24, 2010, at 10:30 a.m.

25	2.	Defendants shall file their responses to the Complaint by October 1, 2010.
26	//
27	//
28	//

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF

1    3. In the event that defendants respond to the Complaint by filing motions, the
2 briefing and hearing schedule for defendants' motions will be:

3 | Plaintiffs' Oppositions Due: | November 5, 2010
4 | Defendants' Replies Due: | November 19, 2010
5 | Hearing: | To be set by the Court.

6 IT IS SO STIPULATED

7 Dated: August 27, 2010                    GEORGE A. RILEY
                                            O'MELVENY & MYERS LLP
8
9                                           By:       /s/ George A. Riley
                                                      George A. Riley
10
                                            Attorneys for Defendant
11                                          APPLE INC.

12
13 Dated: August 27, 2010                   DOUGLAS R. YOUNG (S.B. #73248)
                                            FARELLA BRAUN & MARTEL LLP
14                                          Russ Building
                                            235 Montgomery Street, 17th floor
15                                          San Francisco, CA 94104
                                            Telephone:    (415) 954-4400
16                                          Facsimile:    (415) 954-4480
                                            E-Mail:       dyoung@fbm.com
17
18                                          By:       /s/ Douglas R. Young
                                                      Douglas R. Young
19
                                            Attorneys for Defendants
20                                          STEVEN P. JOBS, WILLIAM V.
                                            CAMPBELL, MILLARD S. DREXLER,
21                                          ARTHUR D. LEVINSON and JEROME B.
                                            YORK
22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: August 27, 2010 | JEROME C. ROTH (S.B. #159483) |
| 2 | | YOHANCE C. EDWARDS (S.B. #237244) |
| | | MUNGER, TOLLES & OLSON LLP |
| 3 | | 560 Mission Street, 27th Floor |
| | | San Francisco, California 94105 |
| 4 | | Telephone:   (415) 512-4000 |
| | | Facsimile:    (415) 512-4077 |
| 5 | | E-Mail:         Jerome.Roth@mto.com |
| | | Yohance.Edwards@mto.com |

By:   /s/ Yohance C. Edwards
         Yohance C. Edwards

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

Dated: August 27, 2010

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:    (302) 622-7100
E-Mail:         jeisenhofer@gelaw.com
                     mbarry@gelaw.com

By:   /s/ Michael J. Barry
         Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:   (650) 242-4884
Facsimile:    (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

1  I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry have concurred in this filing.

By:  /s/ George A. Riley
George A. Riley

**O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____, 2010

The Honorable Jeremy Fogel
United States District Judge

MP1:1198425.1

- 4 -

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF