1  JAY W. EISENHOFER (*admitted pro hac vice*)
   MICHAEL J. BARRY (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 N. Market Street
   Wilmington, Delaware 19801
4  Telephone:   (302) 622-7000
   Facsimile:   (302) 622-7100
5  E-Mail:      jeisenhofer@gelaw.com
                mbarry@gelaw.com
6
   Attorneys for Lead Plaintiff
7  THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

8  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
9  Two Embarcadero Center
   28th Floor
10 San Francisco, California  94111
   Telephone:   (415) 984-8700
11 Facsimile:   (415) 984-8701
   E-Mail:      griley@omm.com
12
   Attorneys for Defendant
13 APPLE INC.

14 (additional counsel listed on signature page)

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **SAN JOSE DIVISION**

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
|  | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS** |
|  | Judge: The Honorable Jeremy Fogel |

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF

1          WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action complaint in this Court alleging that certain defendants violated the Securities Exchange Act of 1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel I*");

           WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action complaint in this Court alleging that certain defendants violated the Exchange Act, including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");

           WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and *Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a briefing schedule in the event that defendants respond to the complaint by filing motions;

           WHEREAS, on May 14, 2010, plaintiffs filed a [Corrected] First Amended Consolidated Class Action Complaint ("Complaint");

           WHEREAS, on August 23, 2010, the Clerk of the Court issued a Clerk's Notice continuing the Case Management Conference set for August 27, 2010, to September 3, 2010, at 10:30 a.m.;

           WHEREAS, the parties have met and conferred and wish to continue the Case Management Conference;

           WHEREAS, the parties also wish to extend defendants' time to respond to the Complaint and modify the briefing schedule in the event that defendants respond to the Complaint by filing motions;

           NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

           1.     The Case Management Conference scheduled for September 3, 2010, at 10:30 a.m. shall be continued to September 24, 2010, at 10:30 a.m.

           2.     Defendants shall file their responses to the Complaint by October 1, 2010.

//
//
//

3. In the event that defendants respond to the Complaint by filing motions, the briefing and hearing schedule for defendants' motions will be:

    Plaintiffs' Oppositions Due:    November 5, 2010

    Defendants' Replies Due:    November 19, 2010

    Hearing:    To be set by the Court.

IT IS SO STIPULATED

Dated: August 27, 2010

GEORGE A. RILEY
O'MELVENY & MYERS LLP

By:   /s/ George A. Riley
    George A. Riley

Attorneys for Defendant
APPLE INC.

Dated: August 27, 2010

DOUGLAS R. YOUNG (S.B. #73248)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
E-Mail:  dyoung@fbm.com

By:   /s/ Douglas R. Young
    Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

| | | |
|---|---|---|
| 1 | Dated: August 27, 2010 | JEROME C. ROTH (S.B. #159483) |
| 2 | | YOHANCE C. EDWARDS (S.B. #237244) |
| | | MUNGER, TOLLES & OLSON LLP |
| 3 | | 560 Mission Street, 27th Floor |
| | | San Francisco, California 94105 |
| 4 | | Telephone:   (415) 512-4000 |
| | | Facsimile:   (415) 512-4077 |
| 5 | | E-Mail:   Jerome.Roth@mto.com |
| | | Yohance.Edwards@mto.com |

By:   /s/ Yohance C. Edwards
Yohance C. Edwards

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

Dated: August 27, 2010

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:   (302) 622-7100
E-Mail:   jeisenhofer@gelaw.com
mbarry@gelaw.com

By:   /s/ Michael J. Barry
Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:   (650) 242-4884
Facsimile:   (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

1  I, George A. Riley, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General
3  Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry
4  have concurred in this filing.

By:  /s/ George A. Riley
George A. Riley

**O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED:  8/31       , 2010        

The Honorable Jeremy Fogel
United States District Judge

MP1:1198425.1

- 4 -    STIPULATION AND [PROPOSED] ORDER
C06-05208-JF