1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            SAN JOSE DIVISION
6
7
8   IN RE APPLE INC.                    Case Number CV-06-5208-JF
        SECURITIES LITIGATION,
9
10
11                                      CLERK'S NOTICE
    _____
12

13  To all Parties and Attorneys of Record:

14  The Case Management Conference set on September 24, 2010 is continued to October 1, 2010

15  at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th

16  floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18  September 20, 2010                   For the Court
                                         Richard W. Wieking, Clerk
19

20                                       By: s/
                                         Diana Munz
21                                       Courtroom Deputy Clerk

22
23
24
25
26
27
28