Exhibit F

**CORPORATE GOVERNANCE PROGRAMS**

Within thirty (30) business days of the Effective Date, or sooner should it so elect, Apple shall donate a total of $2,500,000 in twelve equal payments to the following twelve corporate governance programs:

Harvard Law School
Forum on Corporate Governance and Financial Regulation
http://blogs.law.harvard.edu/corpgov/

Northwestern University, Kellogg School of Management
Corporate Governance Program
http://www.kellogg.northwestern.edu/execed/programs/governance.htm

Stanford Law School and the Graduate School of Business
Rock Center for Corporate Governance
http://rockcenter.stanford.edu/

University of Delaware
Weinberg Center for Corporate Governance
http://www.be.udel.edu/ccg/first.htm

Columbia Law School
Center on Corporate Governance
http://www.law.columbia.edu/center_program/corp_gov

Baruch College, City University of New York
Robert Zicklin Center for Corporate Integrity
http://zicklin.baruch.cuny.edu/centers/cci/

University of Texas, Dallas
School of Management
Institute for Excellence in Corporate Governance
http://som.utdallas.edu/centers/iecg/

Vanderbilt University Law School
Law & Business Program
http://law.vanderbilt.edu/academics/academic-programs/law--business-program/index.aspx

Kennesaw State University College of Business
Corporate Governance Center
http://coles.kennesaw.edu/centers/corporate-governance/

Yale School of Management,
Millstein Center for Corporate Governance and Performance,
http://millstein.som.yale.edu/

San Diego State University
Corporate Governance Institute
http://www-rohan.sdsu.edu/dept/corpgov/

Indiana University, Kelly School of Business
Institute for Corporate Governance
http://www.kelley.iu.edu/icg/