# Exhibit H

## SUMMARY OF
## APPLE INC.
## TRADING COMPLIANCE COMMITTEE
## PURPOSES, COMPOSITION, AUTHORITY AND DUTIES

### I. PURPOSE OF THE COMMITTEE:
Develop, monitor and update a comprehensive program designed to ensure compliance with the Company's stock trading policies (the "Trading Compliance Program").

### II. COMPOSITION OF THE COMMITTEE:
- General Counsel and Chief Financial Officer
- Responsible directly to the Audit and Finance Committee

### III. COMMITTEE MEETINGS.
- Meet at least twice a year or more frequently as circumstances dictate.
- Report at least annually to the Audit and Finance Committee outside the presence of any other members of management.

### IV. AUTHORITY AND RESOURCES
- Access to all Company trading records, policies and procedures.
- May request any officer or employee of the Company or the Company's outside counsel or independent auditor to attend a Committee meeting or to meet with any members of, or consultants to, the Committee.
- Audit and Finance Committee may communicate directly with the Committee.
- May conduct or authorize investigations into any matters within the Committee's scope of responsibilities.
- Retain advisors and experts to assist in any investigation or the performance of its functions at the Company's expense.

### V. DUTIES AND RESPONSIBILITIES

A. Develop, monitor and update a Trading Compliance Program, which may include:
- Appointment of an Insider Trading Compliance Officer
- An insider trading policy and procedures, including policies and procedures regarding the following:
    - Covered persons
    - Trading black-out periods
    - Trading Windows
    - Trading pre-clearances and reporting
    - Rule 10b5-1 trading plan review and approval
- A Section 16 compliance policy and procedures
- An employee communications policy related to trading compliance
- A trading compliance education policy

B. Collaborate with Legal, Finance, Human Resources, Compensation, Security, Technical Accounting, Information Systems & Technology, and Risk Management in developing and ensuring compliance with the above policies and procedures.

C. Monitor industry and regulatory trading compliance practices and periodically revise the Trading Compliance Program as developments occur and updates are deemed advisable by the Committee, the Audit and Finance Committee or the Board.

D. Such other duties as the Audit and Finance Committee may determine from time to time.