# Exhibit L

# APPLE INC.
# SUMMARY OF DIRECTOR AND OFFICER TRAINING PROGRAM

- The Chief Financial Officer and General Counsel of the Company will arrange for the Board of Directors to undergo professional training in corporate governance matters, typically including best practices in the following areas:

    o Compliance with applicable laws, including the Sarbanes-Oxley Act and listing standards
    o Compensation and benefits
    o Financial controls and auditing
    o Financial reporting and other disclosures
    o Ethics
    o Fiduciary duties
    o Director independence
    o Investment community relations
    o Director nomination process

- The Chief Financial Officer and General Counsel of the Company will arrange for senior management to undergo professional training to enhance awareness and understanding of standards and principles for accounting and financial reporting, particularly those relevant to stock options.

- Management will review all current policies, practices, and controls related to the granting of stock options and provide education and training to those who implement such policies and processes, as needed, including the stock administration function.

- Management shall receive training in the Apple's Principles of Business Conduct, covering at least the following modules:

    o Ethics
    o Insider trading
    o Foreign Corrupt Practices Act
    o Accuracy of Records and Reports
    o Conflicts of Interest