GEORGE A. RILEY (State Bar No. 118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:      griley@omm.com
Attorneys for Defendant APPLE INC.

DOUGLAS R. YOUNG (S.B. #73248)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, CA 94104
Telephone:   (415) 954-4400
Facsimile:   (415) 954-4480
E-Mail:      dyoung@fbm.com
Attorneys for Defendants STEVEN P. JOBS, WILLIAM V. CAMPBELL,
MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. C06-05208-JF<br><br>CLASS ACTION<br><br>**DEFENDANTS' NOTICE OF JOINDER IN REQUEST FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT, DIRECTING NOTICE OF SETTLEMENT, AND SCHEDULING SETTLEMENT FAIRNESS HEARING**<br><br>Date:        October 7, 2010<br>Time:        10:00 a.m.<br>Department: Ctrm. 3, 5th Floor<br>Judge:       Honorable Jeremy Fogel |

# NOTICE OF JOINDER AND JOINDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Apple Inc., Steven P. Jobs, Fred D. Anderson, Nancy R. Heinen, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome B. York will and hereby do join in Lead Plaintiff's request that the Court enter the proposed Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing. The hearing on Lead Plaintiff's motion for entry of the proposed Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing is noticed for October 7, 2010, at 10:00 a.m., in Courtroom 3, 5th floor, of the above-entitled Court, before the Honorable Jeremy Fogel.

Dated: September 28, 2010

GEORGE A. RILEY
O'MELVENY & MYERS LLP

By:  /s/ George A. Riley
         George A. Riley

Attorneys for Defendant
APPLE INC.

Dated: September 28, 2010

DOUGLAS R. YOUNG (S.B. #73248)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, CA 94104
Telephone:   (415) 954-4400
Facsimile:     (415) 954-4480
E-Mail:         dyoung@fbm.com

By:  /s/ Douglas R. Young
         Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

| | |
|---|---|
| Dated: September 28, 2010 | JEROME C. ROTH (S.B. #159483)<br>YOHANCE C. EDWARDS (S.B. #237244)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone:   (415) 512-4000<br>Facsimile:    (415) 512-4077<br>E-Mail:         Jerome.Roth@mto.com<br>                    Yohance.Edwards@mto.com<br><br>By:     /s/ Yohance C. Edwards<br>              Yohance C. Edwards<br><br>Attorneys for Defendants<br>FRED D. ANDERSON and NANCY R. HEINEN |

I, George A. Riley, am the ECF User whose ID and password are being used to file Defendants' Notice of Joinder and Joinder in Request for Entry of Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young and Yohance C. Edwards have concurred in this filing.

By:   /s/ George A. Riley
         George A. Riley

MP1:1199909.2

- 2 -

DEFS. NOTICE OF JOINDER
C06-05208-JF