GEORGE A. RILEY (State Bar No. 118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
E-Mail:       griley@omm.com
Attorneys for Defendant APPLE INC.

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:    (302) 622-7100
E-Mail:       jeisenhofer@gelaw.com
              mbarry@gelaw.com
Attorneys for Lead Plaintiff THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM

(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. C06-05208-JF<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR HEARING ON SHORTENED TIME; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND DECLARATION OF VIVI LEE IN SUPPORT THEREOF**<br><br>Date:           N/A<br>Time:          N/A<br>Department: Ctrm. 3, 5th Floor<br>Judge:         Honorable Jeremy Fogel |

**NOTICE OF JOINT MOTION AND JOINT MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 6-3, Lead Plaintiff, the New York City Employees' Retirement System, plaintiffs Martin Vogel and Kenneth Mahoney, and defendants Apple Inc., Steven P. Jobs, Fred D. Anderson, Nancy R. Heinen, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome B. York, respectfully submit this joint motion for an order setting the hearing on Lead Plaintiff's motion for entry of the proposed Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing ("Preliminary Approval Motion") on shortened time for October 7, 2010, at 10:00 a.m.

This motion is based on this notice of motion and motion, the attached memorandum of points and authorities in support thereof, the accompanying Declaration of Vivi Lee, the proposed Order, and the Court's files in this action.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.     INTRODUCTION

Lead Plaintiff, the New York City Employees' Retirement System, plaintiffs Martin Vogel and Kenneth Mahoney, and defendants Apple Inc., Steven P. Jobs, Fred D. Anderson, Nancy R. Heinen, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome B. York entered into a Stipulation and Agreement of Settlement dated as of September 28, 2010 (the "Stipulation"), to resolve this action.  Pursuant to the Stipulation, the parties agreed to request that the Court enter the proposed Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing ("Preliminary Approval Order").  Lead Plaintiff's Preliminary Approval Motion, filed concurrently herewith, requests that the Court, among other things, preliminarily approve the settlement; conditionally certify the class for settlement purposes; direct that notice of the settlement be provided to putative class members; and schedule a "Settlement Fairness Hearing."  All defendants join in Lead Plaintiff's request that the Court enter the Preliminary Approval Order.  The parties do not expect any opposition to the Preliminary Approval Motion, as class members will have the opportunity to object to the settlement, the plan of allocation, and the application of Plaintiffs' Lead Counsel, Grant & Eisenhofer P.A., for an award of attorneys' fees and expenses at the Settlement Fairness Hearing.  The parties previously confirmed with the Court that it was available on October 7, 2010, at 10:00 a.m.  (Declaration of Vivi Lee, filed herewith, at ¶¶ 3-4.)  Thus, the parties jointly request that the Court hear the Preliminary Approval Motion on shortened time on October 7, 2010, at 10:00 a.m.

## II.     ARGUMENT

At the preliminary approval stage, a reviewing court must determine only if a proposed settlement falls "within the range of possible approval" based on factors such as "the strength of plaintiffs' case," "the risk, expense, complexity, and likely duration of further litigation," and the "amount offered in settlement," as well as "the experience and view of counsel." *Officers for Justice v. Civil Service Com.*, 688 F.2d 615, 625 (9th Cir. Cal. 1982); *accord Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1375, 1377 (9th Cir. 1993); *Manual for Complex Litigation* § 13.14 at 173, § 30.41 at 237 (3d ed. 1995).  If a court grants preliminary approval, notice of the

1  proposed settlement is given to class members.  *Manual for Complex Litigation* § 30.41 at 237.

2  The ultimate determination of whether to approve the settlement is made after class members

3  have the opportunity to comment on the settlement and the court has held a final fairness hearing.

4  *See* 5 Moore's Federal Practice 23.83[1] at 23-336.2 to 23-339 (3d ed. 2002).

5       In the concurrently filed papers in support of the Preliminary Approval Motion, the parties

6  have proposed a schedule regarding the notice to class members, the time for class members to

7  seek exclusion from the class or submit objections to the settlement, and the filing of papers in

8  support of the settlement, plan of allocation, and Plaintiffs' Lead Counsel's application for an

9  award of attorneys' fees and expenses.  The parties believe the proposed schedule affords class

10  members sufficient time to consider the settlement, the plan of allocation, and Plaintiffs' Lead

11  Counsel's application for an award of attorneys' fees and expenses and to determine whether they

12  want to seek exclusion from the class or object.  The parties also believe the proposed schedule

13  affords the Court sufficient time to consider whether the settlement and plan of allocation are fair,

14  reasonable and adequate and should be finally approved, and whether Plaintiffs' Lead Counsel's

15  application for an award of attorneys' fees and expenses is reasonable and should be approved.

16       A later hearing date for the Preliminary Approval Motion would extend the dates in the

17  parties' proposed schedule for the review and approval of the settlement and may prejudice

18  potential class members by delaying the time for distribution of the settlement fund.  A delay in

19  the resolution of this action would also prejudice the parties, as this action has been pending for

20  more than 4 years.

21  **III.   CONCLUSION**

22       Based on the foregoing, the parties respectfully request that the Court set the hearing on

23  the Preliminary Approval Motion on shortened time for October 7, 2010, at 10:00 a.m.

24  Dated: September 28, 2010          GEORGE A. RILEY
                                      O'MELVENY & MYERS LLP

25

26                                        By:      /s/ George A. Riley
                                                        George A. Riley

27
                                        Attorneys for Defendant
28                                      APPLE INC.

- 2 -           JOINT MOTION TO SHORTEN TIME
                  C06-05208-JF

| | | |
|---|---|---|
| 1 | Dated: September 28, 2010 | DOUGLAS R. YOUNG (S.B. #73248) |
| | | FARELLA BRAUN & MARTEL LLP |
| 2 | | Russ Building |
| | | 235 Montgomery Street, 17th floor |
| 3 | | San Francisco, CA 94104 |
| | | Telephone:     (415) 954-4400 |
| 4 | | Facsimile:      (415) 954-4480 |
| | | E-Mail:          dyoung@fbm.com |
| 5 | | |
| 6 | | By:_____/s/ Douglas R. Young_____ |
| | | Douglas R. Young |
| 7 | | |
| | | Attorneys for Defendants |
| 8 | | STEVEN P. JOBS, WILLIAM V. |
| | | CAMPBELL, MILLARD S. DREXLER, |
| 9 | | ARTHUR D. LEVINSON and JEROME B. |
| | | YORK |
| 10 | | |
| 11 | Dated: September 28, 2010 | JEROME C. ROTH (S.B. #159483) |
| | | YOHANCE C. EDWARDS (S.B. #237244) |
| 12 | | MUNGER, TOLLES & OLSON LLP |
| | | 560 Mission Street, 27th Floor |
| 13 | | San Francisco, California 94105 |
| | | Telephone:     (415) 512-4000 |
| 14 | | Facsimile:      (415) 512-4077 |
| | | E-Mail:          Jerome.Roth@mto.com |
| 15 | | Yohance.Edwards@mto.com |
| 16 | | |
| | | By:_____/s/ Yohance C. Edwards_____ |
| 17 | | Yohance C. Edwards |
| 18 | | |
| | | Attorneys for Defendants |
| 19 | | FRED D. ANDERSON and NANCY R. |
| | | HEINEN |

- 3 -

JOINT MOTION TO SHORTEN TIME
C06-05208-JF

| | | |
|---|---|---|
| 1 | Dated: September 28, 2010 | JAY W. EISENHOFER (*admitted pro hac vice*) |
| 2 | | MICHAEL J. BARRY (*admitted pro hac vice*) |
| | | GRANT & EISENHOFER P.A. |
| | | Chase Manhattan Centre |
| | | 1201 N. Market Street |
| | | Wilmington, Delaware 19801 |
| | | Telephone:   (302) 622-7000 |
| | | Facsimile:    (302) 622-7100 |
| | | E-Mail:       jeisenhofer@gelaw.com |
| | |                     mbarry@gelaw.com |

By:    /s/ Michael J. Barry
                Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:   (650) 242-4884
Facsimile:    (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM


PATRICE L. BISHOP (S.B. #182256)
HOWARD T. LONGMAN
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, California 90024
Telephone:   (310) 209-2468
Facsimile:    (310) 209-2087
Email:          pbishop@ssbla.com

GARY S. GRAIFMAN
KANTROWITZ, GOLDHAMER &
GRAIFMAN
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
Facsimile: (845) 356-4335

Attorneys for Plaintiffs
MARTIN VOGEL and KENNETH
MAHONEY

## DECLARATION OF VIVI LEE

I, VIVI LEE, declare as follows:

1. I am an attorney duly licensed before all of the courts of the State of California and the United States District Court for the Northern District of California. I am an associate in the law firm of O'Melveny & Myers LLP, counsel of record for defendant Apple Inc. I make this declaration in support of the Joint Motion for Hearing on Shortened Time. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. The parties to the action have entered into a Stipulation and Agreement of Settlement dated as of September 28, 2010, to resolve this action. Pursuant to the Stipulation, the parties agreed to request that the Court enter the proposed Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing.

3. I spoke to Christian Delany, administrative law clerk to Judge Jeremy Fogel, regarding the Court's availability for the hearing for the Preliminary Approval Motion. Ms. Delaney confirmed that the Court was available on October 7, 2010, at 10:00 a.m. Ms. Delaney requested that the parties file a motion requesting that the Court hear the Preliminary Approval Motion on shortened time.

4. Counsel for the parties have informed me that they are all available on October 7, 2010, at 10:00 a.m. for the hearing and wish to have the Preliminary Approval Motion heard at that time.

//
//
//
//
//
//
//
//
//

5. A later hearing date for the Preliminary Approval Motion would extend the dates in the parties' proposed schedule for the review and approval of the settlement and may prejudice potential class members by delaying the time for distribution of the settlement fund.  A delay in the resolution of this action would also prejudice the parties, as this action has been pending for more than 4 years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of September 2010 in Menlo Park, California.

                /s/ Vivi Lee
                Vivi Lee

I, George A. Riley, am the ECF User whose ID and password are being used to file this Notice of Joint Motion and Joint Motion for Hearing on Shortened Time; Memorandum of Points and Authorities in Support Thereof; and Declaration of Vivi Lee in Support Thereof.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards, Michael J. Barry, and Vivi Lee have concurred in this filing.

           By:   /s/ George A. Riley
               George A. Riley