1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR HEARING ON SHORTENED TIME** |
| | Date:  N/A<br>Time:  N/A<br>Department: Ctrm. 3, 5th Floor<br>Judge:  Honorable Jeremy Fogel |

**ORDER**

On September 28, 2010, Lead Plaintiff, the New York City Employees' Retirement System, plaintiffs Martin Vogel and Kenneth Mahoney, and defendants Apple Inc., Steven P. Jobs, Fred D. Anderson, Nancy R. Heinen, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome B. York, jointly filed a motion pursuant to Local Rule 6-3 for an order setting the hearing on Lead Plaintiff's motion for entry of the proposed Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing ("Preliminary Approval Motion") on shortened time for October 7, 2010, at 10:00 a.m. After reviewing the papers submitted in support of the motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Joint Motion for Hearing on Shortened Time is **GRANTED**. The Preliminary Approval Motion shall be heard on shortened time on October 7, 2010, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: ________________

______________________________
The Honorable Jeremy Fogel
United States District Judge

Submitted by:

GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3828
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-Mail: griley@omm.com

Attorneys for Defendant APPLE INC.

| | |
|---|---|
| 1 | DOUGLAS R. YOUNG (S.B. #73248)<br>FARELLA BRAUN & MARTEL LLP |
| 2 | Russ Building<br>235 Montgomery Street, 17th floor |
| 3 | San Francisco, California 94104<br>Telephone:   (415) 954-4400 |
| 4 | Facsimile:    (415) 954-4480<br>E-Mail:         dyoung@fbm.com |
| 5 | |
| 6 | Attorneys for Defendants<br>STEVEN P. JOBS, WILLIAM V. CAMPBELL, |
| 7 | MILLARD S. DREXLER, ARTHUR D.<br>LEVINSON and JEROME B. YORK |
| 8 | JEROME C. ROTH (S.B. #159483) |
| 9 | YOHANCE C. EDWARDS (S.B. #237244)<br>MUNGER, TOLLES & OLSON LLP |
| 10 | 560 Mission Street, 27th Floor<br>San Francisco, California 94105 |
| 11 | Telephone:   (415) 512-4000<br>Facsimile:    (415) 512-4077 |
| 12 | E-Mail:         Jerome.Roth@mto.com<br>                    Yohance.Edwards@mto.com |
| 13 | Attorneys for Defendants |
| 14 | FRED D. ANDERSON and NANCY R. HEINEN |
| 15 | JAY W. EISENHOFER (*admitted pro hac vice*)<br>MICHAEL J. BARRY (*admitted pro hac vice*) |
| 16 | GRANT & EISENHOFER P.A.<br>Chase Manhattan Centre |
| 17 | 1201 N. Market Street<br>Wilmington, Delaware 19801 |
| 18 | Telephone:   (302) 622-7000<br>Facsimile:    (302) 622-7100 |
| 19 | E-Mail:         jeisenhofer@gelaw.com<br>                    mbarry@gelaw.com |
| 20 | MERRILL GLEN EMERICK (SB# 117248) |
| 21 | ANDERLINI & EMERICK LLP<br>411 Borel Avenue, Suite 501 |
| 22 | San Mateo, California 94402<br>Telephone:   (650) 242-4884 |
| 23 | Facsimile:    (650) 212-0081 |
| 24 | Attorneys for Lead Plaintiff<br>THE NEW YORK CITY EMPLOYEES' |
| 25 | RETIREMENT SYSTEM |
| 26 | |
| 27 | |
| 28 | |

PATRICE L. BISHOP (S.B. #182256)
HOWARD T. LONGMAN
STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, California 90024
Telephone:  (310) 209-2468
Facsimile:   (310) 209-2087
Email:          pbishop@ssbla.com

GARY S. GRAIFMAN
KANTROWITZ, GOLDHAMER & GRAIFMAN
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
Facsimile: (845) 356-4335

Attorneys for Plaintiffs
MARTIN VOGEL and KENNETH MAHONEY


I, George A. Riley, am the ECF User whose ID and password are being used to file this [Proposed] Order Granting Joint Motion for Hearing on Shortened Time.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards, and Michael J. Barry have concurred in this filing.

By:   /s/ George A. Riley
         George A. Riley

- 3 -                                                                [PROPOSED] ORDER
                                                                                          C06-05208-JF