1  GEORGE A. RILEY (State Bar No. 118304)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center
   28th Floor
3  San Francisco, California  94111-3828
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701
   E-Mail:      griley@omm.com
5  Attorneys for Defendant APPLE INC.

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11 | IN RE APPLE INC. SECURITIES        | Case No. C06-05208-JF
12 | LITIGATION                         | <u>CLASS ACTION</u>
13 |                                    | **CERTIFICATE OF SERVICE ON**
   | THIS DOCUMENT RELATES TO:          | **DESIGNATED INTERNET SITE**
14 | ALL ACTIONS                        | **PURSUANT TO LOCAL RULE 23-2**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Shivon Meblin, declare as follows:

2    I am a resident of the State of California and over the age of eighteen years, and not a
3    party to the above-referenced action.  My business address is Two Embarcadero Center, 28th
4    Floor, San Francisco, California  94111-3828.

5    On September 28, 2010, I served the following documents:

**DEFENDANTS' NOTICE OF JOINDER IN REQUEST FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT, DIRECTING NOTICE OF SETTLEMENT, AND SCHEDULING SETTLEMENT FAIRNESS HEARING**

**APPLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR ORDER PRELIMINARILY APPROVING SETTLEMENT, DIRECTING NOTICE OF SETTLEMENT, AND SCHEDULING SETTLEMENT FAIRNESS HEARING**

**NOTICE OF JOINT MOTION AND JOINT MOTION FOR HEARING ON SHORTENED TIME; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND DECLARATION OF VIVI LEE IN SUPPORT THEREOF**

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR HEARING ON SHORTENED TIME**

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law
> Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2010, at San Francisco, California.

By: _____/s/ Shivon Meblin_____
       Shivon Meblin