**E-Filed 9/29/2010**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
|  | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR HEARING ON SHORTENED TIME (AS MODIFIED) |
|  | Date: N/A<br>Time: N/A<br>Department: Ctrm. 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

**ORDER**

On September 28, 2010, Lead Plaintiff, the New York City Employees' Retirement System, plaintiffs Martin Vogel and Kenneth Mahoney, and defendants Apple Inc., Steven P. Jobs, Fred D. Anderson, Nancy R. Heinen, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome B. York, jointly filed a motion pursuant to Local Rule 6-3 for an order setting the hearing on Lead Plaintiff's motion for entry of the proposed Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing ("Preliminary Approval Motion") on shortened time for October 7, 2010, at 10:00 a.m. After reviewing the papers submitted in support of the motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Joint Motion for Hearing on Shortened Time is **GRANTED**. The Preliminary Approval Motion shall be heard on shortened time on October 7, 2010, at 10:00 a.m. The Case Management Conference set for October 1 is CONTINUED to October 7, 2010 at 10:00 a.m. to be heard with the motion.

**IT IS SO ORDERED.**

DATED: 9/29/2010

The Honorable Jeremy Fogel
United States District Judge

Submitted by:

GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
E-Mail:  griley@omm.com

Attorneys for Defendant APPLE INC.

[PROPOSED] ORDER
C06-05208-JF

| | |
|---|---|
| 1 | DOUGLAS R. YOUNG (S.B. #73248) |
|   | FARELLA BRAUN & MARTEL LLP |
| 2 | Russ Building |
|   | 235 Montgomery Street, 17th floor |
| 3 | San Francisco, California 94104 |
|   | Telephone:   (415) 954-4400 |
| 4 | Facsimile:    (415) 954-4480 |
|   | E-Mail:        dyoung@fbm.com |
| 5 | |
|   | Attorneys for Defendants |
| 6 | STEVEN P. JOBS, WILLIAM V. CAMPBELL, |
|   | MILLARD S. DREXLER, ARTHUR D. |
| 7 | LEVINSON and JEROME B. YORK |

JEROME C. ROTH (S.B. #159483)
YOHANCE C. EDWARDS (S.B. #237244)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077
E-Mail:        Jerome.Roth@mto.com
               Yohance.Edwards@mto.com

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:    (302) 622-7100
E-Mail:        jeisenhofer@gelaw.com
               mbarry@gelaw.com

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:   (650) 242-4884
Facsimile:    (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM

| | |
|---|---|
| 1 | PATRICE L. BISHOP (S.B. #182256) |
| | HOWARD T. LONGMAN |
| 2 | STULL, STULL & BRODY |
| | 10940 Wilshire Boulevard, Suite 2300 |
| 3 | Los Angeles, California 90024 |
| | Telephone:    (310) 209-2468 |
| 4 | Facsimile:    (310) 209-2087 |
| | Email:          pbishop@ssbla.com |
| 5 | |
| | GARY S. GRAIFMAN |
| 6 | KANTROWITZ, GOLDHAMER & GRAIFMAN |
| | 747 Chestnut Ridge Road |
| 7 | Chestnut Ridge, New York 10977 |
| | Telephone: (845) 356-2570 |
| 8 | Facsimile: (845) 356-4335 |
| 9 | Attorneys for Plaintiffs |
| | MARTIN VOGEL and KENNETH MAHONEY |

I, George A. Riley, am the ECF User whose ID and password are being used to file this [Proposed] Order Granting Joint Motion for Hearing on Shortened Time. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards, and Michael J. Barry have concurred in this filing.

By:   /s/ George A. Riley
         George A. Riley