1  Jay W. Eisenhofer (*admitted pro hac vice*)
   Michael J. Barry (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 North Market Street
   Wilmington, DE 19801
4  Tel:  302.622.7000
   Fax:  302.622.7100
5  jeisenhofer@gelaw.com

6  *Attorneys for Lead Plaintiff*
   *New York City Employees' Retirement System*
7

8               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No.: C06-05208-JF <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

CERTIFICATE OF SERVICE
 Case No.: C06-05208-JF

1  I, Michael J. Barry, declare as follows:

2  On September 29, 2010, I caused the following documents to be served electronically:

3  **LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, and attached Exhibits**

6  **STIPULATION AND SETTLEMENT OF AGREEMENT, and attached Exhibits**

9  by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

14  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16  Executed on September 29, 2010, in Wilmington, Delaware.

By:  /s/ Michael J. Barry
     Michael J. Barry

2

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF