1  GEORGE A. RILEY (State Bar No. 118304)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center
   28th Floor
3  San Francisco, California 94111-3828
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701
   E-Mail:      griley@omm.com
5  Attorneys for Defendant APPLE INC.

6  JAY W. EISENHOFER (*admitted pro hac vice*)
   MICHAEL J. BARRY (*admitted pro hac vice*)
7  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
8  1201 N. Market Street
   Wilmington, Delaware 19801
9  Telephone:   (302) 622-7000
   Facsimile:   (302) 622-7100
10 E-Mail:      jeisenhofer@gelaw.com
                mbarry@gelaw.com
11 Attorneys for Lead Plaintiff THE NEW YORK CITY EMPLOYEES'
   RETIREMENT SYSTEM
12
   (Additional Counsel Listed on Signature Page)
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                             **SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS**<br><br>Department: Ctrm. 3, 5th Floor<br>Judge:        Honorable Jeremy Fogel |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF

1  WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action complaint in this Court alleging that certain defendants violated the Securities Exchange Act of 1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel I*");

WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action complaint in this Court alleging that certain defendants violated the Exchange Act, including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");

WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and *Vogel II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a briefing schedule in the event that defendants respond to the complaint by filing motions;

WHEREAS, on May 14, 2010, plaintiffs filed a [Corrected] First Amended Consolidated Class Action Complaint ("Complaint");

WHEREAS, on August 31, 2010, the Court entered an order continuing a Case Management Conference scheduled for September 3, 2010, at 10:30 a.m., to September 24, 2010, at 10:30 a.m., and extending defendants' time to respond to the Complaint to October 1, 2010;

WHEREAS, September 20, 2010, the Clerk of the Court issued a Clerk's Notice continuing the Case Management Conference set for September 24, 2010, to October 1, 2010, at 10:30 a.m.;

WHEREAS, on September 28, 2010, the parties filed a Stipulation and Agreement of Settlement and requested entry of an order preliminarily approving the settlement, directing notice of the settlement, and scheduling a settlement fairness hearing;

WHEREAS, on September 29, 2010, the Court entered an order setting the hearing on plaintiffs' unopposed motion for preliminary approval of the settlement for October 7, 2010, at 10:00 a.m., and continued the Case Management Conference set for October 1, 2010, to October 7, 2010, to be heard with the motion;

NOW, THEREFORE, counsel for plaintiffs, counsel for Apple Inc., and counsel for individual defendants Fred D. Anderson, William V. Campbell, Millard S. Drexler, Nancy R.

Heinen, Steven P. Jobs, Arthur D. Levinson and Jerome B. York hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. Defendants shall not be required to respond to the Complaint pending the Court's consideration of the proposed settlement.

Dated: October 1, 2010

GEORGE A. RILEY
O'MELVENY & MYERS LLP

By:     /s/ George A. Riley
        George A. Riley

Attorneys for Defendant
APPLE INC.

Dated: October 1, 2010

DOUGLAS R. YOUNG (S.B. #73248)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
E-Mail:  dyoung@fbm.com

By:     /s/ Douglas R. Young
        Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

Dated: October 1, 2010

JEROME C. ROTH (S.B. #159483)
YOHANCE C. EDWARDS (S.B. #237244)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
E-Mail:  Jerome.Roth@mto.com
        Yohance.Edwards@mto.com

By:     /s/ Yohance C. Edwards
        Yohance C. Edwards

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

| | |
|---|---|
| Dated: October 1, 2010 | JAY W. EISENHOFER (*admitted pro hac vice*)<br>MICHAEL J. BARRY (*admitted pro hac vice*)<br>GRANT & EISENHOFER P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 622-7000<br>Facsimile:    (302) 622-7100<br>E-Mail:        jeisenhofer@gelaw.com<br>                    mbarry@gelaw.com<br><br>By:      /s/ Michael J. Barry<br>              Michael J. Barry<br><br>MERRILL GLEN EMERICK (SB# 117248)<br>ANDERLINI & EMERICK LLP<br>411 Borel Avenue, Suite 501<br>San Mateo, California 94402<br>Telephone:   (650) 242-4884<br>Facsimile:    (650) 212-0081<br><br>Attorneys for Lead Plaintiff<br>THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM |

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry have concurred in this filing.

By:    /s/ George A. Riley
          George A. Riley

## **O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____, 2010

The Honorable Jeremy Fogel
United States District Judge

MP1:1199544.1

- 3 -                    STIPULATION AND [PROPOSED] ORDER
                                          C06-05208-JF