1  JEROME C. ROTH (S.B. #159483)
2  YOHANCE C. EDWARDS (S.B. #237244)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street, 27th Floor
   San Francisco, California 94105
4  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
5  E-Mail:       Jerome.Roth@mto.com
                 Yohance.Edwards@mto.com

6  Attorneys for Defendants
7  FRED D. ANDERSON and NANCY R. HEINEN

8  DOUGLAS R. YOUNG (S.B. #73248)
   FARELLA BRAUN & MARTEL LLP
9  Russ Building
   235 Montgomery Street, 17th floor
10 San Francisco, CA 94104
   Telephone:    (415) 954-4400
11 Facsimile:    (415) 954-4480
   E-Mail:       dyoung@fbm.com

12 Attorneys for Defendants STEVEN P. JOBS, WILLIAM V. CAMPBELL,
13 MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF<br><br>CLASS ACTION<br><br>**INDIVIDUAL DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CASE MANAGEMENT CONFERENCE**<br><br>Date:        October 7, 2010<br>Time:        10:00 a.m.<br>Department: Ctrm. 3, 5th Floor<br>Judge:       Honorable Jeremy Fogel |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

11856901.1

DEFS. TELEPHONIC APPEARANCE REQ.
C06-05208-JF

Counsel for Defendants Steven P. Jobs, Fred D. Anderson, Nancy R. Heinen, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome B. York ("Individual Defendants") respectfully request that the Court allow them to appear telephonically at the hearing on Lead Plaintiff's motion for entry of the proposed Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing ("Preliminary Approval Motion") and the Case Management Conference scheduled for Thursday October 7, 2010 at 10:00 a.m. in the above referenced matter. The request is made on the grounds that several hours of attorney time will be saved by not travelling to and from San Jose for the hearing and we believe in person appearances by counsel for the Individual Defendants are unnecessary. We have been informed that counsel for defendant Apple, Inc. will appear in person at the hearing.

Respectfully Submitted,

Dated: October 5, 2010

YOHANCE C. EDWARDS
MUNGER, TOLLES & OLSON LLP


By:      /s/ Yohance C. Edwards
            Yohance C. Edwards

ATTORNEYS FOR DEFENDANTS
FRED D. ANDERSON AND NANCY R. HEINEN

11856901.1

DEFS. TELEPHONIC APPEARANCE REQ.
C06-05208-JF

| | |
|---|---|
| 1    Dated: October 5, 2010 | DOUGLAS R. YOUNG (S.B. #73248) |
| 2 | FARELLA BRAUN & MARTEL LLP |
|   | Russ Building |
| 3 | 235 Montgomery Street, 17th floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone:   (415) 954-4400 |
|   | Facsimile:   (415) 954-4480 |
| 5 | E-Mail:   dyoung@fbm.com |

By:    /s/ Douglas R. Young

        Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

    I, Yohance C. Edwards, am the ECF User whose ID and password are being used to file Individual Defendants' Request to Appear Telephonically. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young has concurred in this filing.

By:    /s/Yohance C. Edwards

        Yohance C. Edwards