1  GEORGE A. RILEY (State Bar No. 118304)            **E-Filed 10/5/2010**
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center
   28th Floor
3  San Francisco, California  94111-3828
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701
   E-Mail:      griley@omm.com
5  Attorneys for Defendant APPLE INC.

6  JAY W. EISENHOFER (*admitted pro hac vice*)
   MICHAEL J. BARRY (*admitted pro hac vice*)
7  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
8  1201 N. Market Street
   Wilmington, Delaware 19801
9  Telephone:   (302) 622-7000
   Facsimile:   (302) 622-7100
10 E-Mail:      jeisenhofer@gelaw.com
                mbarry@gelaw.com
11 Attorneys for Lead Plaintiff THE NEW YORK CITY EMPLOYEES'
   RETIREMENT SYSTEM
12
   (Additional Counsel Listed on Signature Page)
13

14                 **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16                      **SAN JOSE DIVISION**

17 IN RE APPLE INC. SECURITIES            Case No. C06-05208-JF
   LITIGATION
18                                         CLASS ACTION

19                                         **STIPULATION AND [PROPOSED]**
   THIS DOCUMENT RELATES TO:              **ORDER REGARDING SCHEDULING**
20 ALL ACTIONS                            **MATTERS**

21                                         Department: Ctrm. 3, 5th Floor
                                           Judge:      Honorable Jeremy Fogel
22

23

24

25

26

27

28

1      WHEREAS, on August 24, 2006, plaintiffs Vogel and Mahoney filed a class action

2    complaint in this Court alleging that certain defendants violated the Securities Exchange Act of

3    1934 (the "Exchange Act"), including § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel

4    I*");

5      WHEREAS, on June 27, 2008, plaintiffs Vogel and Mahoney filed a new class action

6    complaint in this Court alleging that certain defendants violated the Exchange Act, including

7    § 10(b) and Rule 10b-5 thereunder, and § 20(a) ("*Vogel II*");

8      WHEREAS, on April 8, 2010, this Court entered an order consolidating *Vogel I* and *Vogel

9    II*, extending defendants' time to respond to the complaint to June 25, 2010, and setting a briefing

10   schedule in the event that defendants respond to the complaint by filing motions;

11      WHEREAS, on May 14, 2010, plaintiffs filed a [Corrected] First Amended Consolidated

12   Class Action Complaint ("Complaint");

13      WHEREAS, on August 31, 2010, the Court entered an order continuing a Case

14   Management Conference scheduled for September 3, 2010, at 10:30 a.m., to September 24, 2010,

15   at 10:30 a.m., and extending defendants' time to respond to the Complaint to October 1, 2010;

16      WHEREAS, September 20, 2010, the Clerk of the Court issued a Clerk's Notice

17   continuing the Case Management Conference set for September 24, 2010, to October 1, 2010, at

18   10:30 a.m.;

19      WHEREAS, on September 28, 2010, the parties filed a Stipulation and Agreement of

20   Settlement and requested entry of an order preliminarily approving the settlement, directing

21   notice of the settlement, and scheduling a settlement fairness hearing;

22      WHEREAS, on September 29, 2010, the Court entered an order setting the hearing on

23   plaintiffs' unopposed motion for preliminary approval of the settlement for October 7, 2010, at

24   10:00 a.m., and continued the Case Management Conference set for October 1, 2010, to October

25   7, 2010, to be heard with the motion;

26      NOW, THEREFORE, counsel for plaintiffs, counsel for Apple Inc., and counsel for

27   individual defendants Fred D. Anderson, William V. Campbell, Millard S. Drexler, Nancy R.

28

1    Heinen, Steven P. Jobs, Arthur D. Levinson and Jerome B. York hereby stipulate and agree, and

2    respectfully request that the Court enter an order, as follows:

3         1.        Defendants shall not be required to respond to the Complaint pending the Court's

4    consideration of the proposed settlement.

5    Dated: October 1, 2010                    GEORGE A. RILEY
                                                O'MELVENY & MYERS LLP
6

7                                               By:          /s/ George A. Riley
                                                                George A. Riley
8
                                                Attorneys for Defendant
9                                               APPLE INC.

10   Dated: October 1, 2010                    DOUGLAS R. YOUNG (S.B. #73248)
                                                FARELLA BRAUN & MARTEL LLP
11                                              Russ Building
                                                235 Montgomery Street, 17th floor
12                                              San Francisco, CA 94104
                                                Telephone:    (415) 954-4400
13                                              Facsimile:    (415) 954-4480
                                                E-Mail:       dyoung@fbm.com
14

15                                              By:          /s/ Douglas R. Young
                                                                Douglas R. Young
16

17                                              Attorneys for Defendants
                                                STEVEN P. JOBS, WILLIAM V.
18                                              CAMPBELL, MILLARD S. DREXLER,
                                                ARTHUR D. LEVINSON and JEROME B.
19                                              YORK

20   Dated: October 1, 2010                    JEROME C. ROTH (S.B. #159483)
                                                YOHANCE C. EDWARDS (S.B. #237244)
21                                              MUNGER, TOLLES & OLSON LLP
                                                560 Mission Street, 27th Floor
22                                              San Francisco, California 94105
                                                Telephone:    (415) 512-4000
23                                              Facsimile:    (415) 512-4077
                                                E-Mail:       Jerome.Roth@mto.com
24                                                            Yohance.Edwards@mto.com

25                                              By:          /s/ Yohance C. Edwards
                                                                Yohance C. Edwards
26

27                                              Attorneys for Defendants
                                                FRED D. ANDERSON and NANCY R.
28                                              HEINEN

                              - 2 -        STIPULATION AND [PROPOSED] ORDER
                                           C06-05208-JF

Dated: October 1, 2010

JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:     (302) 622-7000
Facsimile:      (302) 622-7100
E-Mail:          jeisenhofer@gelaw.com
                     mbarry@gelaw.com

By:    /s/ Michael J. Barry

Michael J. Barry

MERRILL GLEN EMERICK (SB# 117248)
ANDERLINI & EMERICK LLP
411 Borel Avenue, Suite 501
San Mateo, California 94402
Telephone:     (650) 242-4884
Facsimile:      (650) 212-0081

Attorneys for Lead Plaintiff
THE NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards and Michael J. Barry have concurred in this filing.

By:    /s/ George A. Riley

George A. Riley

**O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED:  Oct. 5            , 2010

The Honorable Jeremy Fogel
United States District Judge

MP1:1199544.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
C06-05208-JF