**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. C06-05208-JF<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CASE MANAGEMENT CONFERENCE**<br><br>Date:         October 7, 2010<br>Time:         10:00 a.m.<br>Department: Ctrm. 3, 5th Floor<br>Judge:         Honorable Jeremy Fogel |

11857181.1

[PROPOSED] ORDER
C06-05208-JF

# ORDER

The Court, having read and considered the request of counsel for the Individual Defendants Steven P. Jobs, Fred D. Anderson, Nancy R. Heinen, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome B. York to appear telephonically at the hearing scheduled for October 7, 2010 at 10:00 a.m. in the above titled matter, hereby grants counsel for the Individual Defendants permission to appear telephonically. Counsel for the Individual Defendants are required to arrange the telephonic appearance with Court Call (866-582-6878) in advance of the hearing.

**IT IS SO ORDERED.**

DATED: 10/6/10

The Honorable Jeremy Fogel
United States District Judge

Submitted by:

JEROME C. ROTH (S.B. #159483)
YOHANCE C. EDWARDS (S.B. #237244)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
E-Mail:   Jerome.Roth@mto.com
          Yohance.Edwards@mto.com

Attorneys for Defendants
FRED D. ANDERSON and NANCY R. HEINEN.

11857181.1

[PROPOSED] ORDER
C06-05208-JF

| | |
|---|---|
| 1 | DOUGLAS R. YOUNG (S.B. #73248)<br>FARELLA BRAUN & MARTEL LLP |
| 2 | Russ Building<br>235 Montgomery Street, 17th floor |
| 3 | San Francisco, California 94104<br>Telephone:     (415) 954-4400 |
| 4 | Facsimile:      (415) 954-4480<br>E-Mail:          dyoung@fbm.com |
| 5 | |
| 6 | Attorneys for Defendants<br>STEVEN P. JOBS, WILLIAM V. CAMPBELL,<br>MILLARD S. DREXLER, ARTHUR D. |
| 7 | LEVINSON and JEROME B. YORK |

I, Yohance C. Edwards, am the ECF User whose ID and password are being used to file this [Proposed] Order Granting the Request for Telephonic Appearance.  In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young has concurred in this filing.

By:     /s/ Yohance C. Edwards
               Yohance C. Edwards