# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, October 7, 2010          Time: 7 mins
**Case Number:** CV-06-5208-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**     **IN RE APPLE INC. SECURITIES LITIGATION**

**PLAINTIFF**                                              **DEFENDANT**

**Attorneys Present:** Michael Barry          **Attorneys Present:** George Riley
Patrice Bishop                                            Yohance Edwards, Brandon Wisoff

---

PROCEEDINGS:

   Hearing on Motion for Preliminary Approval of Settlement held. Parties are present. The Court grants the motion. The Court sets the Motion for Final Approval of Settlement for hearing on 1/7/11 at 9:00 a.m.