1  GEORGE A. RILEY (State Bar No. 118304)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center
   28th Floor
3  San Francisco, California  94111-3828
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701
   E-Mail:      griley@omm.com
5  Attorneys for Defendant APPLE INC.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
12 | | CLASS ACTION |
13 | THIS DOCUMENT RELATES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

1   I, Kathy Kirk, declare as follows:

2   I am a resident of the State of California and over the age of eighteen years, and not a

3   party to the above-referenced action.  My business address is 2765 Sand Hill Road, Menlo Park,

4   California 94025.

5   On October 15, 2010, I served the following documents:

6   **Letter from George A. Riley to the Honorable Jeremy Fogel, Re:** *In re Apple Inc. Sec. Litig*.**, Case No. C-06-5208-JF (N.D. Cal.) (with attachments)**

8   by forwarding the documents as PDF files attached to an e-mail sent to the following Designated

9   Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law
> Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

13   I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct.

15   Executed on October 15, 2010, at Menlo Park, California.

By:     /s/ Kathy Kirk
            Kathy Kirk

CERTIFICATE OF SERVICE
C06-05208-JF