

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>CENTURY CITY<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEWPORT BEACH | Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br><br>TELEPHONE (415) 984-8700<br>FACSIMILE (415) 984-8701<br>www.omm.com | NEW YORK<br>SHANGHAI<br>SILICON VALLEY<br>SINGAPORE<br>TOKYO<br>WASHINGTON, D.C. |

October 26, 2010

OUR FILE NUMBER
27,559-151

**VIA ECF**

WRITER'S DIRECT DIAL
(415) 984-8741

The Honorable Jeremy Fogel
U.S. District Court, Northern District of California
280 South 1st Street
San Jose, California 95113

WRITER'S E-MAIL ADDRESS
griley@omm.com

Re:   *In re Apple Inc. Sec. Litig.*, **Case No. C-06-5208-JF (N.D. Cal.)**

Dear Judge Fogel:

On October 7, 2010, the Court entered the Preliminary Approval Order (Docket #129) regarding the proposed Settlement in this Action. I write on behalf of all parties to inform the court about two matters that were raised after the Court's preliminary approval of the proposed Settlement.

First, after consulting with the Claims Administrator, the parties determined that the Notice, Publication Notice, and Proof of Claim should expressly provide for submission of Proofs of Claim online and by nominees. These changes will streamline the process for submitting and processing Proofs of Claim. The parties are revising the relevant documents and will submit them for the Court's approval. Given these proposed revisions, the Claims Administrator will not be able to comply with the deadlines set forth in the Preliminary Approval Order for commencing and publishing notice. Accordingly, the parties will propose a revised schedule for the notice program, the other deadlines, and the Settlement Fairness Hearing when they submit revised versions of the Notice, Publication Notice, and Proof of Claim for the Court's approval.

Second, the parties have received an objection from a purported Class Member regarding the donations Apple agreed to make to various universities under the Settlement. The parties are attempting to address and resolve the objector's concerns so that the notice program may commence as soon as possible. The parties are available at the Court's convenience to address any questions.

Respectfully submitted,

*/s/ George A. Riley*

George A. Riley
Attorneys for Defendant Apple Inc.

cc:   All Counsel (via ECF)
      Securities Class Action Clearinghouse (via e-mail)