1  GEORGE A. RILEY (State Bar No. 118304)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center
   28th Floor
3  San Francisco, California  94111-3828
   Telephone:   (415) 984-8700
4  Facsimile:    (415) 984-8701
   E-Mail:       griley@omm.com
5  Attorneys for Defendant APPLE INC.

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10                             **SAN JOSE DIVISION**

11 | IN RE APPLE INC. SECURITIES        | Case No. C06-05208-JF
12 | LITIGATION                         |
                                         <u>CLASS ACTION</u>
13 |                                    |
   | THIS DOCUMENT RELATES TO:          | **CERTIFICATE OF SERVICE ON**
14 | ALL ACTIONS                        | **DESIGNATED INTERNET SITE**
                                         **PURSUANT TO LOCAL RULE 23-2**
15

16

...

28

                                                     CERTIFICATE OF SERVICE
                                                     C06-05208-JF

1  I, Kathy Kirk, declare as follows:

2  I am a resident of the State of California and over the age of eighteen years, and not a

3  party to the above-referenced action. My business address is 2765 Sand Hill Road, Menlo Park,

4  California 94025.

5  On October 26, 2010, I served the following document:

**Letter from George A. Riley to the Honorable Jeremy Fogel, Re: *In re Apple Inc. Sec. Litig*., Case No. C-06-5208-JF (N.D. Cal.)**

by forwarding the document as a PDF file attached to an e-mail sent to the following Designated Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law
> Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2010, at Menlo Park, California.

By: /s/ Kathy Kirk
    Kathy Kirk

CERTIFICATE OF SERVICE
C06-05208-JF