| | |
|---|---|
| 1 | GEORGE A. RILEY (State Bar No. 118304) |
| | O'MELVENY & MYERS LLP |
| 2 | Two Embarcadero Center |
| | 28th Floor |
| 3 | San Francisco, California  94111-3828 |
| | Telephone:   (415) 984-8700 |
| 4 | Facsimile:    (415) 984-8701 |
| | E-Mail:       griley@omm.com |
| 5 | Attorneys for Defendant APPLE INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

1   I, Kathy Kirk, declare as follows:

2   I am a resident of the State of California and over the age of eighteen years, and not a

3   party to the above-referenced action.  My business address is 2765 Sand Hill Road, Menlo Park,

4   California 94025.

5   On November 12, 2010, I served the following document:

6   **JOINT SUBMISSION IN SUPPORT OF AMENDED PRELIMINARY
7   APPROVAL ORDER (With Exhibits)**

8   by forwarding the document as a PDF file attached to an e-mail sent to the following Designated

9   Internet Site:

>   Securities Class Action Clearinghouse
>   Stanford University School of Law
>   Crown Quadrangle
>   Stanford, CA 94305-8612
>   scac@law.stanford.edu

14   I declare under penalty of perjury under the laws of the United States of America that the

15   foregoing is true and correct.

16   Executed on November 12, 2010, at Menlo Park, California.

By: ____/s/ Kathy Kirk____
        Kathy Kirk

CERTIFICATE OF SERVICE
C06-05208-JF