**E-Filed 11/22/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. 5:06-CV-5208-JF (HRL)<br><br>ORDER RE AMENDED MOTION FOR PRELIMINARILY APPROVAL OF SETTLEMENT<br><br>[re: docket no. 134] |

On November 12, 2010, the parties filed a Joint Submission in Support of Amended Preliminary Approval Order. On November 15, 2010, an objection was filed with the Court on behalf of Patrick Pezzatti, a member of the putative class. The lead plaintiff filed a response to the objection on November 18, 2010. The Court has considered the moving papers and the oral arguments presented by counsel at the hearing on November 19, 2010. The Court is satisfied that any *cy pres* award will be *de minimis* and that the parties have addressed each of the objector's concerns through the amended settlement agreement and their representations at the hearing. Because it finds and concludes that the parties' settlement is likely to be found fair, reasonable and adequate, the Court will sign the Proposed Amended Order Preliminarily Approving

1  Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing
2  simultaneously with this Order.
3
4  IT IS SO ORDERED.
5
6  DATED: November 22, 2010.
7                                                    _____
8                                                    JEREMY FOGEL
                                                     United States District Judge
9

2

Case No. 5:06-CV-5208-JF (HRL)
ORDER RE AMENDED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
(JFEX2)