UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing,  November 19, 2010          Time: 9 mins
**Case Number:** CV-06-5208-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**         **IN RE APPLE INC. SECURITIES LITIGATION**

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Michael Barry | Attorneys Present: George Riley |
| | Yohance Edwards, Theodore Frank |
| | Stephanie Skaff |

PROCEEDINGS:

Hearing on Amended Motion for Preliminary Approval of Settlement held. Parties are present.  The Court takes the motion under submission.