GEORGE A. RILEY (S.B. No. 118304)
SANDEEP N. SOLANKI (S.B. No. 244005)
VIVI T. LEE (S.B. No. 247513)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
E-Mail:        griley@omm.com
                   ssolanki@omm.com
                   vlee@omm.com

Attorneys for Defendant APPLE INC.

(Additional counsel listed on signature pages)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF <br><br> <u>CLASS ACTION</u> <br><br> **DEFENDANTS' NOTICE OF JOINDER IN LEAD PLAINTIFF'S REQUEST FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF JOINDER AND JOINDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Apple Inc., Steven P. Jobs, Fred D. Anderson, Nancy R. Heinen, William V. Campbell, Millard S. Drexler, Arthur D. Levinson, and Jerome B. York will and hereby do join in Lead Plaintiff's request for final approval of the Settlement and Plan of Allocation. The Settlement Fairness Hearing is scheduled for February 18, 2011, at 9:00 a.m., in Courtroom 3, 5th floor, before the Honorable Jeremy Fogel.

Dated: January 7, 2011

GEORGE A. RILEY
SANDEEP N. SOLANKI
VIVI T. LEE
O'MELVENY & MYERS LLP

By:  /s/ George A. Riley
George A. Riley

Attorneys for Defendant
APPLE INC.

Dated: January 7, 2011

DOUGLAS R. YOUNG (S.B. #73248)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
E-Mail:  dyoung@fbm.com

By:  /s/ Douglas R. Young
Douglas R. Young

Attorneys for Defendants
STEVEN P. JOBS, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

| | |
|---|---|
| Dated: January 7, 2011 | JEROME C. ROTH (S.B. #159483)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone:   (415) 512-4000<br>Facsimile:    (415) 512-4077<br>E-Mail:        Jerome.Roth@mto.com<br><br>By:           /s/ Jerome C. Roth<br>                    Jerome C. Roth<br><br>Attorneys for Defendants<br>FRED D. ANDERSON and NANCY R. HEINEN |

I, George A. Riley, am the ECF User whose ID and password are being used to file Defendants' Notice of Joinder in Lead Plaintiffs' Request for Final Approval of Class Action Settlement and Plan of Allocation. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young and Jerome C. Roth have concurred in this filing.

By:     /s/ George A. Riley
                George A. Riley