GEORGE A. RILEY (S.B. No. 118304)
SANDEEP N. SOLANKI (S.B. No. 244005)
VIVI T. LEE (S.B. No. 247513)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-Mail: griley@omm.com
 ssolanki@omm.com
 vlee@omm.com

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

1  I, Vivi Lee, declare as follows:

2  I am a resident of the State of California and over the age of eighteen years, and not a

3  party to the above-referenced action. My business address is 2765 Sand Hill Road, Menlo Park,

4  California 94025.

5  On January 7, 2011, I served the following documents:

6  **DEFENDANTS' NOTICE OF JOINDER IN LEAD PLAINTIFF'S REQUEST FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

8  **APPLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

11  by forwarding the documents as PDF files attached to an e-mail sent to the following Designated

12  Internet Site:

13  Securities Class Action Clearinghouse
    Stanford University School of Law
14  Crown Quadrangle
    Stanford, CA 94305-8612
15  scac@law.stanford.edu

17  I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.

19  Executed on January 7, 2011, at Menlo Park, California.

20  By:           /s/ Vivi Lee
                     Vivi Lee

CERTIFICATE OF SERVICE
C06-05208-JF