Jay W. Eisenhofer (*admitted pro hac vice*)
Michael J. Barry (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel:  302.622.7000
Fax:  302.622.7100
jeisenhofer@gelaw.com

*Attorneys for Lead Plaintiff*
*New York City Employees' Retirement System*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No.: C06-05208-JF <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

I, Michael J. Barry, declare as follows:

On January 10, 2011, I caused the following documents to be served electronically:

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND**

**DECLARATION OF MICHAEL J. BARRY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, and attached Exhibits**

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2011, in Wilmington, Delaware.

By: /s/ *Michael J. Barry*
Michael J. Barry

2

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF