

2011 JAN 24 P 1:32

50699 Haven Hill Ln.
Granger, IN 46530

Phone (574) 254-1117

January 17, 2011

Clerk's Office
U.S. District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

                IN RE Apple Inc. Securities Litigation
                Case No. C.06.5208JF

I would like to object to the Plan of Allocation for the Settlement of this case.

Options transactions in this security have been excluded from participation in the Settlement without providing any reason. Indeed such transactions are essentially no different than the transactions in the underlying security, exposing the purchaser or the seller to the same risks and obligations. It is unreasonable and unfair to have them excluded.

Furthermore, item 52.a. excludes those who purchased and sold Apple shares during the Class Period. Is such a person any less affected than those who held the stock beyond the Class Period? This simply defies logic.

I believe this Plan of Allocation is defective and should be rejected in entirety.

I am a member of the Class by the virtue of Purchase of 200 shares of Apple on 3/18/2005. I also have Options transactions during the Class Period.

Clerk's Office
U.S. District Court
Northern District of California
1/17/2011, Page 2


If my objections are sustained it is a clear indication of errors and omissions by the Counsel and they should be barred from any compensation in fees or expenses to correct this problem.


Sincerely,

Fred Fekrat


cc:  Plaintiffs' Lead Counsel
Jay W. Eisenhofer
Michael J Barry
Grant and Eisenhofer P.A.


Counsel for Apple
George A Riley
O'Melveny & Myers LLP

F. Fekrat
50699 Haven Hill Ln.
Granger, IN 46530

9511343095

Clerk's Office
U.S. District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

