RECEIVED
January 22, 2011

2011 JAN 24 P 1:31

Clerk
United States District Court, Northern District of California
280 S. 1st. Street
San Jose, Ca. 95113


OBJECTION OF SIBLEY FAMILY TRUST


IN RE: APPLE INC. SECURITIES LITIGATION   Case No. C-06-5208-JF CLASS ACTION


My name is George W. Sibley, M.D. I am the Trustee of the Sibley Family Trust.

1. I object to the Settlement and the Plan of Allocation.
2. I cannot, at this time, tell you the dates, prices and number of shares of stock held during the class period BECAUSE I RECEIVED NOTICE OF THE PROPOSED STEELEMENT…AND MOTION FOR ATTORNEYS FEES AND EXPENSES ON FRIDAY JANUARY 21, 2011. Furthermore, my address is the correct one. I have included a copy of the face sheet of the notice I received with this letter. The only conclusion I can draw is that class counsel, the claims administrator or whoever was responsible for sending notice did not do their job. There is no possibility that most class members could respond properly to object or opt out when notice is received after 5 pm on the deadline date. The notice I, and I assume others, received violates due process, the notion of "fairness", CAFA, the local rules of this court and every notice requirement I know of. Therefore, my first objection is to insufficient notice.
3. The notice I received states, at p. 1, paragraph 3 "Plaintiffs' counsel INTEND to apply for an award of fees". Since a motion

# REMINDER CHECKLIST

*CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. PLEASE BE PATIENT.*

1. Please sign the Proof of Claim. If you are submitting the Proof of Claim on behalf of Joint Beneficial Owners, all Joint Beneficial Owners must sign.

2. Please do not send originals of securities certificates. Remember to attach only copies of supporting documents, including documentation showing opening and closing balances and transactions in Apple common stock, as set forth in the Schedule of Transactions on page 2.

3. If your address changes in the future, or if these documents were sent to an old or incorrect address, please send us written notification of your new address.

4. Please keep a copy for your records of your completed Proof of Claim and all documentation submitted.

5. You will not receive confirmation that your Proof of Claim has been received, unless you send it via Certified Mail, Return Receipt Requested, or by some other means that provides you with proof of receipt. You will bear all risks of delay or non-delivery of your claim.

6. If you have any questions or concerns regarding your claim, contact the Claims Administrator at:

   Claims Administrator
   In re Apple Inc. Securities Litigation
   P.O. Box 6809
   Portland, OR 97228-6809

   1-888-760-4869

   www.AppleSecuritiesSettlement.com

To participate in the settlement, you must either submit your completed and signed Proof of Claim online at **www.AppleSecuritiesSetttlement.com** by no later than March 15, 2011, or send it to the address above by first-class mail postage pre-paid postmarked no later than March 15, 2011.

---



GEORGE SIBLEY ET AL TTEE
U/A DTD 05/13/1993
PLEDGED TO ML LENDER
THE SIBLEY FAMILY TRUST
3310 FAIRMOUNT ST APT P1A
DALLAS TX 75201-1287

00124551

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO. 225

JOB # N4101
13#

Claims Administrator
In re Apple Inc. Securities Litigation
P.O. Box 6809
Portland, OR 97228-6809

for fees has not been made available to me and the rest of the class before the time to object has passed, the fee motion is not timely and violates the principles set forth in the Ninth Circuit opinion MERCURY INTERACTIVE CORP. SECURITIES LITIGATION, 618 Fed.3d 988, Fed. R. Civ. P. 23(h) and, on information and belief, the local rules of this court.

4. I have not had an opportunity to review the settlement or motion for fees. I haven't even had an opportunity to obtain the salient facts required to file an objection. Therefore, I reserve the right to amend this objection and ask for such other and further relief, including limited discovery, as may seem proper after I have had an opportunity to review the notice and supporting documents carefully. Additionally, I will ask the court for reimbursement for my, and/or my attorney's fees and expenses if there is a hearing prior to a reissuance of notice.
5. I incorporate any objections made by other objectors.
6. I fully intend to appear at any scheduled hearings. I intend to retain Gary Sibley to represent me in this matter. His contact information is: 2414 N. Akard St. suite 700, Dallas, Texas 75201; 214-522-5222; g@juris.cc.
7. I have sent this letter to Lead Counsel and Apple's counsel via email on Saturday, January 22, 2011.

Thank you,

George W. Sibley, M.D.

George W. Sibley MB
4310 Fairmount St Apt P1A
Dallas, Texas 75201

Clerk
United States District Court
Northern District of California
280 S. 1st Street
Jan Jose, Ca 95113