**E-Filed 2/2/11**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION. | Case Number 5:06-cv-05208-JF<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Motion For Final Approval Of Class Action Settlement and Motion For Attorneys' Fees set for hearing on February 18, 2011 are CONTINUED to February 25, 2011, at 9:00 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED:  2/2/11

For the Court
Richard W. Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk