RECEIVED
January 29, 2011

United States District Court
Northern District of California, San Jose
280 South 1st Street
San Jose, CA 95113

2011 FEB -4 A 9 54

Re: Apple Inc. Securities Litigation (Class Action)
Case No. C-06-5208-JF
**Objection to Settlement**

To the Court, counsel, and to whomever else it may concern:

I have been notified that I can opt in or out of a proposed settlement reached between the Plaintiffs' class and the Defendant and that I have the right to object to the settlement.

I object to the lawsuit, and do not believe it has any merit whatsoever. I wish to exclude myself from this "class" of people bringing this lawsuit, and completely dissociate myself from their actions. I do not believe any of the alleged actions by the Defendants harmed any member of the class. I believe this lawsuit is more harmful to investors than any of the allegedly 'harmful' actions by the Defendants, and I sincerely believe these kinds of lawsuits should not be encouraged or even permitted as a matter of law.

I will spare the Court my full opinion of this action, but I do urge the Court to take prudent measures to dissuade these types of lawsuits in the future. I would be in favor of barring or limiting attorneys fees and a recovery for this action.

My purchases in the class period were:

| Shares | Date | Price |
|---|---|---|
| 280 | January 10, 2005 | $35.02 |
| 380 | February 2, 2005 | $39.80 |
| 476 | February 15, 2005 | $43.90 |
| 263 | June 3, 2005 | $38.03 |
| 100 | October 12, 2005 | $49.51 |
| 141 | November 30, 2005 | $67.80 |
| 75 | February 21, 2006 | $69.25 |

Sincerely,

Charles S. Kyriazos
28-16 34th Street, Apt. 3F
Astoria, NY 11103
(646) 526-8819