1  Jay W. Eisenhofer (*admitted pro hac vice*)
   Michael J. Barry (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 North Market Street
   Wilmington, DE 19801
4  Tel:  302.622.7000
   Fax:  302.622.7100
5  jeisenhofer@gelaw.com

6  *Attorneys for Lead Plaintiff*
   *New York City Employees' Retirement System*
7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No.: C06-05208-JF <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF

I, Michael J. Barry, declare as follows:

On February 4, 2011, I caused the following documents to be served electronically:

**LEAD PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES and attached Exhibits**

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2011, in Wilmington, Delaware.

By:  /s/ *Michael J. Barry*
Michael J. Barry

2

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF