| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. No. 118304) |
| | SANDEEP N. SOLANKI (S.B. No. 244005) |
| 2 | VIVI T. LEE (S.B. No. 247513) |
| | O'MELVENY & MYERS LLP |
| 3 | Two Embarcadero Center |
| | 28th Floor |
| 4 | San Francisco, California  94111-3828 |
| | Telephone:   (415) 984-8700 |
| 5 | Facsimile:    (415) 984-8701 |
| | E-Mail:       griley@omm.com |
| 6 | ssolanki@omm.com |
| | vlee@omm.com |

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

1  I, Kathy Kirk, declare as follows:

2  I am a resident of the State of California and over the age of eighteen years, and not a

3  party to the above-referenced action.  My business address is 2765 Sand Hill Road, Menlo Park,

4  California 94025.

5  On February 4, 2011, I served the following documents:

**APPLE INC.'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

**DECLARATION OF VIVI LEE IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION [WITH EXHIBITS]**

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law
> Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2011, at Menlo Park, California.

By:  */s/ Kathy Kirk*
     Kathy Kirk

MP1:1204816.1

CERTIFICATE OF SERVICE
C06-05208-JF