Exhibit 1

# O'MELVENY & MYERS LLP

<table>
<tr><td>

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH

</td><td align="center">

2765 Sand Hill Road
Menlo Park, California 94025

TELEPHONE (650) 473-2600
FACSIMILE (650) 473-2601
www.omm.com

</td><td align="right">

NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

</td></tr>
</table>

OUR FILE NUMBER
27,559-151

February 4, 2011

WRITER'S DIRECT DIAL
(650) 473-2655

**VIA FEDEX**

WRITER'S E-MAIL ADDRESS
vlee@omm.com

Gary Sibley
Sibley Law Firm
2414 N. Akard Street, Suite 700
Dallas, TX 75201

                Re:    *In re Apple Inc. Sec. Litig.*, Case No. C06-5208-JF (N.D. Cal.)

Dear Mr. Sibley:

Enclosed please find the following documents filed with the Court on February 4, 2011:

- Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation; and

- Declaration of Vivi Lee in Support of Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation.

Please note that on February 2, 2011, the Clerk *sua sponte* continued the Settlement Fairness Hearing from February 18, 2011, to February 25, 2011, at 9:00 a.m.

Sincerely,

Vivi Lee
for O'MELVENY & MYERS LLP

Enclosures

cc:    Michael Barry (via email, without enclosures)

O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | **2765 Sand Hill Road** | NEW YORK |
| BRUSSELS | **Menlo Park, California 94025** | SAN FRANCISCO |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (650) 473-2600 | SINGAPORE |
| LONDON | FACSIMILE (650) 473-2601 | TOKYO |
| LOS ANGELES | **www.omm.com** | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

OUR FILE NUMBER
27,559-151

February 4, 2011

WRITER'S DIRECT DIAL
(650) 473-2655

**VIA FEDEX**

WRITER'S E-MAIL ADDRESS
vlee@omm.com

Charles S. Kyriazos
28-16 34th Street, Apt. 3F
Astoria, NY 11103

Re:   *In re Apple Inc. Sec. Litig.*, Case No. C06-5208-JF (N.D. Cal.)

Dear Mr. Kyriazos:

Enclosed please find the following documents filed with the Court on February 4, 2011:

- Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation; and

- Declaration of Vivi Lee in Support of Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation.

Please note that on February 2, 2011, the Clerk *sua sponte* continued the Settlement Fairness Hearing from February 18, 2011, to February 25, 2011, at 9:00 a.m.

Sincerely,

*Vivi Lee*

Vivi Lee
for O'MELVENY & MYERS LLP

Enclosures

cc:   Michael Barry (via email, without enclosures)

# O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

CENTURY CITY

HONG KONG

LONDON

LOS ANGELES

NEWPORT BEACH

**2765 Sand Hill Road**
**Menlo Park, California  94025**

TELEPHONE  (650) 473-2600
FACSIMILE  (650) 473-2601
www.omm.com

NEW YORK

SAN FRANCISCO

SHANGHAI

SINGAPORE

TOKYO

WASHINGTON, D.C.

OUR FILE NUMBER
27,559-151

February 4, 2011

**VIA FEDEX**

Winston Gouzoules
285 Bayside Road
Greenland, NH 03840

WRITER'S DIRECT DIAL
(650) 473-2655

WRITER'S E-MAIL ADDRESS
vlee@omm.com

Re:    *In re Apple Inc. Sec. Litig.*, **Case No. C06-5208-JF (N.D. Cal.)**

Dear Mr. Gouzoules:

Enclosed please find the following documents filed with the Court on February 4, 2011:

- Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation; and

- Declaration of Vivi Lee in Support of Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation.

Please note that on February 2, 2011, the Clerk *sua sponte* continued the Settlement Fairness Hearing from February 18, 2011, to February 25, 2011, at 9:00 a.m.

Sincerely,

Vivi Lee
for O'MELVENY & MYERS LLP

Enclosures

cc:    Michael Barry (via email, without enclosures)

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>CENTURY CITY<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEWPORT BEACH | 2765 Sand Hill Road<br>Menlo Park, California 94025<br><br>TELEPHONE (650) 473-2600<br>FACSIMILE (650) 473-2601<br>www.omm.com | NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, D.C. |

OUR FILE NUMBER
27,559-151

February 4, 2011

WRITER'S DIRECT DIAL
(650) 473-2655

**VIA FEDEX**

WRITER'S E-MAIL ADDRESS
vlee@omm.com

Fred Fekrat
50699 Haven Hill Lane
Granger, IN 46530

Re:   *In re Apple Inc. Sec. Litig.*, Case No. C06-5208-JF (N.D. Cal.)

Dear Mr. Fekrat:

Enclosed please find the following documents filed with the Court on February 4, 2011:

- Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation; and

- Declaration of Vivi Lee in Support of Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation.

Please note that on February 2, 2011, the Clerk *sua sponte* continued the Settlement Fairness Hearing from February 18, 2011, to February 25, 2011, at 9:00 a.m.

Sincerely,

Vivi Lee
for O'MELVENY & MYERS LLP

Enclosures

cc:   Michael Barry (via email, without enclosures)

# O'MELVENY & MYERS LLP

<table>
<tr><td>

BEIJING

BRUSSELS

CENTURY CITY

HONG KONG

LONDON

LOS ANGELES

NEWPORT BEACH

</td><td style="text-align:center">

2765 Sand Hill Road
Menlo Park, California 94025

TELEPHONE (650) 473-2600
FACSIMILE (650) 473-2601
www.omm.com

</td><td style="text-align:right">

NEW YORK

SAN FRANCISCO

SHANGHAI

SINGAPORE

TOKYO

WASHINGTON, D.C.

</td></tr>
</table>

OUR FILE NUMBER
27,559-151

February 4, 2011

WRITER'S DIRECT DIAL
(650) 473-2655

**VIA FEDEX**

WRITER'S E-MAIL ADDRESS
vlee@omm.com

Marshall J. Orloff and Ann S. Orloff
8661 Kilbourn Drive
La Jolla, CA 92037-2231

Re:    *In re Apple Inc. Sec. Litig.*, Case No. C06-5208-JF (N.D. Cal.)

Dear Drs. Orloff:

     Enclosed please find the following documents filed with the Court on February 4, 2011:

- Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation; and

- Declaration of Vivi Lee in Support of Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation.

     Please note that on February 2, 2011, the Clerk *sua sponte* continued the Settlement Fairness Hearing from February 18, 2011, to February 25, 2011, at 9:00 a.m.

Sincerely,

Vivi Lee
for O'MELVENY & MYERS LLP

Enclosures

cc:    Michael Barry (via email, without enclosures)

Exhibit 2

GEORGE A. RILEY (S.B. No. 118304)
SANDEEP N. SOLANKI (S.B. No. 244005)
VIVI T. LEE (S.B. No. 247513)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:      griley@omm.com
             ssolanki@omm.com
             vlee@omm.com

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE** |

1    I, Kathy Kirk, declare as follows:

2    I am a resident of the State of California and over the age of eighteen years, and not a

3    party to the above-referenced action.  My business address is 2765 Sand Hill Road, Menlo Park,

4    California 94025.

5    On February 4, 2011, I served the following documents:

6    **APPLE INC.'S REPLY IN SUPPORT OF MOTION FOR FINAL**
     **APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF**
7    **ALLOCATION**

8    **DECLARATION OF VIVI LEE IN SUPPORT OF APPLE INC.'S REPLY**
     **IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION**
9    **SETTLEMENT AND PLAN OF ALLOCATION**

10   by putting a true and correct copy thereof, in a sealed envelope, with delivery fees paid or

11   provided for, for delivery the next business day to:

12   Gary Sibley                                      Marshall J. Orloff and Ann S. Orloff
     Sibley Law Firm                                  8661 Kilbourn Drive
13   2414 N. Akard Street, Suite 700                  La Jolla, CA 92037-2231
     Dallas, TX 75201
14   *Attorney for George Sibley*

15   Fred Fekrat                                      Charles S. Kyriazos
     50699 Haven Hill Lane                            28-16 34th Street, Apt. 3F
16   Granger, IN 46530                                Astoria, NY 11103

17
     Winston Gouzoules
18   285 Bayside Road
     Greenland, NH 03840
19

20   and by placing the envelope for collection by the overnight courier in accordance with the firm's

21   ordinary business practices.  I am readily familiar with this firm's practice for collection and

22   processing of overnight courier correspondence.  In the ordinary course of business, such

23   correspondence collected from me would be processed on the same day, with fees thereon fully

24   prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express,

25   which is an overnight carrier.

26

27

28

CERTIFICATE OF SERVICE
C06-05208-JF

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed on February 24, 2011, at Menlo Park, California.

4                                                    By: _____ /s/ Kathy Kirk _____
                                                                                Kathy Kirk
5    MP1:1204817.1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
C06-05208-JF

Exhibit 3

**Lee, Vivi**

---

| | |
|---|---|
| **From:** | Solanki, Sandeep |
| **Sent:** | Friday, February 04, 2011 5:35 PM |
| **To:** | tfrank@gmail.com |
| **Cc:** | mbarry@gelaw.com; Riley, George; Lee, Vivi |
| **Subject:** | RE: In re Apple Inc. Sec. Litigation, Case No. C06-5208-JF |

Mr. Frank,

Please see the attached filings today.

Regards,
-Sandeep

      

Plaintiffs' Reply    Exhibit A to    Apple Reply ISO    Lee Declaration
ISO Final Ap...    Plaintiffs' Reply...    Final Approval...    ISO Final Appr...

---

**From:** Perez, Lisa
**Sent:** Thursday, January 13, 2011 5:37 PM
**To:** tfrank@gmail.com
**Cc:** mbarry@gelaw.com; Riley, George; Lee, Vivi; Solanki, Sandeep
**Subject:** In re Apple Inc. Sec. Litigation, Case No. C06-5208-JF: Letter from George Riley


  << File: Frankltr.pdf >>
Please find attached.  Lisa

**Lisa M. Perez**
**Assistant to George A. Riley**
**O'Melveny & Myers LLP**
(415) 477-4520
lperez@omm.com

*This message and any attached documents contain information from the law firm*
*of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are*
*not the intended recipient, you may not read, copy, distribute, or use this*
*information. If you have received this transmission in error, please notify the*
*sender immediately by reply e-mail and then delete this message.*

Exhibit 4

**Lee, Vivi**

| | |
|---|---|
| **From:** | Charles Kyriazos [ckyriazos@gmail.com] |
| **Sent:** | Tuesday, February 08, 2011 10:15 AM |
| **To:** | Lee, Vivi |
| **Subject:** | Apple's Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation |

Vivi,
I saw my letter objecting to this lawsuit in your recent filings, thanks for mailing them to me.  I had no idea my letter would have caused you additional work or that it was in Apple's interest to let the settlement proceed smoothly and without objection, sorry about that.  I just didn't see merit in this lawsuit, and that's what I wished to convey to the Court and plaintiff's counsel.  Had I known you'd have to explain my objection to gain approval, I would have just filed a claim like everyone else (I bought 1,715 shares during that period).

Regards,

Charles Kyriazos
(646) 526-8819

Exhibit 5

*Silvia & Jobst von Bruchhausen*
*Forstmannstr. 81 A*
*45239 Essen*
*Germany*

*von Bruchhausen, Forstmannstr. 81A, 45239 Essen -Germany*

Claims Administrator
In re Apple Inc.
Securities Litigation
PO Box 6809
**Portland, OR 97228-6809**
**USA**

**REF:** In Re APPLE Inc. Securities Litigation
      Case No. C-06-5208-JF
      Class Action

Essen, 2011-02-08

Gentlemen,
We, the above stated Silvia and Jobst von Bruchhausen hereby kindly ask you to
EXCLUDE us from the above (or any other) Class Action of Litigation.

We have no knowledge of ever having purchased, sold or traded with the stocks of this
claim.
We have never had or submitted any proof or supporting documents for this claim.

If there is any registration in your files, which could lead to any claim right, or refund
pretension, we both herewith declare our renunciation to it, or to any possible
advantage in respect to payment/restitution value.

We wish to be excluded from this claim and DO NOT WISH TO RECEIVE ANY FURTHER
CORRESPONDENCE REFERRING TO THIS CLAIM AS FROM NOW ON.

The Proof of Claim, which you sent us in January and that should be returned no later
than January 21, 2011 reached us on January 26, 2011. No chance to answer in time.

Therefore we kindly ask you to DEFINITIVELY DELETE OUR ADRESS FROM YOUR
addresses list.

Regards,

*Silvia von Bruchhausen*                    *Jobst von Bruchhausen*

Copy to: Plaintiff's Lead Counsel, Grant & Eisenhofer P.A., Jay Eisenhofer, Michael Barry, 1201 N. Market
St., **Wilmington, DE 19801, USA**