UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF<br><br>CLASS ACTION |
|---|---|

## SECOND SUPPLEMENTAL DECLARATION OF CLAIMS ADMINISTRATOR

I, ROBERT OSEAS, declare as follows:

1. I am a Project Manager employed by Epiq Class Action and Claims Solutions Inc., ("Epiq"), f/k/a Poorman-Douglas Corp., the Claims Administrator designated in the Amended Stipulation and Agreement of Settlement in this matter and approved by the Court in its Amended Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing ("Amended Preliminary Approval Order"). *See* Doc. 134-1 at ¶1.6 and Doc. 139 at ¶8.

2. I am overseeing and am fully familiar with the notice implementation actions taken by Epiq in connection with the Settlement, as described below. This Declaration is based upon my personal knowledge and information provided to me by associates and staff under my supervision and is accurate and truthful to the best of my knowledge.

3. I submit this declaration as a supplement to my declarations of January 7, 2011 and February 4, 2011 (both attached hereto as **Attachment A**) to further describe and provide proof of the administrative activities conducted after February 3, 2011. I respectfully refer the Court to my previous declarations for details about the notice program and the claims administration process through February 3, 2011.

## MAILING OF THE NOTICE AND PROOF OF CLAIM

4. As of February 23, 2011, a total of 1,221,135 copies of the Notice and Proof of Claim have been mailed to potential Class Members or their banks, brokers or other nominees.

SECOND SUPPLEMENTAL DECLARATION OF CLAIMS ADMINISTRATOR

1

Some copies of the Notice and Proof of Claim have been returned as undeliverable. Epiq has attempted to re-mail the Notice and Proof of Claim to a different address, but approximately 55,715 records remain undeliverable.[1]

5. As stated in my Supplemental declaration, as of February 3, 2011, Epiq received correspondence from three individuals who claim to have received the Notice and Proof of Claim on or shortly before January 21, 2011. On or about February 16, 2011, Epiq received an exclusion request from Silvia and Jobst von Bruchhausen, dated February 8, 2011 (attached hereto as **Attachment C**). The von Bruchhausens appear to reside in Germany and state that they received the "Proof of Claim" on January 26, 2011. They also state have that they have no knowledge of having purchased or sold Apple stock. As of February 23, 2011, Epiq has not received any other correspondence or telephone calls from any Class Member who has indicated concern regarding the timeliness of the Notice.

## OTHER CONTACT WITH BANKS, BROKERS AND NOMINEES

6. Since February 3, 2011, Epiq has continued to reach out to banks, brokers and nominees and encourage them to complete their research for the notice process or to remind them of the various deadlines established by the Court. Epiq has focused on the ten entities who are historically among the largest claim filers in similar Class Actions, though Epiq has worked with other banks, brokers and nominees by phone or e-mail, as well. We have been advised by several nominees that they intend to file claims on behalf of their clients before the March 15, 2011 Proof of Claim deadline.

## TOLL-FREE TELEPHONE NUMBER, EMAIL ADDRESS AND WEBSITE

7. As stated in my previous declarations, Epiq created and continues to maintain a toll-free information line which, in addition to providing recorded information about the Settlement, allows callers to speak with a live representative or request a Notice and Proof of Claim. As of February 23, 2011, Epiq has received 3,143 calls to the toll-free number. Of these callers, 1,479 have chosen to speak with a live representative, and 96 callers have requested

---

[1] A summary of the figures discussed in this and my previous declarations is attached hereto as **Attachment B**.

1 copies of the Notice and Proof of Claim.

2  8. Epiq also established an email address, questions@applesecuritiessettlement.com, for Class Members and other interested persons to contact the Claims Administrator. As of February 23, 2011, Epiq has received 507 emails.

9. As stated in my previous declarations, Epiq established and continues to maintain a settlement website, www.applesecuritiessettlement.com.

10. On February 8, 2011, Epiq made the following additional documents accessible through this website:

- Lead Plaintiff's Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation and Application for Attorneys' Fees and Reimbursement of Expenses
- Exhibit A to Lead Plaintiff's Reply
- Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation
- Declaration of Vivi Lee in Support of Apple Inc.'s Reply in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation

As of February 23, 2011, this website has been accessed by 18,261 visitors.

**REQUESTS FOR EXCLUSION**

11. Epiq has designated a post office box address to receive correspondence about the Settlement from Class Members, including Requests for Exclusion. The Notice directs that all Requests for Exclusion be postmarked no later than January 21, 2011. As stated in my previous declaration, as of February 3, 2011, Epiq had received 19 Requests for Exclusion. On February 16, 2011, we received one additional Request for Exclusion from a potential Class Member (the von Bruchhausens' request mentioned in Paragraph 5 above). Thus, as of February 23, 2011, Epiq has received 20 Requests for Exclusion. Under the Amended Preliminary Approval Order, Class Members who wish to be excluded are directed to identify the date(s), price(s) and number of shares of all purchases and sales of Apple common stock made during the Class Period. Of the 20 potential Class Members who have requested exclusion, two potential Class Members—

including the von Bruchhausens— have indicated that they made no purchases of Apple common stock during the Class Period, and seven have not included information about their purchases or sales. The remaining 11 Class Members have reported purchases totaling 3,425 shares and reported sales totaling 590 shares. An updated list of each potential Class Member requesting exclusion, as well as the number of shares reported purchased and sold by each, is attached hereto as **Attachment D**.

## PROOFS OF CLAIM

12. Epiq has designated a post office box address for the Settlement to receive Proofs of Claim. This address appears on the Proof of Claim, Notice, and website, and is available through the toll-free telephone line. Class Members and nominees also have the option to submit their Proofs of Claim and supporting documentation electronically at www.applesecuritiessettlement.com. As stated in my previous declaration, as of February 3, 2011, Epiq received a total of 18,653 Proofs of Claim. Since February 3, 2011, Epiq has received an additional 10,387 Proofs of Claim, for a total of 29,040 as of February 23, 2011. These 29,040 Proofs of Claim purport to represent purchases of over 603 million shares of Apple stock during the Class Period. 17,676 Proofs of Claim were submitted via the post office box, an additional 2,330 were submitted by individual Class Members via the website, and 9,034 were submitted electronically by banks, brokers or other nominees.

## CLAIMS PROCESSING

13. Epiq has begun to process Proofs of Claims and follow up with Class Members regarding deficiencies. As of February 23, 2011, Epiq has processed a total of 27,531 Proofs of Claim. Of this total, 5,242 claims have been found to have one or more unresolved deficiencies. 22,289 Proofs of Claim have no unresolved deficiencies, though 9,027 Proofs of Claim have been flagged for further review. As of February 23, 2011, Epiq has completed a manual review of 4,836 Proofs of Claim.

14. Epiq has estimated the Recognized Claim according to the Plan of Allocation for 27,531 of the 29,040 Proofs of Claim submitted to date. As of February 23, 2011, Epiq's calculations show the following: (i) 21,267 Proofs of Claim have a Recognized Claim of zero

($0.00); (ii) 192 Proofs of Claim have a Recognized Claim greater than $0.00 but less than $5.00; and (iii) 6,072 Proofs of Claim have a Recognized Claim greater than $5.00. In aggregate, these 6,264 Proofs of Claim represent $9,373,772.13 in value of Recognized Claims. Epiq will continue to process Proofs of Claim as they are received in accordance with the Plan of Allocation.

_____
Robert Oseas

Subscribed and sworn to before me this 23rd of February, 2011.

_____
NOTARY PUBLIC

My Commission Expires: 11/23/12

OFFICIAL SEAL
SARA ANN KNUDSEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 434504
MY COMMISSION EXPIRES NOVEMBER 23, 2012