# Attachment B

# Attachment B - Summary Report

| MAILING OF THE NOTICE AND PROOF OF CLAIM | |
|---|---|
| Notices mailed | 1,221,135 |
| Undeliverable addresses | 55,715 |

| TOLL-FREE TELEPHONE NUMBER, EMAIL ADDRESS AND WEBSITE | |
|---|---|
| Call received to the toll-free number | 3,143 |
| Callers speaking to a live representative | 1,479 |
| Callers requesting copies of the Notice and Proof of Claim | 96 |
| Emails received | 507 |
| Website visitors | 18,261 |

| PROOFS OF CLAIM | |
|---|---|
| Total Proofs of Claim received | 29,040 |
| *-Submitted via post office box* | *17,676* |
| *-Submitted via the website* | *2,330* |
| *-Submitted electronically* | *9,034* |
| Purchases represented in shares | 603,016,207 |

| CLAIMS PROCESSING | |
|---|---|
| Total Proofs of Claim processed | 27,531 |
| *-One or more unresolved deficiency* | *5,242* |
| *-No unresolved deficiencies* | *22,289* |
| Claims manually reviewed by Epiq | 4,836 |
| Estimated Recognized Claim | $9,373,772 |
| *-Claims with RC of $0.00* | *21,267* |
| *-Claims with RC between $0.00 and $5.00* | *192* |
| *-Claims with RC above $5.00* | *6,072* |

Epiq Class Action & Claims Solutions                                         February 23, 2011