# Attachment C

*Silvia & Jobst von Bruchhausen*
*Forstmannstr. 81 A*
*45239 Essen*
*Germany*

*von Bruchhausen, Forstmannstr. 81A, 45239 Essen -Germany*

Claims Administrator
In re Apple Inc.
Securities Litigation
PO Box 6809
**Portland, OR 97228-6809**
**USA**

**REF:** In Re APPLE Inc. Securities Litigation
        Case No. C-06-5208-JF
        Class Action

Essen, 2011-02-08

Gentlemen,
We, the above stated Silvia and Jobst von Bruchhausen hereby kindly ask you to
EXCLUDE us from the above (or any other) Class Action of Litigation.

We have no knowledge of ever having purchased, sold or traded with the stocks of this
claim.
We have never had or submitted any proof or supporting documents for this claim.

If there is any registration in your files, which could lead to any claim right, or refund
pretension, we both herewith declare our renunciation to it, or to any possible
advantage in respect to payment/restitution value.

We wish to be excluded from this claim and DO NOT WISH TO RECEIVE ANY FURTHER
CORRESPONDENCE REFERRING TO THIS CLAIM AS FROM NOW ON.

The Proof of Claim, which you sent us in January and that should be returned no later
than January 21, 2011 reached us on January 26, 2011. No chance to answer in time.

Therefore we kindly ask you to DEFINITIVELY DELETE OUR ADRESS FROM YOUR
addresses list.

Regards,

*Silvia von Bruchhausen*                    *Jobst von Bruchhausen*

Copy to: Plaintiff's Lead Counsel, Grant & Eisenhofer P.A., Jay Eisenhofer, Michael Barry, 1201 N. Market
St., **Wilmington, DE 19801, USA**





**Deutsche Post** 09.02.11

*FILIALE* F10118F201 **0.75 EUR**



9722886809 B045