1 | JAY W. EISENHOFER (*admitted pro hac vice*)
2 | MICHAEL J. BARRY (*admitted pro hac vice*)
   | GRANT & EISENHOFER P.A.
3 | Chase Manhattan Centre
   | 1201 N. Market Street
4 | Wilmington, Delaware 19801
   | Telephone:   (302) 622-7000
5 | Facsimile:    (302) 622-7100
   | E-Mail:       jeisenhofer@gelaw.com
6 |               mbarry@gelaw.com

*Attorneys for Lead Plaintiff New York City Employees' Retirement System*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | CASE NO. C-06-05208-JF <br><br> <u>CLASS ACTION</u> <br><br> **LEAD PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CLAIMS ADMINISTRATOR IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT** <br><br> Date:      February 25, 2011 <br> Time:      9:00 a.m. <br> Courtroom: 3, 5th Floor <br> Judge:     Hon. Jeremy Fogel |

In advance of the Court's hearing on February 25, 2011, Lead Plaintiff hereby submits the Second Supplemental Declaration of Robert Oseas of the claims administrator, Epiq Class Action and Claims Solutions Inc., updating his February 4, 2011, declaration submitted in support of final approval of the Settlement, and updating the Court as to the notice program and claims administration activities conducted after February 3, 2011.

Dated:  February 24, 2011                    Respectfully submitted,

                                             **GRANT & EISENHOFER P.A.**


                                             　　*/s/ Michael J. Barry*
                                                 MICHAEL J. BARRY

                                             JAY W. EISENHOFER
                                             MICHAEL J. BARRY
                                             Chase Manhattan Centre
                                             1201 N. Market Street
                                             Wilmington, Delaware 19801
                                             Telephone:     (302) 622-7000
                                             Facsimile:     (302) 622-7100

                                             *Attorneys for Lead Plaintiff New York City Employees' Retirement System*