GEORGE A. RILEY (S.B. No. 118304)
SANDEEP N. SOLANKI (S.B. No. 244005)
VIVI T. LEE (S.B. No. 247513)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:      griley@omm.com
             ssolanki@omm.com
             vlee@omm.com

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

1    I, Kathy Kirk, declare as follows:

2    I am a resident of the State of California and over the age of eighteen years, and not a

3    party to the above-referenced action.  My business address is 2765 Sand Hill Road, Menlo Park,

4    California 94025.

5    On February 25, 2011, I served the following documents:

6    **NOTICE OF WITHDRAWAL OF DR. GEORGE SIBLEY'S OBJECTION
     TO SETTLEMENT, PLAN OF ALLOCATION, AND PLAINTIFFS' LEAD**

7    **COUNSEL'S FEE PETITION [WITH EXHIBIT]**

8

9    by forwarding the documents as PDF files attached to an e-mail sent to the following Designated

10   Internet Site:

11                          Securities Class Action Clearinghouse
                            Stanford University School of Law

12                          Crown Quadrangle
                            Stanford, CA 94305-8612

13                          scac@law.stanford.edu

14

15   I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct.

17   Executed on February 25, 2011, at Menlo Park, California.

18                          By:_____/s/ Kathy Kirk_____
                                                Kathy Kirk

19   MP1:1205688.1

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
C06-05208-JF