GARY W. SIBLEY
THE SIBLEY FIRM
2414 N. Akard, 7Suite 702
Dallas, Texas 75201
(214) 522-5222
g@juris.cc
*Attorney for Objector - George Sibley, et al Trustee*





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: Apple Inc. Securities Litigation | Case No. 5:06-cv-05208-JF |
| this document relates to all actions | **CLASS ACTION** |

## MOTION TO WITHDRAW THE SIBLEY OBJECTION

Objector George Sibley files this Motion to Withdraw Objection and for cause would state:

1. Objector no longer wishes to pursue his objection because the time for filing a claim has been extended. He may now file his claim.

2. Neither Objector Sibley or his counsel has been paid or received anything of value, other than the extension of the claim filing deadline, for withdrawing his objection.

3. Objector Sibley asks the Court to grant his withdrawal.

Respectfully submitted,

_____
Gary W. Sibley
Bar No.# 18337700
The Sibley Firm
2414 N. Akard, Suite 650
Dallas, Texas 75201
214-522-5222; Fax: 214-855-4848
Email: g@juris.cc

ATTORNEYS FOR OBJECTOR
GEORGE SIBLEY, ET AL. TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion was served has been served via email this 25th day of February, 2011, upon:

Jay W. Eisenhofer
Michael J. Barry
Grant & Eisenhofer P.A.
1201 N. Market Street
Wilmington, DE 19801

*Plaintiffs' Lead Counsel*

Theodore H. Frank (SBN 196332)
tedfrank@gmail.com
Center for Class Action Fairness
1718 M. Street NW, No. 236
Washington, DC 20036

*Attorney for Objector Patrick Pezzati*

Vivi Lee
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
viee@omm.com

*Attorney for Apple, Inc.*

_____
Gary W. Sibley