GARY W. SIBLEY
THE SIBLEY FIRM
2414 N. Akard, 7Suite 702
Dallas, Texas 75201
(214) 522-5222
g@juris.cc
*Attorney for Objector - George Sibley, et al Trustee*



RECEIVED

2011 MAR -1  A 11: 26

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: Apple Inc. Securities Litigation | Case No. 5:06-cv-05208-JF |
| this document relates to all actions | **CLASS ACTION** |



### ORDER GRANTING MOTION TO WITHDRAW THE SIBLEY OBJECTION

Came on to be heard the Motion to Withdraw the Sibley Objection, and the Court having considered the Motion, finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Motion of George Sibley to Withdraw his Objection be granted.

Dated _____, 2011.


                                                    The Honorable Jeremy Fogel
                                                    United States District Judge

ORDER - Solo Page