UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing,  February 24, 2011        Time: 7 mins
**Case Number:** CV-06-5208-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**    IN RE APPLE INC. SECURITIES LITIGATION

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Michael Barry  Patrice Bishop | Attorneys Present: George Riley  Theodore Frank, Brandon Wisoff |

PROCEEDINGS:

Hearing on Motion for Final Approval of Settlement and Motion for Attorneys Fees held.  Parties are present.  The Court takes the motions under submission.