GARY W. SIBLEY
THE SIBLEY FIRM
2414 N. Akard, 7Suite 702
Dallas, Texas 75201
(214) 522-5222
g@juris.cc
*Attorney for Objector - George Sibley, et al Trustee*



RECEIVED

2011 MAR -1  A 11: 26

CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION



| In Re: Apple Inc. Securities Litigation | Case No. 5:06-cv-05208-JF |
|---|---|
| this document relates to all actions | **CLASS ACTION** |

### ORDER GRANTING MOTION TO
### WITHDRAW THE SIBLEY OBJECTION

    Came on to be heard the Motion to Withdraw the Sibley Objection, and the Court having

considered the Motion, finds that it is well-taken and should be granted.

    IT IS THEREFORE ORDERED that the Motion of George Sibley to Withdraw his

Objection be granted.

Dated     3/4            , 2011.


The Honorable Jeremy Fogel
United States District Judge

ORDER - Solo Page