Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
| | CLASS ACTION |

## THIRD SUPPLEMENTAL DECLARATION OF CLAIMS ADMINISTRATOR

I, ROBERT OSEAS, declare as follows:

1.    I am a Project Manager employed by Epiq Class Action and Claims Solutions Inc., ("Epiq"), f/k/a Poorman-Douglas Corp., the Claims Administrator designated in the Amended Stipulation and Agreement of Settlement in this matter and approved by the Court in its Amended Order Preliminarily Approving Settlement, Directing Notice of Settlement, and Scheduling Settlement Fairness Hearing ("Amended Preliminary Approval Order"). *See* Doc. 134-1 at ¶1.6 and Doc. 139 at ¶8.

2.    I am overseeing and am fully familiar with the notice implementation actions taken by Epiq in connection with the Settlement, as described below.  This Declaration is based on my personal knowledge and information provided to me by associates and staff under my supervision and is accurate and truthful to the best of my knowledge.

3.    I submit this declaration as a supplement to my declarations of January 7, 2011, February 4, 2011, and February 23, 2011 (all attached hereto as **Attachment A**) to further describe and provide proof of the administrative activities conducted after February 23, 2011.  I respectfully refer the Court to my previous declarations for details about the notice program and the claims administration process through February 23, 2011.

4.    As of March 14, 2011, Epiq has received 76,820 Proofs of Claim.  As discussed below, Epiq has estimated the Recognized Claims for 64,684 of these 76,820 Proofs of Claim according to the Plan of Allocation.  Of the 64,684 Proofs of Claim, Epiq's calculations show that

1    18,425 Proofs of Claim have a Recognized Claim greater than $5.00 and represent
2    $48,180,424.75 in value of Recognized Claims.

3                    **MAILING OF THE NOTICE AND PROOF OF CLAIM**

4         5.      As stated in my previous declarations, Epiq mailed 5,804 copies of the Notice and
5    Proof of Claim to known banks, brokers and other nominees on December 9, 2010, and sent the
6    same documents electronically to the 365 banks, brokers and nominees for which Epiq had
7    obtained email addresses. The Nominee Cover Letter included in the notice package directs each
8    institution to compile a list of potential Class Members in order to provide notice by one or more
9    of the following mechanisms:  (i) send copies of the Notice and Proof of Claim to such potential
10   Class Members directly, (ii) send an electronic list of names and addresses to Epiq for mailing, or
11   (iii) send Epiq pre-printed address labels with the mailing information for potential Class
12   Members, which Epiq could then use to mail a Notice and Proof of Claim. The instructions also
13   requested that the banks, brokers and nominees complete their research within 14 days, in
14   accordance with the Amended Preliminary Approval Order. As of February 23, 2011, Epiq had
15   mailed a total of 1,221,135 copies of the Notice and Proof of Claim to potential Class Members or
16   their banks, brokers or other nominees.

17        6.      On February 28, 2011, TD Ameritrade provided an electronic list of approximately
18   132,545 names and addresses of potential Class Members to Epiq. Epiq completed the mailing of
19   the Notice and Proof of Claim based on TD Ameritrade's information on March 4, 2011. TD
20   Ameritrade was included in the original mailing to banks, brokers and nominees on December 9,
21   2010, and was also sent the notice package electronically. Epiq also contacted TD Ameritrade by
22   phone and email after December 9, 2010, to encourage TD Ameritrade to complete its research
23   for the notice process.

24        7.      As of March 14, 2011, a total of 1,365,734 copies of the Notice and Proof of
25   Claim have been mailed to potential Class Members or their banks, brokers or other nominees.
26   Some copies of the Notice and Proof of Claim have been returned as undeliverable. Epiq has
27   attempted to re-mail the Notice and Proof of Claim to a different address, but approximately

28

1   61,738 records remain undeliverable.[1]

2   8.   As stated in my Second Supplemental declaration, as of February 23, 2011, Epiq

3   received correspondence from three individuals who claim to have received the Notice and Proof

4   of Claim on or shortly before January 21, 2011.  On or about February 16, 2011, Epiq received an

5   exclusion request from two individuals who stated that they received the "Proof of Claim" on

6   January 26, 2011, but that they had no knowledge of having purchased or sold Apple stock.  On

7   March 14, 2011, Apple's counsel forwarded Epiq an email from an individual who appears to

8   reside in Venezuela and states that he received the Notice on March 13, 2011.  Epiq has

9   determined that it mailed the Notice and Proof of Claim to this individual on January 11, 2011, in

10  response to a request from a nominee on January 4, 2011.

11  **OTHER CONTACT WITH BANKS, BROKERS AND NOMINEES**

12  9.   Since February 23, 2011, Epiq has continued to reach out to banks, brokers and

13  nominees and encourage them to complete their research for the notice process or to remind them

14  of the various deadlines established by the Court.  Epiq has focused on the ten entities who are

15  historically among the largest claim filers in similar Class Actions, though Epiq has worked with

16  other banks, brokers and nominees by phone or e-mail, as well.  Several of those entities have

17  now filed claims on behalf of their clients.

18  **TOLL-FREE TELEPHONE NUMBER, EMAIL ADDRESS AND WEBSITE**

19  10.   As stated in my previous declarations, Epiq created and continues to maintain a

20  toll-free information line which, in addition to providing recorded information about the

21  Settlement, allows callers to speak with a live representative or request a Notice and Proof of

22  Claim.  As of March 14, 2011, Epiq has received 5,091 calls to the toll-free number.  Of these

23  callers, 2,399 have chosen to speak with a live representative, and 114 callers have requested

24  copies of the Notice and Proof of Claim.

25  11.   Epiq also established an email address, questions@applesecuritiessettlement.com,

26  for Class Members and other interested persons to contact the Claims Administrator.  As of

27

28  [1] A summary of the figures discussed in this and my previous declarations is attached hereto as **Attachment B**.

1   March 14, 2011, Epiq has received 876 emails.

2         12.    As stated in my previous declarations, Epiq established and continues to maintain
3   a settlement website, www.applesecuritiessettlement.com.  As of March 14, 2011, this website
4   has been accessed by 27,353 visitors.

5   **REQUESTS FOR EXCLUSION AND OBJECTIONS**

6         13.    Epiq has designated a post office box address to receive correspondence about the
7   Settlement from Class Members, including Requests for Exclusion.  The Notice directs that all
8   Requests for Exclusion be postmarked no later than January 21, 2011.  As stated in my previous
9   declaration, as of February 23, 2011, Epiq has received 20 Requests for Exclusion.  Under the
10  Amended Preliminary Approval Order, Class Members who wish to be excluded are directed to
11  identify the date(s), price(s) and number of shares of all purchases and sales of Apple common
12  stock made during the Class Period.  Of the 20 potential Class Members who have requested
13  exclusion, two potential Class Members have indicated that they made no purchases of Apple
14  common stock during the Class Period, and seven have not included information about their
15  purchases or sales.  The remaining 11 Class Members have reported purchases totaling 3,425
16  shares and reported sales totaling 590 shares.  A list of each potential Class Member requesting
17  exclusion, as well as the number of shares reported purchased and sold by each, is attached hereto
18  as **Attachment C**.

19        14.    On or about February 25, 2011, Epiq received an objection from Geoffrey H.
20  Wood, postmarked February 22, 2011 (attached hereto as **Attachment D**).  We have determined
21  that Epiq mailed a copy of the Notice and Proof of Claim to Mr. Wood on January 7, 2011, in
22  response to mailing information provided to us by a nominee on December 22, 2010.  Epiq
23  mailed Mr. Wood another copy of the Notice and Proof of Claim on January 11, 2011, in
24  response to a request from a different nominee on January 4, 2011.  Mr. Wood states that he
25  purchased approximately 180 shares of Apple common stock during the Class Period.  Mr. Wood
26  acknowledges that he "fail[ed] to file [ ]his objection in a timely manner."  Other than Mr.
27  Wood's objection and the objections previously filed with the Court, Epiq has not received any
28  other objections as of March 14, 2011.

THIRD SUPPLEMENTAL DECLARATION OF CLAIMS ADMINISTRATOR
4

1

**PROOFS OF CLAIM**

2          15.     Epiq has designated a post office box address for the Settlement to receive Proofs

3   of Claim.  This address appears on the Proof of Claim, Notice, and website, and is available

4   through the toll-free telephone line.  Class Members and nominees also have the option to submit

5   their      Proofs      of      Claim      and      supporting      documentation      electronically      at

6   www.applesecuritiessettlement.com.  As stated in my previous declaration, as of February 23,

7   2011, Epiq had received a total of 29,040 Proofs of Claim.  Since February 23, 2011, Epiq has

8   received an additional 47,780 Proofs of Claim, for a total of 76,820 as of March 14, 2011.  These

9   76,820 Proofs of Claim purport to represent purchases of over 1.099 billion shares of Apple stock

10  during the Class Period.  As of March 14, 2011, 26,744 Proofs of Claim have been submitted via

11  the post office box, an additional 4,471 have been submitted by individual Class Members via the

12  website, and 45,605 were submitted electronically by banks, brokers or other nominees.

13

**CLAIMS PROCESSING**

14         16.     Epiq has begun to process Proofs of Claims and follow up with Class Members

15  regarding deficiencies.  As of March 14, 2011, Epiq has processed a total of 64,684 Proofs of

16  Claim.  Of this total, 13,730 claims have been found to have one or more unresolved deficiencies.

17  50,954 Proofs of Claim have no unresolved deficiencies, though 18,312 Proofs of Claim have

18  been flagged for further review.  As of March 14, 2011, Epiq has completed a manual review of

19  18,604 Proofs of Claim.

20         17.     Epiq has estimated the Recognized Claims according to the Plan of Allocation for

21  64,684 of the 76,820 Proofs of Claim submitted to date.   As of March 14, 2011, Epiq's

22  calculations show the following: (i) 45,987 Proofs of Claim have a Recognized Claim of zero

23  ($0.00); (ii) 272 Proofs of Claim have a Recognized Claim greater than $0.00 but less than $5.00;

24  and (iii) 18,425 Proofs of Claim have a Recognized Claim greater than $5.00.  In aggregate, these

25  64,684 Proofs of Claim represent **$48,180,424.75** in value of Recognized Claims.  Epiq will

26  continue to process Proofs of Claim as they are received in accordance with the Plan of

27  Allocation.

28

1
2
                Robert Oseas
3
4
5    Subscribed and sworn to before me this 15th of March, 2011.
6
7  
8                  NOTARY PUBLIC
9
10  My Commission Expires: Oct. 16, 2011
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28