# Attachment B

# Attachment B - Summary Report

| MAILING OF THE NOTICE AND PROOF OF CLAIM | |
|---|---|
| Notices mailed | 1,365,740 |
| Undeliverable addresses | 58,892 |

| TOLL-FREE TELEPHONE NUMBER, EMAIL ADDRESS AND WEBSITE | |
|---|---|
| Call received to the toll-free number | 5,091 |
| Callers speaking to a live representative | 2,399 |
| Callers requesting copies of the Notice and Proof of Claim | 114 |
| Emails received | 876 |
| Website visitors | 27,353 |

| PROOFS OF CLAIM | |
|---|---|
| Total Proofs of Claim received | 76,820 |
| *-Submitted via post office box* | *26,744* |
| *-Submitted via the website* | *4,471* |
| *-Submitted electronically* | *45,605* |
| Purchases represented in shares | 1,099,254,235 |

| CLAIMS PROCESSING | |
|---|---|
| Total Proofs of Claim processed | 64,684 |
| *-One or more unresolved deficiency* | *13,730* |
| *-No unresolved deficiencies* | *50,954* |
| Claims manually reviewed by Epiq | 18,604 |
| Estimated Recognized Claim | $48,180,968 |
| *-Claims with RC of $0.00* | *45,987* |
| *-Claims with RC between $0.00 and $5.00* | *272* |
| *-Claims with RC above $5.00* | *18,425* |

Epiq Class Action & Claims Solutions                                                February 23, 2011