# Attachment C

## Attachment C - Requests For Exclusion

| # | Name | Address | City | State | Zipcode | Country | Postmark Date | Shares Purchased | Shares Sold |
|---|------|---------|------|-------|---------|---------|---------------|------------------|-------------|
| 1 | DIXIE J ALLEN | 352 RAINTREE DR | ALTOONA | FL | 32702 | United States | 1/15/2011 | 0 | 0 |
| 2 | ERIC MATTHEWS | 17 FRIAR GATE COURT | DERBY | | DE1 1HE | United Kingdom | 1/18/2011 | 150 | 0 |
| 3 | HELEN C NISTER | 5059 QUAIL RUN ROAD #25 | RIVERSIDE | CA | 92507 | United States | 1/18/2011 | 200 | 200 |
| 4 | JULIETTE PRASSINOS | 5366 SARATOGA AVE | YOUNGSTOWN | OH | 445154075 | United States | 1/18/2011 | 100 | 0 |
| 5 | LAURA HIRSHMAN | 3416 COWELL PLACE | CINCINNATI | OH | 452201502 | United States | 1/18/2011 | - | - |
| 6 | SAMUEL C PICKENS | 159 MECHANIC STREET PO BOX 519 | BARRE | MA | 1005 | United States | 1/18/2011 | 200 | 0 |
| 7 | DONALD J BLAKESLEE | 1188 GLEBE RD PO BOX 353 | LOTTSBURG | VA | 22511 | United States | 1/19/2011 | 32 | 0 |
| 8 | JAMES MANZ | 1205 NILES ST SW | MASSILLON | OH | 44647 | United States | 1/19/2011 | - | - |
| 9 | NELSON CONTI | 164 FERNE COURT | PALO ALTO | CA | 94306 | United States | 1/19/2011 | 3 | 0 |
| 10 | SARA L BRUNS | 9404 CROWNSPOINT CIRCLE | AUSTIN | TX | 78748 | United States | 1/19/2011 | 100 | 100 |
| 11 | GERARD P OSIKA | 30 KINGSFORD CRES | KANATA | ON | K2K1T4 | Canada | 1/20/2011 | - | - |
| 12 | NANCY K TAYLOR | PO BOX 690 | CEDAR KEY | FL | 32625 | United States | 1/20/2011 | 400 | 0 |
| 13 | ROBERT C HARTUNG | 9205 PARKWOOD CT | FORT MYERS | FL | 339082829 | United States | 1/20/2011 | 325 | 290 |
| 14 | NALINI B ZIEMAN | 6904 BRANDYWINE LP NE | ALBUQUERQUE | NM | 871111065 | United States | 1/21/2011 | - | - |
| 15 | CHRISTOPHER J CASEBOLT | 3595 ENDICOTT DR | BOULDER | CO | 80305 | United States | 1/22/2011 | 200 | 0 |
| 16 | DIANE C BARON | 1573 PALISADES DRIVE | PACIFIC PALISIADES | CA | 90272 | United States | 1/22/2011 | - | - |
| 17 | LAURA A JAGER | 820 S QUINCY ST | HINSDALE | IL | 60521 | United States | 1/24/2011 | - | - |
| 18 | STEPHANIE LIM | 1711 McCOWAN ROAD PO BOX 41629 | SCARBOROUGHT | ON | M1S 2Y3 | Canada | 1/24/2011 | - | - |
| 19 | CHARLES KYRIAZOS | 2816 34TH ST APT 3F | ASTORIA | NY | 11103-5000 | United States | 1/31/2011 | 1,715 | 0 |
| 20 | SILVIA & JOBST VON BRUCHHAUSEN | FORSTMANNSTR. 81 A | ESSEN | | 45239 | Germany | 2/9/2011 | 0 | 0 |