

# O'MELVENY & MYERS LLP

| | Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823 | |
|---|---|---|
| BEIJING | | NEW YORK |
| BRUSSELS | | SHANGHAI |
| CENTURY CITY | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| HONG KONG | FACSIMILE (415) 984-8701 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

March 15, 2011

OUR FILE NUMBER
27,559-151

**VIA ECF**

WRITER'S DIRECT DIAL
(415) 984-8741

The Honorable Jeremy Fogel
U.S. District Court, Northern District of California
280 South 1st Street
San Jose, California 95113

WRITER'S E-MAIL ADDRESS
griley@omm.com

      Re:    *In re Apple Inc. Sec. Litig.*, **Case No. C-06-5208-JF (N.D. Cal.)**

Dear Judge Fogel:

      Enclosed please find a complete version of the parties' [Proposed] Order and Final Judgment. The enclosed version includes Exhibit 1 identifying purported Class Members who requested exclusion from the Class, as well as the following amendment (page 2, lines 26-28):

> Also excluded from the Class are all the persons and entities listed on Exhibit 1 attached hereto, each of whom ~~filed a valid and timely~~ submitted a request for exclusion from the Class prior to the date of this Order.

The parties agreed to amend the proposed form of judgment to ensure that all persons or entities who have submitted an exclusion request prior to the date of the Order will be excluded from the Class.

                              Respectfully submitted,

                              */s/ George A. Riley*

                              George A. Riley
                              Attorneys for Defendant Apple Inc.

Enclosure

cc:     All Counsel (via ECF)
         Securities Class Action Clearinghouse (via e-mail)