| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. No. 118304) |
|   | ROBERT D. TRONNES (S.B. No. 209835) |
| 2 | VIVI T. LEE (S.B. No. 247513) |
|   | O'MELVENY & MYERS LLP |
| 3 | Two Embarcadero Center |
|   | 28th Floor |
| 4 | San Francisco, California  94111-3828 |
|   | Telephone:   (415) 984-8700 |
| 5 | Facsimile:    (415) 984-8701 |
|   | E-Mail:        griley@omm.com |
| 6 |                       rtronnes@omm.com |
|   |                       vlee@omm.com |
| 7 | |
|   | Attorneys for Defendant APPLE INC. |
| 8 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

1     I, Kathy Kirk, declare as follows:

2     I am a resident of the State of California and over the age of eighteen years, and not a

3 party to the above-referenced action. My business address is 2765 Sand Hill Road, Menlo Park,

4 California 94025.

5     On March 15, 2011, I served the following documents:

6 **APPLE INC.'S SUBMISSION IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION;**

7

8 **SECOND SUPPLEMENTAL DECLARATION OF VIVI LEE IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION [WITH EXHIBIT];**

9

10 **MARCH 15, 2011 LETTER FROM GEORGE A. RILEY TO THE HONORABLE JEREMY FOGEL [WITH ENCLOSURE]**

11

12 by forwarding the documents as PDF files attached to an e-mail sent to the following Designated

13 Internet Site:

14     Securities Class Action Clearinghouse
    Stanford University School of Law
15     Crown Quadrangle
    Stanford, CA 94305-8612
16     scac@law.stanford.edu

17

18     I declare under penalty of perjury under the laws of the United States of America that the

19 foregoing is true and correct.

20     Executed on March 15, 2011, at Menlo Park, California.

21                         By: */s/ Kathy Kirk*
                                      Kathy Kirk

22 MP1:1206419.1

23

24

25

26

27

28

                                                        CERTIFICATE OF SERVICE
                                                        C06-05208-JF