1  Jay W. Eisenhofer (*admitted pro hac vice*)
   Michael J. Barry (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 North Market Street
   Wilmington, DE 19801
4  Tel:  302.622.7000
   Fax:  302.622.7100
5  jeisenhofer@gelaw.com

6  *Attorneys for Lead Plaintiff*
   *New York City Employees' Retirement System*
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                           **SAN JOSE DIVISION**
11

12
                                        )
                                        )  Case No.: C06-05208-JF
13  IN RE APPLE INC. SECURITIES         )
    LITIGATION                          )  CLASS ACTION
14                                      )
                                        )
15                                      )  **CERTIFICATE OF SERVICE ON**
                                        )  **DESIGNATED INTERNET SITE**
16                                      )  **PURSUANT TO LOCAL RULE 23-2**

17

18  _____

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF

I, Michael J. Barry, declare as follows:

On March 16, 2011, I caused the following documents to be served electronically:

**SUPPLEMENTAL DECLARATION OF MICHAEL J. BARRY IN SUPPORT OF FINAL APPROVAL OF SETTELEMENT AND PLAN OF ALLOCATION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES and attached Exhibits**

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law
> Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2011, in Wilmington, Delaware.

By: /s/ *Michael J. Barry*
Michael J. Barry