1  Jay W. Eisenhofer (*admitted pro hac vice*)
   Michael J. Barry (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 North Market Street
   Wilmington, DE 19801
4  Tel:  302.622.7000
   Fax:  302.622.7100
5  jeisenhofer@gelaw.com

6  *Attorneys for Lead Plaintiff*
   *New York City Employees' Retirement System*
7

8
                   **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                           **SAN JOSE DIVISION**
11

12

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No.: C06-05208-JF <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

CERTIFICATE OF SERVICE
 Case No.: C06-05208-JF

I, Michael J. Barry, declare as follows:

On March 25, 2011, I caused the following documents to be served electronically:

**LEAD PLAINTIFF'S OPPOSITION TO OBJECTOR PATRICK PEZZATI'S RESPONSE TO SUPPLEMENTAL MARCH 15 FILINGS OF SETTLING PARTIES and attached Exhibits**

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

    Securities Class Action Clearinghouse
    Stanford University School of Law
    Crown Quadrangle
    Stanford, CA 94305-8612
    scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2011, in Wilmington, Delaware.

                    By: /s/ *Michael J. Barry*
                           Michael J. Barry