THEODORE H. FRANK (SBN 196332)

      tedfrank@gmail.com

**CENTER FOR CLASS ACTION FAIRNESS, LLC**

1718 M Street NW

No. 236

Washington, DC 20036

(703) 203-3848

*Attorney for Objector Patrick Pezzati*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Apple Inc. Securities Litigation | Case No. C 06-5208 JF |
| This document relates to: ALL ACTIONS | **CLASS ACTION** |
| | **MOTION FOR OBJECTOR'S ATTORNEYS' FEES** |
| | Judge:     Honorable Jeremy Fogel<br>Date:     May 6, 2011<br>Time:     9:00 a.m.<br>Courtroom:  3, Fifth Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 6, 2010, at 9:00 a.m., or as soon as the matter may be heard before the Honorable Jeremy Fogel, United States District Judge, United States District Court for the Northern District of California, San Jose Division, 280 South 1st Street, San Jose, California, Counsel for Patrick Pezzati will move for attorney's fees and an incentive payment.

Dated: March 31, 2011

Respectfully submitted,

/s/ Theodore H. Frank
Theodore H. Frank
**CENTER FOR CLASS ACTION FAIRNESS, LLC**
1718 M Street NW
No. 236
Washington, DC 20036
(703) 203-3848
Attorney for Objector Patrick Pezzati

PROOF OF SERVICE

I declare that:

I am a resident of the State of Virginia, over the age of 18 years, and not party to the within action; my business address is 1718 M Street, NW, No. 236, Washington, DC 20036.

On March 31, 2011, pursuant to Local Rule 23-2, I served the attached:

MOTION FOR OBJECTOR'S ATTORNEYS' FEES; MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; DECLARATION OF THEODORE H. FRANK IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; and PROPOSED ORDER

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

> Securities Class Action Clearinghouse
> Stanford University School of Law
> Crown Quadrangle
> Stanford, CA 94305-8612
> scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2011.

*/s/ Theodore H. Frank*
Theodore H. Frank