THEODORE H. FRANK (SBN 196332)
tedfrank@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS, LLC**
1718 M Street NW
No. 236
Washington, DC 20036
(703) 203-3848

*Attorney for Objector Patrick Pezzati*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Apple Inc. Securities Litigation | Case No. C 06-5208 JF |
| This document relates to: ALL ACTIONS | **CLASS ACTION** |
| | **MOTION FOR OBJECTOR'S ATTORNEYS' FEES** |
| | Judge:       Honorable Jeremy Fogel<br>Date:         May 6, 2011<br>Time:         9:00 a.m.<br>Courtroom: 3, Fifth Floor |

Case No. C 06-5208 JF

MOTION FOR OBJECTOR'S ATTORNEYS' FEES

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that on May 6, 2010, at 9:00 a.m., or as soon as the matter may be
3    heard before the Honorable Jeremy Fogel, United States District Judge, United States District Court for
4    the Northern District of California, San Jose Division, 280 South 1st Street, San Jose, California, Counsel
5    for Patrick Pezzati will move for attorney's fees and an incentive payment.

6    Dated: March 31, 2011

7                                           Respectfully submitted,

8                                           */s/ Theodore H. Frank*
                                            Theodore H. Frank
9                                           **CENTER FOR CLASS ACTION FAIRNESS, LLC**
                                            1718 M Street NW
10                                          No. 236
                                            Washington, DC 20036
11                                          (703) 203-3848
12                                          Attorney for Objector Patrick Pezzati

PROOF OF SERVICE

I declare that:

I am a resident of the State of Virginia, over the age of 18 years, and not party to the within action; my business address is 1718 M Street, NW, No. 236, Washington, DC 20036.

On March 31, 2011, pursuant to Local Rule 23-2, I served the attached:

MOTION FOR OBJECTOR'S ATTORNEYS' FEES; MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; DECLARATION OF THEODORE H. FRANK IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; and PROPOSED ORDER

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

Securities Class Action Clearinghouse
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8612
scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2011.

*/s/ Theodore H. Frank*
Theodore H. Frank

Case No. C 06-5208 JF          2
MOTION FOR OBJECTOR'S ATTORNEYS' FEES