1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13 | In re: Apple Inc. Securities Litigation | Case No. C 06-5208 JF
14 | This document relates to: ALL ACTIONS | **CLASS ACTION**
15 | | **[PROPOSED] ORDER**
16
17
18
19
20
21
22
23
24
25
26
27
28

1   The Court finds that the objection of Patrick Pezzati provided a material benefit to the class by
2   causing the amendment of the settlement to provide an additional $2.5 million for the Settlement Fund,
3   the amount of which was actually received by the class. This was 15.5% of the total class pecuniary
4   recovery. As such, Pezzati is entitled to attorneys' fees and costs, and an incentive payment for his
5   willingness to come forward and bring an objection that resulted in so much benefit to the class.

6   The Court further finds that equity requires that these amounts be deducted from Class Counsel's
7   proposed fee award, and that Pezzati's counsel receive a share of the fees proportionate to the additional
8   class recovery. *Rodriguez v. West Publishing Corp.*, 563 F.3d 948, 963 (9th Cir. 2009); *Reynolds v.*
9   *Beneficial Nat. Bank*, 288 F.3d 277, 288 (7th Cir. 2002); *In re Prudential Ins. Co. of Am.*, 273 F. Supp.
10  2d 563, 572 (D.N.J. 2003), *aff'd* 103 Fed. Appx. 695, 697 (3rd Cir. 2004).

11  The Court thus awards _____ in attorneys' fees and _____ in costs to the Center
12  for Class Action Fairness, LLC, and finds that this award of fees and costs is fair and reasonable as a
13  proportion of the $2.5 million benefit provided to the class. The court further awards an incentive
14  payment of _____ to Mr. Pezzati, payable by Class Counsel.

16  Dated: _____, 2011                         _____
                                                          The Honorable Jeremy Fogel
17                                                        United States District Judge

20  Submitted by:

21  */s/ Theodore H. Frank*
    Theodore H. Frank
22  **CENTER FOR CLASS ACTION FAIRNESS, LLC**
23  1718 M Street NW
    No. 236
24  Washington, DC 20036
25  (703) 203-3848
    Attorney for Objector Patrick Pezzati