1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13  In re: Apple Inc. Securities Litigation | Case No. C 06-5208 JF
14  This document relates to: ALL ACTIONS | **CLASS ACTION**
15  | **[PROPOSED] ORDER**
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court finds that the objection of Patrick Pezzati provided a material benefit to the class by causing the amendment of the settlement to provide an additional $2.5 million for the Settlement Fund, the amount of which was actually received by the class. This was 15.5% of the total class pecuniary recovery. As such, Pezzati is entitled to attorneys' fees and costs, and an incentive payment for his willingness to come forward and bring an objection that resulted in so much benefit to the class.

The Court further finds that equity requires that these amounts be deducted from Class Counsel's proposed fee award, and that Pezzati's counsel receive a share of the fees proportionate to the additional class recovery. *Rodriguez v. West Publishing Corp.*, 563 F.3d 948, 963 (9th Cir. 2009); *Reynolds v. Beneficial Nat. Bank*, 288 F.3d 277, 288 (7th Cir. 2002); *In re Prudential Ins. Co. of Am.*, 273 F. Supp. 2d 563, 572 (D.N.J. 2003), *aff'd* 103 Fed. Appx. 695, 697 (3rd Cir. 2004).

The Court thus awards _____ in attorneys' fees and _____ in costs to the Center for Class Action Fairness, LLC, and finds that this award of fees and costs is fair and reasonable as a proportion of the $2.5 million benefit provided to the class. The court further awards an incentive payment of _____ to Mr. Pezzati, payable by Class Counsel.

Dated: _____, 2011

_____
The Honorable Jeremy Fogel
United States District Judge

Submitted by:

*/s/ Theodore H. Frank*
Theodore H. Frank
**CENTER FOR CLASS ACTION FAIRNESS, LLC**
1718 M Street NW
No. 236
Washington, DC 20036
(703) 203-3848
Attorney for Objector Patrick Pezzati