1  Jay W. Eisenhofer (*admitted pro hac vice*)
   Michael J. Barry (*admitted pro hac vice*)
2  GRANT & EISENHOFER P.A.
   Chase Manhattan Centre
3  1201 North Market Street
   Wilmington, DE 19801
4  Tel:  302.622.7000
   Fax:  302.622.7100
5  jeisenhofer@gelaw.com

6  *Attorneys for Lead Plaintiff*
   *New York City Employees' Retirement System*
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                           **SAN JOSE DIVISION**
11

12                                              )
                                                )  Case No.: C06-05208-JF
13  IN RE APPLE INC. SECURITIES                 )
    LITIGATION                                  )  <u>CLASS ACTION</u>
14                                              )
                                                )
15                                              )  **CERTIFICATE OF SERVICE ON**
                                                )  **DESIGNATED INTERNET SITE**
16                                              )  **PURSUANT TO LOCAL RULE 23-2**

---

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF

1  I, Michael J. Barry, declare as follows:

2  On April 15, 2011, I caused the following documents to be served electronically:

3
4  **LEAD PLAINTIFF'S OPPOSITION TO OBJECTOR PATRICK PEZZATI'S MOTION FOR ATTORNEYS' FEES**

5

6
7  by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

8
9  Securities Class Action Clearinghouse
   Stanford University School of Law
   Crown Quadrangle
10  Stanford, CA 94305-8612
   scac@law.stanford.edu
11

12  I declare under penalty of perjury under the laws of the United States of America that the
13  foregoing is true and correct.

14  Executed on April 15, 2011, in Wilmington, Delaware.

15
                                            By:  /s/ *Michael J. Barry*
16                                               Michael J. Barry

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF