Patrice L. Bishop (SBN 182256)
Timothy J. Burke (SBN 181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:     (310) 209-2468
Fax:    (310) 209-2087

**Counsel for Plaintiffs Martin Vogel
And Kenneth Mahoney**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br>_____<br>This Document Relates To:<br>All Actions.<br>_____ | CASE NO. C-06-5208-JF<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS** |

**NOTICE OF APPEARANCE**                                                         **CASE NO. C-06-5208-JF**
**ON BEHALF OF PLAINTIFFS**
Z:\STULL\APPLE 2006\PLD\T. Burke Notice of Appearance.wpd

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE that Timothy J. Burke of Stull, Stull & Brody hereby appears as
3  counsel for plaintiffs Martin Vogel and Kenneth Mahoney in the within action.  Mr. Burke is
4  registered with this Court's CM/ECF system and will receive all electronically filed documents in
5  the within action.  All other service should be completed as follows:

6      Timothy J. Burke
    STULL, STULL & BRODY
7      10940 Wilshire Boulevard
    Suite 2300
8      Los Angeles, CA  90024
    Tel:     (310) 209-2468
9      Fax:    (310) 209-2087

11  Dated:  April 29, 2011      Patrice L. Bishop
    Timothy J. Burke
12      STULL, STULL & BRODY

14      By:    /s/ Timothy J. Burke
    Timothy J. Burke
    STULL, STULL & BRODY
15      10940 Wilshire Boulevard
    Suite 2300
16      Los Angeles, CA  90024
    Tel:     (310) 209-2468
17      Fax:    (310) 209-2087

18      **Counsel for Plaintiffs Martin Vogel**
    **And Kenneth Mahoney**

**NOTICE OF APPEARANCE**      **CASE NO. C-06-5208-JF**
**ON BEHALF OF PLAINTIFFS**  1
Z:\STULL\APPLE 2006\PLD\T. Burke Notice of Appearance.wpd