Patrice L. Bishop (SBN 182256)
Timothy J. Burke (SBN 181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:     (310) 209-2468
Fax:    (310) 209-2087

**Counsel for Plaintiffs Martin Vogel
and Kenneth Mahoney**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION<br>_____<br>This Document Relates To:<br>　　　　All Actions.<br>_____ | CASE NO. C-06-5208-JF<br>**<u>CLASS ACTION</u>**<br>**REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES**<br>DATE:     May 6, 2011<br>TIME:     9:00 a.m.<br>CTRM:    3, Fifth Floor<br>JUDGE:   Hon. Jeremy Fogel |

**REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING**      **CASE NO. C-06-5208-JF**
**ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES**
Z:\STULL\APPLE 2006\PLD\Tel Appear Req.wpd

1  Counsel for Plaintiffs Martin Vogel and Kenneth Mahoney, Timothy J. Burke, respectfully requests that the Court allow him to appear telephonically at the hearing on the Motion for Objector's Attorneys' Fees [Docket No. 176] scheduled for Friday May 6, 2011 at 9:00 a.m. in the above-referenced matter.

This request is made on the grounds that several hours of attorney time will be saved by not traveling to and from San Jose for the hearing. In addition, counsel believes that an in-person appearance on behalf of plaintiffs Martin Vogel and Kenneth Mahoney is unnecessary.

Further, we have been informed that counsel for Lead Plaintiff New York City Employees' Retirement System will appear in person at the hearing.

Dated:  May 2, 2011                    Patrice L. Bishop
                                       Timothy J. Burke
                                       STULL, STULL & BRODY

                           By:     /s/ Timothy J. Burke
                                       Timothy J. Burke
                                       STULL, STULL & BRODY
                                       10940 Wilshire Boulevard
                                       Suite 2300
                                       Los Angeles, CA  90024
                                       Tel:    (310) 209-2468
                                       Fax:    (310) 209-2087

                                       **Counsel for Plaintiffs Martin Vogel
                                       And Kenneth Mahoney**

1

**REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING                    CASE NO. C-06-5208-JF
ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES**
Z:\STULL\APPLE 2006\PLD\Tel Appear Req.wpd