1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION ) ) ) ──────────────────── ) ) This Document Relates To: ) ) All Actions. ) ) ──────────────────── ) | CASE NO. C-06-5208-JF **CLASS ACTION** **[Proposed] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES** DATE:   May 6, 2011 TIME:   9:00 a.m. CTRM:   3, Fifth Floor JUDGE:   Hon. Jeremy Fogel |

---

**[Proposed] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES**   **CASE NO. C-06-5208-JF**
Z:\STULL\APPLE 2006\PLD\Tel Appear [P]O.wpd

## [Proposed] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, the request by Timothy J. Burke, counsel for Plaintiffs Martin Vogel and Kenneth Mahoney, to appear telephonically at the hearing on the Motion for Objector's Attorneys' Fees scheduled for Friday May 6, 2011 at 9:00 a.m. in this action is hereby granted.

Counsel is required to arrange the telephonic appearance with Court Call (888-882-6878) in advance of the hearing.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                                  Honorable Jeremy Fogel
                                                                                                  United States District Court Judge

Submitted by:

    Patrice L. Bishop (SBN 182256)
    Timothy J. Burke (SBN 181866)
    service@ssbla.com
    STULL, STULL & BRODY
    10940 Wilshire Boulevard
    Suite 2300
    Los Angeles, CA  90024
    Tel:   (310) 209-2468
    Fax:   (310) 209-2087

**Counsel for Plaintiffs Martin Vogel and Kenneth Mahoney**

1

**[Proposed] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES     CASE NO. C-06-5208-JF**
Z:\STULL\APPLE 2006\PLD\Tel Appear [P]O.wpd