1  JEROME C. ROTH (S.B. #159483)
2  Jerome.Roth@mto.com
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street, 27th Floor
   San Francisco, California 94105
   Telephone:     (415) 512-4000
4  Facsimile:     (415) 512-4077

5

6  Attorney for Defendants
   FRED D. ANDERSON and NANCY R. HEINEN

7

8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12                              **SAN JOSE DIVISION**

13

| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
|---|---|
|  | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES** |
|  | Date:        May 6, 2011<br>Time:        9:00 a.m.<br>Department: Ctrm. 3, 5th Floor<br>Judge:       Honorable Jeremy Fogel |

13893024.1

DEFS. TELEPHONIC APPEARANCE REQ.
C06-05208-JF

1 | Counsel for Defendants Fred D. Anderson and Nancy R. Heinen respectfully requests that
2 | the Court allow him to appear telephonically at the hearing on the Motion for Attorney Fees and
3 | Incentive Payment to Objector [Docket No. 176], scheduled for Friday, May 6, 2011 at 9:00 am
4 | in the above-referenced matter.  The request is made on the ground that several hours of attorney
5 | time will be saved by not travelling to and from San Jose for the hearing.  In addition, counsel
6 | believes that, for this Motion, an in-person appearance by Mr. Anderson's and Ms. Heinen's
7 | counsel is unnecessary.

Respectfully Submitted,

Dated: May 3, 2011

JEROME C. ROTH
MUNGER, TOLLES & OLSON LLP

By:  /s/ Jerome C. Roth
         Jerome C. Roth

ATTORNEY FOR DEFENDANTS
FRED D. ANDERSON AND NANCY R. HEINEN

- 1 -

13893024.1

DEFS. TELEPHONIC APPEARANCE REQ.
C06-05208-JF