1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

12

## NORTHERN DISTRICT OF CALIFORNIA

13

### SAN JOSE DIVISION

14

15

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES** |
| | Date:       May 6, 2011<br>Time:       9:00 a.m.<br>Department: Ctrm. 3, 5th Floor<br>Judge:      Honorable Jeremy Fogel |

16

17

18

19

20

21

22

23

24

25

26

27

28

13893052.1

1

**ORDER**

2          The Court, having read and considered the request of counsel for Fred D. Anderson and

3     Nancy R. Heinen to appear telephonically at the hearing on the Motion for Attorney Fees and

4     Incentive Payment to Objector scheduled for Friday, May 6, 2011 at 9:00 a.m. in the above-

5     referenced matter, hereby GRANTS counsel for Mr. Anderson and Ms. Heinen permission to

6     appear telephonically.  Counsel for Mr. Anderson and Ms. Heinen is required to arrange the

7     telephonic appearance with Court Call (888-882-6878) in advance of the hearing.

8

9          **IT IS SO ORDERED.**

10

11

12     DATED: _____

                                                                    The Honorable Jeremy Fogel
13                                                                  United States District Judge

14

       Submitted by:
15
       JEROME C. ROTH (S.B. #159483)
16     Jerome.Roth@mto.com
       MUNGER, TOLLES & OLSON LLP
17     560 Mission Street, 27th Floor
       San Francisco, California 94105
18     Telephone:     (415) 512-4000
       Facsimile:      (415) 512-4077
19

20     Attorney for Defendants
       FRED D. ANDERSON and NANCY R. HEINEN.
21

22

23

24

25

26

27

28

13893052.1                                   - 1 -                        [PROPOSED] ORDER
                                                                          C06-05208-JF