JEROME C. ROTH (S.B. #159483)
Jerome.Roth@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorney for Defendants
FRED D. ANDERSON and NANCY R. HEINEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PROOF OF SERVICE** |
| | Date: May 6, 2011<br>Time: 9:00 a.m.<br>Department: Ctrm. 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

**PROOF OF SERVICE BY MAIL**

I, Maureen Lechwar, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

2. On May 3, 2011, I served a true copy of the attached documents entitled **REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES and [PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES** by placing them in an addressed sealed envelopes clearly labeled to identify the persons being served at the addresses shown below and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

Charles S. Kyriazos
28-16 34th Street, Apt. 3F
Astoria, NY 11103

Fekrat Fred
50699 Haven Holl Line
Granger, IN 46530

George W. Sibley
3310 Fairmount Street, Apt P1A
Dallas, TX 75201

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2011, at San Francisco, California.

/s/ Maureen Lechwar
Maureen Lechwar