Patrice L. Bishop (SBN 182256)
Timothy J. Burke (SBN 181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Tel:   (310) 209-2468
Fax:  (310) 209-2087

**Counsel for Plaintiffs Martin Vogel
and Kenneth Mahoney**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | CASE NO. C-06-5208-JF |
| | **CLASS ACTION** |
| This Document Relates To: | **PROOF OF SERVICE BY MAIL** |
| All Actions. | DATE:  May 6, 2011<br>TIME:  9:00 a.m.<br>CTRM: 3, Fifth Floor<br>JUDGE: Hon. Jeremy Fogel |

**PROOF OF SERVICE BY MAIL**                                                                                           **CASE NO. C-06-5208-JF**
Z:\STULL\APPLE 2006\PLD\Tel Appear PoS.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            )ss.:
COUNTY OF LOS ANGELES       )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

On May 3, 2011, I caused the following document(s) to be served:

**REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES and [Proposed] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES**

I served the above document(s) as follows:

**By U.S. Mail**. I enclosed the document(s) in a sealed envelope(s) or package(s) addressed to the persons at the addresses below and placed the envelope(s) for collection and mail, following our ordinary business practices. I am readily familiar with this firm's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    Charles S. Kyriazos
    28-16 34th Street, Apt. 3F
    Astoria, NY 11103

    Fekrat Fred
    50699 Haven Holl Line
    Granger, IN 46530

    George W. Sibley
    3310 Fairmount Street, Apt. P1A
    Dallas, TX 75201

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 3, 2011, at Los Angeles, California 90024.

| MELANIE JACOBS | s/Melanie Jacobs |
|---|---|
| Type or Print Name | Melanie Jacobs |

1