**E-Filed 5/5/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION <br><br> ──────────────────────────── <br><br> This Document Relates To: <br><br> All Actions. <br><br> ──────────────────────────── | CASE NO. C-06-5208-JF <br><br> **CLASS ACTION** <br><br> [Proposed] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES <br><br> DATE:  May 6, 2011 <br> TIME:  9:00 a.m. <br> CTRM:  3, Fifth Floor <br> JUDGE:  Hon. Jeremy Fogel |

---

**[Proposed] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES          CASE NO. C-06-5208-JF**

Z:\STULL\APPLE 2006\PLD\Tel Appear [P]O.wpd

1 | **[Proposed] ORDER**

2 | **GOOD CAUSE HAVING BEEN SHOWN**, the request by Timothy J. Burke, counsel for Plaintiffs Martin Vogel and Kenneth Mahoney, to appear telephonically at the hearing on the Motion for Objector's Attorneys' Fees scheduled for Friday May 6, 2011 at 9:00 a.m. in this action is hereby granted.

Counsel is required to arrange the telephonic appearance with Court Call (888-882-6878) in advance of the hearing.

**IT IS SO ORDERED.**

Dated: 5/5/2011

_____
Honorable Jeremy Fogel
United States District Court Judge

Submitted by:

   Patrice L. Bishop (SBN 182256)
   Timothy J. Burke (SBN 181866)
   service@ssbla.com
   STULL, STULL & BRODY
   10940 Wilshire Boulevard
   Suite 2300
   Los Angeles, CA  90024
   Tel:    (310) 209-2468
   Fax:    (310) 209-2087

**Counsel for Plaintiffs Martin Vogel and Kenneth Mahoney**

---

1

**[Proposed] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
AT THE HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES**          **CASE NO. C-06-5208-JF**
Z:\STULL\APPLE 2006\PLD\Tel Appear [P]O.wpd