**E-Filed 5/5/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE APPLE INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. C06-05208-JF<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR OBJECTOR'S ATTORNEYS' FEES<br><br>Date:           May 6, 2011<br>Time:          9:00 a.m.<br>Department: Ctrm. 3, 5th Floor<br>Judge:         Honorable Jeremy Fogel |
|---|---|

# ORDER

The Court, having read and considered the request of counsel for Fred D. Anderson and Nancy R. Heinen to appear telephonically at the hearing on the Motion for Attorney Fees and Incentive Payment to Objector scheduled for Friday, May 6, 2011 at 9:00 a.m. in the above-referenced matter, hereby GRANTS counsel for Mr. Anderson and Ms. Heinen permission to appear telephonically. Counsel for Mr. Anderson and Ms. Heinen is required to arrange the telephonic appearance with Court Call (888-882-6878) in advance of the hearing.

**IT IS SO ORDERED.**

DATED: 5/5/2011

The Honorable Jeremy Fogel
United States District Judge

Submitted by:

JEROME C. ROTH (S.B. #159483)
Jerome.Roth@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorney for Defendants
FRED D. ANDERSON and NANCY R. HEINEN.