1  Munger, Tolles & Olson LLP
   JEROME C. ROTH (SBN 159483)
2  Jerome.Roth@mto.com
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
4  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
5
   Attorneys for Defendants
6  FRED D. ANDERSON and NANCY R. HEINEN

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No. C06-05208-JF |
| | CLASS ACTION |
| | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Date:          May 6, 2011 |
| | Time:          9:00 a.m. |
| | Department: Ctrm. 3, 5th Floor |
| | Judge:          Honorable Jeremy Fogel |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   TO THE CLERK AND ALL PARTIES OF RECORD:

2           This Notice of Appearance is being filed for Genevieve A. Cox, a member of the

3   California Bar in good standing.  Ms. Cox was admitted to the California Bar on December 16,

4   2003 and her bar number is 229496.  Ms. Cox registered for electronic filing with the United

5   States District Court, Northern District, on April 24, 2006.

6

7                       Ms. Genevieve A. Cox
                        Genevieve.Cox@mto.com
8                       Munger, Tolles & Olson LLP
                        560 Mission Street, 27th Floor
9                       San Francisco, CA  94105-2907
                        Telephone:     (415) 512-4000
10                      Facsimile:     (415) 512-4077

11

12  DATED: May 5, 2011                          Munger, Tolles & Olson LLP

13

14

15                                              By:____/s/ Jerome C. Roth_____
                                                   Jerome C. Roth
16                                                 Attorneys for Defendants
                                                   FRED D. ANDERSON and NANCY R.
17                                                 HEINEN

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

I, Maureen Lechwar, declare:

1.      I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California.  My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California  94105-2907.

2.      On May 5, 2011, I served a true copy of the attached documents entitled **NOTICE OF APPEARANCE** by placing them in an addressed sealed envelopes clearly labeled to identify the persons being served at the addresses shown below and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

Charles S. Kyriazos          George W. Sibley
28-16 34th Street, Apt. 3F     3310 Fairmount Street, Apt P1A
Astoria, NY 11103            Dallas, TX 75201

Fekrat Fred
50699 Haven Holl Line
Granger, IN 46530

3.      I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 5, 2011, at San Francisco, California.

/s/ Maureen Lechwar
Maureen Lechwar

13907838.1                                            NOTICE OF APPEARANCE - C06-05208-JF