# Attachment B



Members: SIPC & FINRA

624 South Grand Avenue
One Wilshire Building, Suite 2600
Los Angeles, California 90017
(213) 620-1850 • (800) 227-0319
www.crowellweedon.com

March 31, 2011

Apple, Inc. Securities Litigation
Claims Administrator
P.O. Box 6809
Portland, OR 97228-6809

RE: Apple, Inc.

Gentlemen:

Enclosed are mailing labels for our customers who purchased or sold stock in the above company on August 24, 2001 through June 29, 2006.

Please use these labels to mail out the appropriate class action notifications.

Thank you.

Sincerely,

CROWELL, WEEDON & CO.

James L. Cronk
Partner

encls.
JLC/tdr

Your Independent Investment Team since 1932