JAY W. EISENHOFER (*admitted pro hac vice*)
MICHAEL J. BARRY (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:   (302) 622-7000
Facsimile:   (302) 622-7100
E-Mail:        jeisenhofer@gelaw.com
                    mbarry@gelaw.com

*Attorneys for Lead Plaintiff New York City Employees'
Retirement System*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | CASE NO. C-06-05208-JF <br><br> <u>CLASS ACTION</u> <br><br> **LEAD PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CLAIMS ADMINISTRATOR IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT** <br><br> Date:       May 6, 2011 <br> Time:       9:00 a.m. <br> Courtroom: 3, 5th Floor <br> Judge:      Hon. Jeremy Fogel |

In connection with the Court's hearing on May 6, 2011, Lead Plaintiff hereby submits the Declaration of Claims Administrator, Epiq Class Action and Claims Solutions Inc., On Notice To Sally Van Haitsma And Claims Postmarked Later Than March 15, 2011.

Dated: May 6, 2011              Respectfully submitted,

**GRANT & EISENHOFER P.A.**

    /s/ Michael J. Barry
     MICHAEL J. BARRY

JAY W. EISENHOFER
MICHAEL J. BARRY
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Telephone:     (302) 622-7000
Facsimile:      (302) 622-7100

*Attorneys for Lead Plaintiff New York City Employees' Retirement System*