| | |
|---|---|
| 1 | Jay W. Eisenhofer (*admitted pro hac vice*) |
| | Michael J. Barry (*admitted pro hac vice*) |
| 2 | GRANT & EISENHOFER P.A. |
| | Chase Manhattan Centre |
| 3 | 1201 North Market Street |
| | Wilmington, DE 19801 |
| 4 | Tel:  302.622.7000 |
| | Fax:  302.622.7100 |
| 5 | jeisenhofer@gelaw.com |

*Attorneys for Lead Plaintiff*
*New York City Employees' Retirement System*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case No.: C06-05208-JF |
| | <u>CLASS ACTION</u> |
| | **CERTIFICATE OF SERVICE ON DESIGNATED INTERNET SITE PURSUANT TO LOCAL RULE 23-2** |

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF

I, Michael J. Barry, declare as follows:

On May 6, 2011, I caused the following documents to be served electronically:

**DECLARATION OF CLAIMS ADMINISTRATOR ON NOTICE TO SALLY VAN HAITSMA AND CLAIMS POSTMARKED LATER THAN MARCH 15, 2011 and attached Exhibits**

**LEAD PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CLAIMS ADMINISTRATOR IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**

by forwarding the documents as PDF files attached to an e-mail sent to the following Designated Internet Site:

>Securities Class Action Clearinghouse
>Stanford University School of Law
>Crown Quadrangle
>Stanford, CA 94305-8612
>scac@law.stanford.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2011, in Wilmington, Delaware.

By: /s/ *Michael J. Barry*
Michael J. Barry

1

CERTIFICATE OF SERVICE
Case No.: C06-05208-JF