## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing,  May 6, 2011          Time: 17 mins
**Case Number:** CV-06-5208-JF/HRL
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

**TITLE:**          **IN RE APPLE INC. SECURITIES LITIGATION**

**PLAINTIFF**                                              **DEFENDANT**

**Attorneys Present:** Michael Barry              **Attorneys Present:** George Riley
Timothy Burke                                                   Theodore Frank, Genevieve Cox

PROCEEDINGS:
   Hearing on Motion for Attorneys Fees held.  Parties are present.
   The Court takes the motion under submission.