# EXHIBIT 2

Share    Report Abuse    Next Blog»                                       Create Blog    Sign In

# CENTER FOR CLASS ACTION FAIRNESS, LLC

THE CENTER IS A NON-PROFIT PROJECT THAT REPRESENTS CLASS MEMBERS PRO BONO.

THURSDAY, OCTOBER 21, 2010

## The illegal Apple backdating class action settlement

Did you buy Apple stock between 2001 and 2006?

Ira Stoll and Jim Copland have discussed the outrageous Apple backdating lawsuit resulting in the outrageous Apple backdating settlement. The magnitude of the settlement compared to the original claims demonstrates that it is an extortionate nuisance settlement, being made because it would cost more to defend the suit than to pay the attorneys to go away.

But it should be noted: the settlement is not just outrageous, it is illegal. Under the Ninth Circuit's *Six Mexican Growers* precedent, a court should not be issuing *cy pres* that is not likely to benefit the class members. And as the Center for Class Action Fairness noted in recent Ninth Circuit briefing, the American Law Institute has said that *cy pres* is inappropriate where class members are readily identifiable. Given that the class attorneys are negotiating money for third parties instead of their own putative clients (for their own benefit, no less), there is also a breach of fiduciary duty that raises questions whether the class attorneys meet the Rule 23(a)(4) standard. The settlement is further problematic in that the vast majority of class members are entitled to zero compensation; it is far from clear that the sole lead plaintiff is a member of this subclass.

The Center for Class Action Fairness would love to object to such a blatantly illegal settlement. But it can't do so in a vacuum: it can only do so on behalf of a class member who is being ripped off by these attorneys. Class members are those who bought Apple stock (AAPL) between August 24, 2001 and June 29, 2006—but only people who bought the stock between November 2005 and May 2006 are entitled to recover any money under the settlement, and their

SEARCH THIS BLOG

[    ] Search

powered by Google™

Center for Class Action Fairness

Contact: My email is gmail.com, and my username is tedfrank.

Snail-mail: 1718 M St NW #236 Washington, DC 20036

DONATE TO THE CENTER!

Your tax-deductible 501(c)(3) contribution can be made by sending a check to:

**DonorsTrust**
109 North Henry Street
Alexandria, VA 22314

Please identify the "Center for Class Action Fairness" in your cover letter.

recovery is being diluted by the diversion to *cy pres*. We'd be happy to represent you pro bono if you agree that the settlement is objectionable and wish to object: please contact me. If you're not in the class, but know people or institutions who might be, spread the word.  (Update: we have one objector, and are talking to a couple of others. Isn't crowd-sourcing great?)

The case is *In re Apple Inc. Securities Litig.*, No. C-06-5208-JF (N.D. Cal.).

POSTED BY TED FRANK AT 6:57 AM

LABELS: APPLE BACKDATING, CY PRES

## 0 COMMENTS:

## POST A COMMENT

**B**  Blogger

Blogger **is currently unavail**

Blogger is unavailable right now. We apolog interruption in service.

Please visit Blogger Status for additional details.

Newer Post             Home             Older Post

Subscribe to: Post Comments (Atom)



ABOUT ME

**TED FRANK**
WASHINGTON, DC

Ted Frank is the founder of the three-lawyer Center for Class Action Fairness and an adjunct fellow at the Manhattan Institute. Mr. Frank was a resident fellow with the American Enterprise Institute from 2005 to 2009, a litigator from 1995 to 2005, and clerked for the Honorable Frank H. Easterbrook on the Seventh Circuit Court of Appeals. Mr. Frank, a 1994 graduate of the University of Chicago Law School with high honors, has testified before federal and state legislative subcommittees multiple times on class actions and other legal issues. The Wall Street Journal has called him a "leading tort-reform advocate." In 2008, Mr. Frank was elected to membership in the American Law Institute.

VIEW MY COMPLETE PROFILE

ABA Journal article on CCAF
Connecticut Law Tribune article on CCAF
Forbes article on CCAF
Manhattan Institute
Point of Law
Ted Frank
TSA Abuse
Overlawyered
Volokh Conspiracy
Wikipedia entry

BLOG ARCHIVE

► 2011 (28)

▼ 2010 (64)

- ► December (2)
- ► November (6)
- ▼ October (5)
  - "Cy Pres: A Not So Charitable Contribution to Clas...
  - The illegal Apple backdating class action settleme...
  - $0 settlement in Breyers "Smooth & Dreamy" class a...
  - Appeal bond briefing in Dewey v. Volkswagen
  - The Classmates.com class action settlement rip-off...
- ► September (5)
- ► August (8)
- ► July (6)
- ► June (8)
- ► May (4)
- ► April (3)
- ► March (10)
- ► February (3)
- ► January (4)

► 2009 (22)

F O L L O W E R S

