\*\*E-Filed 5/17/2011\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. SECURITIES LITIGATION | Case Number 5:06-CV-05208-JF (HRL) |
| | JUDGMENT |
| This Document Relates To All Actions | |

The Court having granted final approval of the class action settlement,

The action is HEREBY DISMISSED WITH PREJUDICE.

DATED: May 17, 2011

_____
JEREMY FOGEL
United States District Judge