# Exhibit D

*In re Apple, Inc. Securities Litigation*
**Rejected Claims Summary**

| Reason For Rejection | Count of Claims |
| --- | --- |
| Invalid - ZER - No Recognized Loss | 128,243 |
| Invalid - OCP - No Purchase within Class Period | 26,391 |
| Invalid - DOC - No Documentation of Transactions | 617 |
| Invalid - INC - No Transactional Information Provided | 996 |
| Invalid - EMP - Current or Former Apple Employee | 16 |
| Invalid - SIG - Claim Form and Release Not Signed | 10 |
| Invalid - DUP - Duplicate | 1,218 |
| Invalid - Requested Claim to be Voided/Withdrawn | 295 |
| Invalid - Late (received after February 17, 2012) | 102 |