545 S. Grace
Lombard, IL 60148

July 23, 2012



**FILED**

JUL 3 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

US District Court for
Northern District of CA
280 S. 1st Street
San Jose, CA 95113

Subject: Case C-06-5208JF/claim #8dvDABRE

Dear Judge:

I wish to advise you of my disappointment with the handling of the claims for subject case.

Over a long period of time, I have called the Claim Administrator's office to check the the status of the distributions. I was advised that they were still working on it and it takes a long time. Several times I specifically asked about my claim and was told it was in process.

Today when I called regarding my claim I was advised that there was a balance defect in the documents I had submitted and that I had lost any right to my claim.

I have spent countless hours preparing my claim and felt I should have been advised exactly what was wrong or missing.

So who gets the amount I was entitled to? The Claim Administrator?

If there is any corrective action that you can insist on, I and I am sure others would deeply appreciate it.

Sincerely,

Andy Arndt