

**Grant & Eisenhofer P.A.**

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-386-9500 • Fax: 202-386-9505

Direct Dial: 302-622-7065
Email: mbarry@gelaw.com

August 10, 2012

**VIA ECF AND OVERNIGHT MAIL**

Honorable Jeremy Fogel
U.S. District Court
Northern District of California- San Jose
280 S First Street, Room 2112
San Jose, CA  95113

Re:   *In re Apple Inc. Securities Litigation*
      Case No. C-06-05208-JF

Dear Judge Fogel:

On behalf of Lead Plaintiff in the above-captioned matter, I write in response to the July 23, 2012 letter of Mr. Andy Arndt regarding his concerns with the handling of his claim. Mr. Arndt did not contact us prior to sending his letter, and therefore we were unaware of his concerns. We have reached out to the claims administrator, who is familiar with Mr. Arndt's claim, which has not in fact been rejected. We will contact Mr. Arndt and address his concerns promptly. We are unaware of any similar complaints from shareholders regarding the claims administration process.

We are available at Your Honor's convenience should you desire to discuss this matter.

Respectfully,

*/s/ Michael J. Barry*
Michael J. Barry

cc:   George A. Riley, Esquire (via email)
      Luann Loraine Simmons, Esquire (via email)
      Yohance Claude Edwards, Esquire (via email) w/o enclosures
      Jerome Cary Roth, Esq. (via email)
      Douglas Rea Young, Esquire (via email)
      Patrice L. Bishop, Esquire (via email)
      Mr. Andy Arndt (via ups overnight mail)